F I L E D
CLERK, U.S. DISTRICT COURT

10/6/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JGU_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JASON FONG,<br>　aka "asian_ghazi,"<br><br>　　　　Defendant. | No.  **8:20-cr-00146-DOC**<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 2339C(c): Concealing the Provision of Material Support and Resources and Funds] |

　　The United States Attorney charges:

[18 U.S.C. § 2339C(c)]

　　On or about May 18, 2020, in Orange County, within the Central District of California, and elsewhere, defendant JASON FONG, also known as "asian_ghazi," a national of the United States located in the United States, knowingly concealed and disguised the nature, location, source, ownership, and control of material support and resources and funds, knowing the same were to be provided to a

///

foreign terrorist organization, namely Hamas, also known as the Izz al-Din al Qassam Brigades, in violation of 18 U.S.C.§ 2339B.

NICOLA T. HANNA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, Terrorism and Export Crimes
  Section

MARK TAKLA
Assistant United States Attorney
Deputy Chief, Terrorism and Export
  Crimes Section

2