# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
10/6/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: jgu DEPUTY

Case Number: **8:20-cr-00146-DOC**
Defendant Number: 1
U.S.A. v. Jason Fong
Year of Birth: 1996

[ ] Indictment  [✓] Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: On or about May 18, 2020

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[ ] Los Angeles    [ ] Ventura
[✓] Orange         [ ] Santa Barbara
[ ] Riverside      [ ] San Luis Obispo
[ ] San Bernardino [ ] Other _____

Citation of Offense: 18 U.S.C. § 2339C(c)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [✓] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No  [ ] Yes
If "Yes," Case Number: _____

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: _____
Assigned Judge: _____
Charging: _____

The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No  [ ] Yes
IF YES, provide Name: N/A
Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No

This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____

Case Number _____

The superseded case:
[ ] is still pending before Judge/Magistrate Judge
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes  [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): asian_ghazi

This defendant is charged in:
☑ All counts
☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☑ Other   Concealment of Terrorism Financing

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on:
   in the amount of $
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district:

Defendant is **in custody**:
a. Place of incarceration:  ☑ State  ☐ Federal
b. Name of Institution: Orange County Central Men's Jail
c. If Federal, U.S. Marshals Service Registration Number:
d. ☐ Solely on this charge. Date and time of arrest:
e. On another conviction:  ☑ Yes  ☐ No
   IF YES:  ☑ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court:
   Date transferred to federal custody:

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:

Date: 10/06/2020

*Mark Takla*
Signature of Assistant U.S. Attorney
Mark Takla
Print Name