FILED
CLERK, U.S. DISTRICT COURT
10/6/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____JGU_____ DEPUTY

NICOLA T. HANNA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3591
    Facsimile: (714) 338-3561
    Email:     mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON FONG,<br><br>    Defendant. | No. 8:20CR00146-DOC<br><br>GOVERNMENT'S REQUEST FOR ISSUANCE OF WRIT AND ARREST WARRANT ON INFORMATION; DECLARATION OF ASHLEY MERICLE; [PROPOSED] ORDER |

    Pursuant to Fed. R. Crim. P. 9(a), plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby requests that a writ and arrest warrant be issued in the above-entitled matter, based on the probable cause showing in the accompanying declaration of Ashley Mericle.

//

//

//

//

//

The accompanying declaration is submitted in lieu of an affidavit, pursuant to 28 U.S.C. § 1746.

Dated: October 6, 2020        Respectfully submitted,

NICOLA T. HANNA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

*/s/ Mark Takla*

MARK TAKLA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF ASHLEY MERICLE**

I, Ashley Mericle, declare and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and am assigned to the investigation of defendant JASON FONG in the case entitled <u>United States v. Jason Fong</u>.

2. On October 2, 2020, counsel for defendant, Katherine Corrigan, represented that defendant is willing to waive indictment for the charged offense. I hereby incorporate by reference the facts contained in the affidavit supporting the search warrant application, <u>In re Search Warrant</u>, No. 8:20-MJ-00355, filed on June 17, 2020.

3. Based on this affidavit, I submit that there is probable cause to believe that defendant committed the charged offense, 18 U.S.C. § 2339C(c) (Concealing the Provision of Material Support and Resources and Funds).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Orange, California, on October 6, 2020.

_____
ASHLEY MERICLE