FILED
CLERK, U.S. DISTRICT COURT

10/6/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_KH_____ DEPUTY

NICOLA T. HANNA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3591
    Facsimile: (714) 338-3561
    Email:    mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:20CR00146-DOC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| JASON FONG, | |
| Defendant. | |

    THE COURT FINDS that the government has established probable cause to believe that an offense has been committed and the defendant, JASON FONG, committed said offense.

//
//
//
//
//
//
//
//

LODGED
CLERK, U.S. DISTRICT COURT

10/6/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_JGU_____ DEPTUTY

1     IT IS HEREBY ORDERED that the government's request for a writ
2 and arrest warrant is GRANTED and the Clerk's Office is directed to
3 issue the writ and arrest warrant for defendant to appear on October
4 19, 2020 at the Ronald Reagan Federal Building and United States
5 Courthouse, 411 W. 4th Street, Santa Ana, California.
6     IT IS SO ORDERED.

7

8   October 6, 2020                /s/ Autumn D. Spaeth
  DATE                         UNITED STATES MAGISTRATE JUDGE

9 Presented by:

10

11 *[signature: Mark Takla]*

12 MARK TAKLA
   Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28