Name, Address and Phone number of Attorney(s):
NICOLA T. HANNA, United States Attorney
MARK TAKLA, Deputy Chief, AUSA
Terrorism and Export Crimes Section
411 West Fourth Street, Suite 8000
Santa Ana, CA 92701      Telephone: (714) 338-3500

**CLEAR FORM**

FILED
CLERK, U.S. DISTRICT COURT
10/6/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____JGU_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:20-cr-00146-DOC |
| v. | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| JASON FONG<br>   aka "asian_ghazi"<br>Defendant(s). | ☑ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The undersigned ☑ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: Jason Fong
Alias: asian_ghazi
BOP/Booking No: 3165435
Detained by: ☐ Warden _____
             ☐ Other _____
Detained at: Central Mens Jail, 550 N. Flower Street, Santa Ana, CA 92703
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on  October 19, 2020  at  10:00 A.M.  before the Honorable
Duty Magistrate Judge  Judge/Magistrate Judge.

Location:    ☑ U.S. District Court  Ronald Reagan Federal Building & United States Courthouse
             *(Court Address)*
             ☐ Other  411 W. Fourth Street, Santa Ana, CA 92701
             *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: _____10/6/2020_____         *Mark Takla*
                                             *Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)* **MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.**

G-09 (10/06)    **APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM**