NICOLA T. HANNA
United States Attorney
MARK TAKLA, Deputy Chief, AUSA
Terrorism and Export Crimes Section
411 West 4th Street, Suite 8000
Santa Ana, CA 92701   Telephone: (714) 338-3500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br>v.<br><br>JASON FONG (Booking # 3165435)<br>   aka "asian_ghazi"<br><br><br><br>Defendant(s). | CASE NUMBER<br><br>8:20-cr-00146-DOC<br><br>ORDER ON<br>APPLICATION FOR WRIT OF HABEAS CORPUS<br><br>☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☒ Ad Prosequendum   ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   JASON FONG
   Alias:  asian_ghazi

On October 19, 2020   at   10:00 A.M.   before   Duty Magistrate Judge
   (Date of Appearance)         (Time)


Dated: October 6, 2020

/s/ Autumn D. Spaeth
U.S. Magistrate Judge