NICOLA T. HANNA
United States Attorney
MARK TAKLA, Deputy Chief, AUSA
Terrorism and Export Crimes Section
411 West 4th Street, Suite 8000
Santa Ana, CA 92701
Telephone: (714) 338-3500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s) v. JASON FONG (Booking # 3165435) aka "asian_ghazi" Defendant(s) | CASE NUMBER: CR **8:20-cr-00146-DOC** CV **WRIT OF HABEAS CORPUS** ☒ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |
|---|---|

**WHEREAS** the attached application was granted by the Honorable  Duty Magistrate Judge  Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Central Mens Jail, 550 N. Flower Street, Santa Ana, CA 92703

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Jason Fong** before the Honorable Duty Magistrate Judge Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **10D**, located at 411 W. Fourth Street, Santa Ana, CA 92701 on **October 19, 2020** at **10:00 A.M.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable Duty Magistrate Judge Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 10/7/2020

CLERK, U.S. DISTRICT COURT

By: J. Gutierrez
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**
G-09A (09/97)