# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:20-CR-00146-DOC        Recorder: Deborah Parker        Date: 10/19/2020

Present: The Honorable Karen E. Scott, U.S. Magistrate Judge

Court Clerk: Jazmin Dorado        Assistant U.S. Attorney: Mark Takla

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Jason Fong<br>Writ / Custody | Katherine Corrigan, Panel | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE AND INITIAL APPEARANCE AND APPOINTMENT OF COUNSEL HEARING.**

Defendant is arraigned.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

The Court appoints Katherine Corrigan, CJA Panel, as counsel for all further proceedings for defendant.

Financial affidavit is submitted and filed.

Defendant's first appearance.
Waiver of Indictment submitted, accepted by the court and filed.

Defendant pleads not guilty to all counts in the Information.

This case is assigned to the calendar of District Judge David O. Carter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 12/8/2020 at 8:30 AM
    Status Conference 11/16/2020 at 1:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 10 days.

Defendant and defense counsel are appearing by video. Advisement of Rights Form (CR10) and Consent to VTC form (CR29) filed.
Defendant waives the right to a detention hearing until such time as his release from state court becomes imminent.

First Appearance/Appointment of Counsel: 00 : 04
PIA: 00 : 04
Initials of Deputy Clerk: JD



cc: Statistics Clerk, PSALA PSASA, USMSA