FILED
CLERK, U.S. DISTRICT COURT

OCT 19 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>Jason Fong<br>DEFENDANT | PLAINTIFF | CASE NUMBER:<br>SACR 20-146-DOC<br><br>**WAIVER OF INDICTMENT** |
|---|---|---|

I, **Jason Fong**, the above-named defendant, who is accused of **Concealing terrorism financing** in violation of **18 USCS 2339C(c)**, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_8/12/20_
Date

_____
Defendant

_8/12/20_
Date

_____
Counsel for Defendant

_10/19/20_
Date

Before: _____
Judicial Officer
KAREN E. SCOTT

---

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____        _____
Date                     Interpreter

---

CR-57 (06/14)                    WAIVER OF INDICTMENT