TRACY WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3591
    Facsimile: (714) 338-3561
    Email:     mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JASON FONG,

    Defendant.

No. SA CR 20-146-DOC

STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT

**CURRENT DATES:**
TRIAL: 2/23/21 at 8:30 a.m.
STAT. CONF.: 2/15/21 at 1:30 p.m.

**PROPOSED DATES:**
TRIAL: 5/25/21 at 8:30 a.m.
STAT. CONF.: 5/15/21 at 1:30 p.m.

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Mark Takla, and defendant JASON FONG ("defendant"), by and through his counsel of record, Karren Kenney, hereby stipulate as follows:

    1. The Information in this case was filed on October 6, 2020. Defendant first appeared before a judicial officer of the court in

which the charges in this case were pending on October 19, 2020. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before December 28, 2020.

2. On October 19, 2020, the Court set a trial date of December 8, 2020 and a status conference date of November 16, 2020.

3. Defendant is detained pending trial. The parties estimate that the trial in this matter will last approximately 10 days.

4. By this stipulation, defendant moves to continue the trial date to May 25, 2021 and the status conference to May 15, 2021. The Court previously continued the case to February 23, 2021. This is the second request for a continuance.

5. Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

   a. Defendant is charged with a violation of 18 U.S.C. § 2339C(c): Concealing the Provision of Material Support and Resources and Funds. The government has produced discovery to the defense, including approximately 3,500 pages of written reports, audio and video recordings, and defendant's digital devices.

   b. On November 19 2020, defendant's current counsel appeared as counsel of record. Defense counsel has multiple hearings and trials scheduled between now and May 25, 2021. Accordingly, counsel represents that she will not have the time that she believes is necessary to prepare to try this case on the current trial date.

   c. In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for

potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represents that failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.   Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

    e.   The government does not object to the continuance.

    f.   The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

6.   For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of February 23, 2021 to May 25, 2021, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: January 8, 2021        Respectfully submitted,

TRACY WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Criminal Division

*/s/ Mark Takla*

MARK TAKLA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

I am JASON FONG's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than May 25, 2021 is an informed and voluntary one.

_____        1-13-21
KARREN KENNEY                  Date
Attorney for Defendant
Jason Fong

4

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than May 25, 2021.

_____    01/12/21
JASON FONG                                  Date
Defendant

5