KARREN KENNEY
KENNEY LEGAL DEFENSE
5000 Birch Street, Suite 3000
Newport Beach, CA  92660
(855) 505-5588

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SACR 20-00146 |
| v. | |
| JASON FONG | **NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge _____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

   An interpreter is   ☐ required   ☐ is not required.  Language _____
   Defendant is   ☐ in custody   ☐ not in custody.

Clerk, U. S. District Court

_____      _____      _____
Date            Deputy Clerk     Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation   ☐ Interpreter's Office   ☐ PSA.