MARK TAKLA, Assistant United States Attorney
United States Attorney's Office
411 West Fourth Street, Suite 8000
Santa Ana, CA 92701
Telephone: (714) 338-3500   Email: mark.takla@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF(S)<br>v.<br>JASON FONG,<br>DEFENDANT(S). | CASE NUMBER:<br>SA CR 20-00146-DOC(KES)<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF MARK TAKLA

[PROPOSED] ORDER SEALING DOCUMENT

UNDER SEAL EXHIBIT A TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S APPLICATION FOR RELEASE

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 24, 2021
Date

/s/ Mark Takla
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*