KARREN KENNEY
KENNEY LEGAL DEFENSE
5000 Birch Street, Suite 3000
Newport Beach, CA 92660
(855) 505-5588

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SACR 20-00146-DOC |
| v. | |
| JASON FONG | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, **(18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☒ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☒ Magistrate Judge   Karen E. Scott

on   Friday, February 26, 2021   at   1:00   ☐ a.m. ☒ p.m.

in courtroom   6D, via Zoom Webinar   .

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☒ is not required. Language _____
Defendant is ☒ in custody ☐ not in custody.

Clerk, U. S. District Court

| 2/23/2021 | Jazmin Dorado | 714-338-3960 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☒ PSA.

---

**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)**

CR-88A (10/09)