1  KARREN KENNEY, CA. SBN 174872
   KENNEY LEGAL DEFENSE
2  2900 BRISTOL STREET, SUITE C204
   COSTA MESA, CA 92626
3  TELEPHONE: (855) 505-5588
   E-MAIL: KARREN.KENNEY@GMAIL.COM
4
5  Attorney for Defendant *Jason Fong*

6                  UNITED STATES DISTRICT COURT
7              FOR THE CENTRAL DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,        ) Case No.: SACR 20-00146-DOC
                                    )
10          Plaintiff,               ) OBJECTION TO GOVERNMENT'S EX
                                    ) PARTE MOTION
11      vs.                         )
                                    )
12 JASON FONG,                      )
                                    )
13          Defendants.             )
                                    )
14                                  )

15

16      Defendant Jason Fong, by and through his attorney of record Karren
17 Kenney, hereby objects to the Government's improper Ex Parte Motion that
18 references an Opposition that was never filed by the Government.  In addition,
19 Exhibit A that is sought to be filed under seal lacks foundation, is unreliable and
20 contains multiple levels of hearsay.  If the motion is granted, Defendant
21 respectfully requests a hearing that would provide an opportunity to cross
22 examine the agent who authored Exhibit A.
23 DATED: February 24, 2021              Respectfully submitted,
24

25
                                        /s/_____
                                        Karren Kenney

Attorney for Jason Fong