MARK TAKLA, Assistant United States Attorney
United States Attorney's Office
411 West Fourth Street, Suite 8000
Santa Ana, CA 92701
Telephone: (714) 338-3500   Email: mark.takla@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>JASON FONG,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SA CR 20-00146-DOC(KES)<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF MARK TAKLA

[PROPOSED] ORDER SEALING DOCUMENT

GOVERNMENT'S OPPOSITION TO DEFENDANT'S APPLICATION FOR BOND; EXHIBIT

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

February 25, 2021
Date

/s/ Mark Takla
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*