KARREN KENNEY, CA. SBN 174872
KENNEY LEGAL DEFENSE
2900 BRISTOL STREET, SUITE C204
COSTA MESA, CA 92626
TELEPHONE: (855) 505-5588
E-MAIL: karren.kenney@gmail.com

Attorney for Defendant *Jason Fong*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SACR 20-00146-DOC |
| Plaintiff, ) | OBJECTION TO GOVERNMENT'S UNDERSEAL FILING SUBMITTED ON FEBURARY 25, 2021 AND REQUEST TO STRIKE |
| vs. ) | |
| JASON FONG, ) | |
| Defendants. ) | |

Defendant Jason Fong, by and through his attorney of record Karren Kenney, hereby objects to the Government's underseal filing (Opposition) pertaining to Mr. Fong's bail review hearing set for February 26, 2021. The underseal filing contains distorted information in an attempt to sabotage Mr. Fong's efforts to obtain bond. The factual information in the underseal filing lacks foundation, is unreliable and contains multiple levels of hearsay. In that regard, Mr. Fong therefore requests the underseal filing be stricken from the record. If the filing is allowed and then considered by the court during the detention hearing, Mr. Fong's due process rights will be violated if the defendant is not provided the opportunity to cross examine the agent(s) who provided the

distorted facts that have been presented to the court. If the court allows the filing, the defense requests a hearing be set to question the involved law enforcement agents regarding the information presented.

DATED: February 25, 2021               Respectfully submitted,


/s/_____
Karren Kenney
Attorney for Jason Fong