KARREN KENNEY, CA. SBN 174872
KENNEY LEGAL DEFENSE
2900 BRISTOL STREET, SUITE C204
COSTA MESA, CA 92626
TELEPHONE: (855) 505-5588
E-MAIL: KARREN.KENNEY@GMAIL.COM

Attorney for Defendant *Jason Fong*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR 20-00146-DOC |
| Plaintiff, | |
| vs. | OBJECTION TO GOVERNMENT'S EX PARTE MOTION TO FILE EXHIBIT B UNDER SEAL |
| JASON FONG, | |
| Defendants. | |

Defendant Jason Fong, by and through his attorney of record Karren Kenney, hereby objects to the Government's improper filing of Exhibit B that **has not been provided to the Defendant** in violation of his 5th and 6th Amendment rights.  The defense is in the dark as to the contents of Exhibit B provided to the court 3 hours prior to the detention hearing.  **Exhibit B must be stricken**.  If the court allows the filing, Defendant respectfully requests a hearing that would provide an opportunity to cross examine all witnesses who are

/ / /

mentioned in Exhibit B.

DATED:  February 26, 2021                    Respectfully submitted,


                                             /s/ *Karren Kenney*
                                             Karren Kenney
                                             Attorney for Jason Fong