TRACY L. WILKISON
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorneys
United States Attorney's Office
411 West Fourth Street, Suite 8000
Santa Ana, California 92701
Telephone: (714) 338-3500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JASON FONG,<br><br>DEFENDANT. | CASE NUMBER<br><br>No. SA CR 20-00146-DOC(KES)<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☑ plaintiff ☐ defendant _____
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge  Karen E. Scott _____ by order dated: February 26, 2021

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☑ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
The government requests that the district court review the magistrate judge's order.

Relief sought *(be specific):*
The government respectfully request that the defendant be detained pending trial.

Counsel for the defendant and plaintiff United States Government consulted on  February 26, 2021
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to  ☐ AUSA  ☑ Defendant's Counsel  ☑ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on  March 3, 2021 .

An interpreter is  ☐ required  ☑ not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

March 3, 2021                                                   Plaintiff
Date                                                            Moving Party