*United States Probation & Pretrial Services*

United States District Court
Central District of California





F I L E D
CLERK, U.S. DISTRICT COURT

03/02/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

Date: March 1, 2021
Re: Release Order Authorization
Docket Number: 8:20-CR-00146
Defendant: Jason Fong

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

*Nicholas Walker*

NICHOLAS WALKER
U.S. Probation & Pretrial Services Officer
Telephone No. 213-894-3076