Karren Kenney, CA. SBN 174872
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
Telephone: (855) 505-5588
E-Mail: karren.kenney@gmail.com

Attorney for Defendant *Jason Fong*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR 20-00146-DOC |
| Plaintiff, | OBJECTION TO GOVERNMENT'S EX PARTE MOTION |
| vs. | |
| JASON FONG, | |
| Defendants. | |

Defendant Jason Fong, by and through his attorney of record Karren Kenney, hereby objects to the Government's request for a review of the lawfully set bond conditions ordered by Magistrate Judge Karen Scott. There is absolutely no basis for the review request, and can only be considered a direct attempt by the Government to sabotage Mr. Fong's ability to post a secured bond, and have access to counsel in order to adequately prepare a complete defense. If the court decides to entertain this request for review, the defense specifically requests the court to consider the oral proffer of defense counsel that was presented during the detention hearing proceedings on February 26, 2021. A

refusal to consider the oral proffer by defense counsel would be a violation of Mr. Fong's Due Process rights under the 5th Amendment.

DATED:  March 4, 2021                              Respectfully submitted,


/s/_____
Karren Kenney
Attorney for Jason Fong