ORIGINAL

TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorneys
Acting Chief, Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    Email:    mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 20-00146-DOC(KES) |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF MARK TAKLA |
| v. | |
| JASON FONG, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Mark Takla, hereby applies ex parte for an order that the Government's Under Seal Exhibit B to its Opposition to Defendant's Application for Reconsideration of Bond.

//

//

//

This ex parte application is based upon the attached declaration of Mark Takla.

Dated: February 26, 2021          Respectfully submitted,

TRACY L WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

*/s/ Mark Takla*
———————————————
MARK TAKLA
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF MARK TAKLA**

I, Mark Takla, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file the Government's Under Seal Exhibit B to its Opposition to Defendant's Application for Reconsideration of Bond. The exhibit is a thumb drive that contains evidence supporting an affidavit in support of a search warrant issued on June 17, 2020 by the Honorable Autumn D. Spaeth, United States Magistrate Judge, on June 17, 2020 pertaining to defendant's digital devices. Judge Spaeth ordered that the search warrant and affidavit be filed under seal. Further, the document contains Personal Identifying Information ("PII") and Confidential Information and is subject to a protective order issued by the Honorable David O. Carter, United States District Judge, on October 9, 2020. Neither of these orders have been lifted.

3. On February 23, 2021, I asked defendant's attorney, Karren Kenney, whether she objected to the filing of this document under seal. As of the date of the filing of this document, she has not stated whether she objects.

4. Should the Court deny this application, the government requests that the document and this application not be filed, but be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that

this declaration is executed at Santa Ana, California, on February 26, 2021.

*Mark Takla*
_____
MARK TAKLA

# Certificate of Service

I am a citizen of the United States and am employed in the County of Orange, California. I am over 18 years of age, and I am not a party to the above-entitled action. My business address is the United States Attorney's Office, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701.

I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service was made. On this date, February 26, 2021, I served a copy of the foregoing document(s), described as follows:

**GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF MARK TAKLA; [PROPOSED] ORDER SEALING DOCUMENT; UNDER SEAL EXHIBIT B TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S APPLICATION FOR RELEASE**

in the following manner:

■ by placing a true copy in a sealed envelope, addressed to the person(s) specified below, and placing it for pickup at 411 West Fourth Street, Suite 8000, Santa Ana, California 92701

☐ by placing the documents in a sealed envelope, bearing the requisite postage thereon, and placing it for mailing via the U.S. Postal Service addressed as follows:

■ by e-mailing a pdf. version of the document(s) to the e-mail addresses specified as:

**karren.kenney@gmail.com**   Karren Kenney   (Defense Counsel)

I declare under penalty of perjury that the foregoing is true and correct, executed on February 26, 2021, at Santa Ana, California.

/s/
JEAN KIM