TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorneys
Acting Chief, Terrorism and Export Crimes Section
     United States Attorney's Office
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3500
     Facsimile: (714) 338-3561
     Email:     mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 20-00146-DOC |
|---|---|
| Plaintiff, | EX PARTE REQUEST FOR STAY OF RELEASE ORDER |
| v. | |
| JASON FONG, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Mark Takla, hereby applies for an extension of the stay of the release order as to defendant Jason Fong.

Defendant opposes this application.

//

//

This ex parte application is based upon the attached declaration of Assistant United States Attorney Mark Takla.

Dated March 9, 2021            Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

*/s/ Mark Takla*
_____
MARK TAKLA
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF MARK TAKLA**

I, Mark Takla, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this matter.

**A. Background**

2. On October 19, 2020, defendant Jason Fong made his initial appearance before the Honorable Karen E. Scott, United States Magistrate Judge. Defendant waived indictment and was brought to federal court on writ on an information charging him with concealing material support to a foreign terrorist organization, in violation of 18 U.S.C. § 2332C(c). The government sought detention. At the time, defendant waived his detention hearing. At his initial appearance, defendant was represented by Katherine Corrigan.

3. On November 20, 2021, current counsel substituted in as counsel of record.

4. Defendant filed a request for a detention hearing on February 23, 2021. That same day, Judge Scott set a hearing for February 26, 2021.

5. The court held a hearing on February 26, 2021. Pretrial Services recommended detention. Defendant was released on a $300,000 appearance bond secured by real property, with various conditions including home confinement, electronic monitoring, and firearms and internet restrictions. The court conditioned release to Pretrial Services after the positing of the bond.

6. On March 4, 2021, the government filed an application for review/reconsideration of the order setting conditions of bond before this Court.

7. On March 5, 2021, this Court requested a seven-day expedited transcript and that the government's application be held in abeyance. The government initially read this order as issuing a stay of the release order. In an abundance of caution, the government files this application. The Court has not set a hearing for the government's request.

8. As of the filing of this application, defendant has not completed the bond paperwork and submitted it to the government for approval. He remains in custody.

**B.   Request for Stay of the Release Order**

9. The government moves the Court to enter an order extending the stay of the release order until the duty district judge resolves the government's request for review. By imposing the stay, the Court will maintain the status quo pending further review, and prevent any risk that defendant will flee or endanger the community during the period when the government's application for review is pending.

10. The government submits that defendant's offense conduct, status of a servicemember, and history and characteristics warrant a stay. Relevant facts include:

- Stated he wanted to die violently in the United States;
- Stated he wanted to harm police officers;
- Sent explosive making information to a 15-year-old minor on two occasions after the minor told defendant he wanted to (1) blow up an Air Force base; and (2) travel to Syria to join a Foreign Terrorist Organization ("FTO");
- Possessed an illegal and unserialized assault rifle (or "ghost gun") with a chambered round and accessible for quick access;

2

- Possessed a pistol with a chambered round underneath his pillow;
- Possessed nine illegal firearms magazines and a stockpile of thousands of rounds of ammunition;
- Possessed a gas mask and body armor (not Marine Corps issue);
- Fundraised for an FTO;
- Stated he wanted to travel to Syria to fight;
- Stated he wanted to harm members of the lesbian, gay, bisexual, transgender and queer or questioning ("LGBTQ") community, and one of his former high school teachers; and
- Pretrial services recommended detention because of both flight risk and danger to the community.

11. Defendant objects to the stay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Orange County, California, on March 9, 2021.

*Mark Takla*
_____
MARK TAKLA

3