KARREN KENNEY, CA. SBN 174872
KENNEY LEGAL DEFENSE
2900 BRISTOL STREET, SUITE C204
COSTA MESA, CA 92626
TELEPHONE: (855) 505-5588
E-MAIL: KARREN.KENNEY@GMAIL.COM

Attorney for Defendant *Jason Fong*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SACR 20-00146-DOC |
| Plaintiff, ) | |
| ) | OBJECTION TO GOVERNMENT'S EX PARTE MOTION FOR STAY OF RELEASE ORDER |
| vs. ) | |
| JASON FONG, ) | |
| Defendants. ) | |

Defendant Jason Fong, by and through his attorney of record Karren Kenney, hereby objects to the Government's additional and improper Ex Parte Motion to deny my client the right to bond out on the extremely stringent conditions set by the Magistrate Judge.

The government's ex parte contains inflammatory bullet points that do not adequately represent the actual facts, which is once again, misleading to the court. For example:

- All firearms and ammo that were in my client's possession have been seized and are currently in possession of law enforcement;
- Mr. Fong never stated he wanted to hurt police officers for the sake of hurting a police officer.  This statement AUSA Takla provided was through several layers of hearsay, and the source was allegedly a friend of Mr. Fong's, not Mr. Fong himself, whom agents interviewed.  Mr. Fong had only wanted to defend Islam (which he no longer practices), and made it clear throughout all of his conversations he was never interested in harming any innocent people;
- Mr. Fong never stated he wanted to blow up an Air Force base.  The 15 year old, referenced by AUSA Takla, was the one who stated he wanted to blow up the Air Force base.  Mr. Fong told him that was not necessary, and made a military joke about the Air Force telling him to just take the nerd computers away and they would die from anxiety;
- The gas mask and body armor AUSA Takla referenced were collectibles of Mr. Fong who admires war memorabilia, much like other people who have served in the military;
- Mr. Fong did not fundraise for an FTO.  Fong shared a link that does not mention Hamas. (See attached Exhibit A)
- Mr. Fong never stated he wanted to travel to Syria to fight.  In the discovery it states: "JF stated he does not want to live in US but would like to live in Syria even though it is a land of war, there are many Muslims. JF stated the two would remain soldiers of Islam and fight for the truth and live peacefully."

- Mr. Fong never threatened to harm members of the LGBTQ community, he only made a statement consistent with his religious objection to that lifestyle. Mr. Fong's former teacher was apparently a pedophile, and it is not uncommon to voice disdain toward pedophiles.
- Pretrial Services was poisoned by AUSA Takla's direct contact he intentionally made with the reporting officer, again attempting to sabotage Mr. Fong's ability to have bond set. The defense was NEVER asked to provide ANY information to contradict AUSA Takla's information to the pretrial services officer.

Of greater concern is the background of AUSA Mark Takla and his overreaching efforts to keep Mr. Fong in custody, continuing to deny him due process and the ability to prepare his defense. AUSA Takla's personal background apparently includes being sent to Afghanistan while serving as a Navy Reservist, to provide Rules of Engagement to his unit to fight actual terrorists. This obviously raises concerns over his ability to treat Mr. Fong as other defendants, who were not in the military, considering the charges involved in this case.

As late as October, 2020, AUSA Mark Takla was working as a JAG attorney prosecuting military personnel, and held the title of "Commander Mark Takla, JAGC, USN." (See Exhibit B). AUSA Takla was clearly in that position during the investigation of the current case, which presents an obvious bias towards Mr. Fong since he was previously a Marine reservist.

Mr. Fong should not be denied due process and the ability to post bond, considering the extremely stringent conditions that have been placed on him by the magistrate court. The overreaching efforts by AUSA Takla are disturbing.

The Court should not overturn Judge Scott's conditions of bond that were set.

DATED:  March 9, 2021          Respectfully submitted,

/s/ *Karren Kenney*
Karren Kenney
Attorney for Jason Fong

# EXHIBIT A

http://fund.alqassam.net/mid/  Go  NOV DEC JAN
441 captures
1 Oct 2019 - 25 Sep 2020
◀ 30 ▶
2018 2019 2020
About this capture



(/https://web.archive.org/web/20191230162507/https://alqassam.net)

⟨Light or heavy, go into battle, and fight with your goods and your people in the path of Allah. This is better for you, if you only knew⟩

The" :Prophet Mohammad (peace be upon him) that this one said one who equips a fighter in the way of Allah, has also fought. And the one who supplements a fighter with his family by ".showing himself good, has also fought



0:00

Al aqsa is an integral part of our faith and is a verse from the book of our Lord. Palestine is the kiss of the free, the love of the people, the question of the righteous nation and what the free world looks at, for this reason it is the responsibility of every free and jealous person to participate in jihad and to support the oppressed.

**Now you can send your financial support directly to the resistance via the currency of "Betkwin" through the wallet address which will appear after performing the check.**

http://fund.alqassam.net/mid/   Go   NOV DEC JAN
441 captures                       ◀ 30 ▶
1 Oct 2019 - 25 Sep 2020           2018 2019 2020
About this capture

the address was successfully copied

To inquire or make a donation in another way, contact us by email

fund@alqassam.ps

# EXHIBIT B

*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
CRISFIELD, HOLIFIELD, and LAWRENCE
Appellate Military Judges

———————————

**UNITED STATES**
Appellee

v.

**Mathew W. ANDERSEN**
Private (E-1), U.S. Marine Corps
Appellant

**No. 201900233**

Decided: 30 October 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Roger E. Mattioli

Sentence adjudged 12 June 2019 by a special court-martial convened at Marine Corps Base Quantico, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: forfeiture of $1120.60 per month for four months and a bad conduct discharge.

For Appellant:
*Commander Mark Takla, JAGC, USN*

For Appellee:
*Lieutenant Kevin G. Edwards II, JAGC, USN*
*Lieutenant Joshua C. Fiveson, JAGC, USN*

———————————

*30 October 2020: Administrative correction to add Appellee counsel.*