```
TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorneys
Acting Chief, Terrorism and Export Crimes Section
     United States Attorney's Office
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3500
     Facsimile:  (714) 338-3561
     Email:      mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 20-00146-DOC |
|---|---|
| Plaintiff, | ORDER ISSUING STAY OF RELEASE ORDER [47] |
| v. | |
| JASON FONG, | |
| Defendant. | |

The Court has read and considered the government's *ex parte* application for an order staying the release order as to defendant Jason Fong, filed in this matter on February 26, 2021.

FOR GOOD CAUSE SHOWN, the release order is stayed until such time as the Court rules on the government's application for review of the magistrate judge's release order.

March 9, 2021
DATE

*/s/ David O. Carter*
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE