# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SA CR 20-00146-DOC |
| Date | March 22, 2021 |

Present: The Honorable  DAVID O. CARTER, U.S. District Judge

Interpreter  N/A

| Kelly Davis | Debbie Gale | Mark Takla |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JASON FONG | X | X | | Karren Kenney, CJA | X | | X |

**PROCEEDINGS:** STATUS CONFERENCE HELD VIA ZOOM

---

    Case called.  Also present via Zoom are U.S. Probation and Pretrial Officers Nicholas Walker and Terry Ginsburg.  Court and counsel confer re: Government's Request that the District Court review the Magistrate Judge's order. [41]

    The Court continues the above-stated hearing and sets an in-person hearing for MARCH 31, 2021, at 10:30 a.m.

                                                                                                      : 48

Initials of Deputy Clerk  kd