Mark Takla (Cal. Bar No. 218111)   (714) 338-3500
Assistant United States Attorney
Terrorism and Export Crimes Section
411 W. Fourth Street, Suite 8000
Santa Ana, California 92701-4599

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 20-00146-DOC (KES) |
| v. | |
| JASON FONG, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

Government's Ex Parte Application for Order Sealing Document; Declaration of Mark Takla
[Proposed] Order Sealing Document
Under Seal Document

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| March 29, 2021 | /s/ Mark Takla |
|---|---|
| Date | Attorney Name |
| | United States of America, Plaintiff |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                     **NOTICE OF MANUAL FILING OR LODGING**