# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SA CR 20-00146-DOC |
| Date | April 2, 2021 |

| | |
|---|---|
| Present: The Honorable | DAVID O. CARTER, U.S. District Judge |
| Interpreter | N/A |

| Kelly Davis | Debbie Gale | Mark Takla |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JASON FONG | X | X | | Karren Kenney, CJA | X | | X |

**PROCEEDINGS:** BAIL REVIEW HEARING (Held and Completed)

Case called. Also present via telephone is U.S. Probation and Pretrial Officer Nicholas Walker and in person is Probation Officer Terry Ginsburg. Court and counsel confer re: Government's Request that the District Court review the Magistrate Judge's order. [41]

The Court DENIES bail for the defendant and orders the defendant detained pending trial.

2 : 15

Initials of Deputy Clerk   kd