Name: Karren Kenney SBN 174872
Address: 5000 Birch Street, Suite 3000
City, State, Zip: Newport Beach, CA 92660
Phone: 855-505-5588
Fax:
E-Mail: karren.kenney@gmail.com

☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES of AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | SACR 20-00146 |
| v. | |
| JASON FONG | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____JASON FONG_____ hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☒ Bail status:
28 USC 1291, detention order

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____April 2, 2021_____. Entered on the docket in this action on April 16, 2021.

A copy of said judgment or order is attached hereto.

April 16, 2021                           /s/ Karren Kenney
Date                                     Signature
                                         ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | SA CR 20-00146-DOC | Date | April 2, 2021 |

Present: The Honorable   DAVID O. CARTER, U.S. District Judge
Interpreter   N/A

| Kelly Davis | Debbie Gale | Mark Takla |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JASON FONG | X | X | | Karren Kenney, CJA | X | | X |

**PROCEEDINGS:**   BAIL REVIEW HEARING (Held and Completed)

Case called.   Also present via telephone is U.S. Probation and Pretrial Officer Nicholas Walker and in person is Probation Officer Terry Ginsburg.   Court and counsel confer re: Government's Request that the District Court review the Magistrate Judge's order. [41]

The Court DENIES bail for the defendant and orders the defendant detained pending trial.

2 : 15

Initials of   kd
Deputy Clerk