TRACY WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
     United States Attorney's Office
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3591
     Facsimile: (714) 338-3561
     Email:     mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 20-146-DOC |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR <u>(1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u> |
| v. | |
| JASON FONG, | |
| Defendant. | **CURRENT DATES:**<br>TRIAL: 5/25/21 at 8:30 a.m.<br>STAT. CONF.: 5/17/21 at 1:30 p.m.<br><br>**PROPOSED DATES:**<br>TRIAL: 10/05/21 at 8:30 a.m.<br>STAT. CONF.: 9/13/21 at 1:30 p.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Mark Takla, and defendant JASON FONG ("defendant"), by and through his counsel of record, Karren Kenney, hereby stipulate as follows:

1. The Information in this case was filed on October 6, 2020. Defendant first appeared before a judicial officer of the court in

1  which the charges in this case were pending on October 19, 2020.  The
2  Speedy Trial Act, 18 U.S.C. § 3161, originally required that the
3  trial commence on or before December 28, 2020.
4       2.   On October 19, 2020, the Court set a trial date of December
5  8, 2020 and a status conference date of November 16, 2020.
6       3.   Defendant is detained pending trial.  The parties estimate
7  that the trial in this matter will last approximately 10 days.  On
8  April 16, 2021 defendant filed a notice of appeal regarding Judge
9  Carter's denial of the bond conditions set by Magistrate Judge Karen
10 Scott.  Defense counsel represents access to her client is impaired
11 given the COVID restrictions at the Santa Ana Jail and protective
12 order over the discovery that is currently in place.  Defense counsel
13 represents that the defendant is unable to personally review
14 discovery at the courthouse at this time (as suggested by Judge
15 Carter during the April 2, 2021 hearing) due to the 7-day mandatory
16 quarantine in place for each day the defendant is transported to the
17 court.  The Ninth Circuit decision may affect this new agreed-upon
18 trial date if the defendant remains detained.
19      4.   By this stipulation, defendant moves to continue the trial
20 date to October 5, 2021 and the status conference to September 13,
21 2021.  The Court previously continued the case to February 23, 2021
22 and to May 25, 2021.  This is the third request for a continuance.
23      5.   Defendant requests the continuance based upon the following
24 facts, which the parties believe demonstrate good cause to support
25 the appropriate findings under the Speedy Trial Act:
26           a.   Defendant is charged with a violation of 18 U.S.C.
27 § 2339C(c): Concealing the Provision of Material Support and
28 Resources and Funds.  The government has produced discovery to the

defense, including approximately 6,400 pages of written reports, audio and video recordings, and defendant's digital devices.

b.   On November 19, 2020, defendant's current counsel appeared as counsel of record.  Defense counsel has multiple hearings and trials scheduled between now and October 5, 2021.  Accordingly, counsel represents that she will not have the time that she believes is necessary to prepare to try this case on the current trial date.

c.   In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represents that failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.   Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

e.   The government does not object to the continuance.

f.   The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

6.   For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that

1 the time period of May 25, 2021 to October 5, 2021, inclusive, should
2 be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and
3 (h)(7)(B)(iv) because the delay results from a continuance granted by
4 the Court at defendant's request, without government objection, on
5 the basis of the Court's finding that: (i) the ends of justice served
6 by the continuance outweigh the best interest of the public and
7 defendant in a speedy trial; (ii) failure to grant the continuance
8 would be likely to make a continuation of the proceeding impossible,
9 or result in a miscarriage of justice; and (iii) failure to grant the
10 continuance would unreasonably deny defendant continuity of counsel
11 and would deny defense counsel the reasonable time necessary for
12 effective preparation, taking into account the exercise of due
13 diligence.
14       7.   Nothing in this stipulation shall preclude a finding that
15 other provisions of the Speedy Trial Act dictate that additional time
16 periods be excluded from the period within which trial must commence.
17 Moreover, the same provisions and/or other provisions of the Speedy
18 ///

Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO STIPULATED.

Dated: April 20, 2021        Respectfully submitted,

TRACY WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Criminal Division

*Mark Takla*

MARK TAKLA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

    I am JASON FONG's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 5, 2021 is an informed and voluntary one.

*Karren Kenney*        4-24-21

KARREN KENNEY        Date
Attorney for Defendant
Jason Fong

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 5, 2021.

/s/Jason Fong        4-24-21 (waiver stated on the record

JASON FONG        in open court on April 2, 2021)
Defendant        Date

| | |
|---|---|
| **From:** | Karren Kenney |
| **To:** | DOCChambers |
| **Cc:** | Takla, Mark (USACAC) |
| **Subject:** | Re: SA CR 20-00146-DOC: USA v. JASON FONG |
| **Date:** | Saturday, April 24, 2021 8:33:58 AM |
| **Attachments:** | Stip to Continue 4-24-21.pdf |

Kelly:

Mr. Fong provided an oral waiver in open court on April 2nd that was taken by the judge. Judge Carter asked us to file a stip but we had to work out the wording in the document. Please see the attached which I have electronically signed.

Karren Kenney
Founding Attorney
Kenney Legal Defense Corporation
http://kenneylegaldefense.us

This message is a confidential communication. It may be an attorney-client communication and, as such, privileged and confidential. If you are not the intended recipient, please do not read, copy or use it and do not disclose it to others. Notify the sender of the error by replying to this message, then delete it from your system.


On Fri, Apr 23, 2021 at 9:53 PM DOCChambers <DOC_Chambers@cacd.uscourts.gov> wrote:

> Hello Counsel,
>
> Judge Carter would like to know if this case will be going to trial on May 25, 2021.
>
> If no response is received by 4/28, Judge Carter wants me to set a status conference asap.
>
> Let me know. Thanks
>
> 
>
> KELLY A. DAVIS
> COURTROOM DEPUTY CLERK TO THE HON. DAVID O. CARTER
> UNITED STATES DISTRICT COURT
> CENTRAL DISTRICT OF CALIFORNIA
> 411 W. 4th Street
> Santa Ana, CA 92701
> Office: 714-338-4543
> Email: kelly_davis@cacd.uscourts.gov