1  TRACY WILKISON
   Acting United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, National Security Division
   MARK TAKLA (Cal. Bar No. 218111)
4  Assistant United States Attorney
   Deputy Chief, Terrorism and Export Crimes Section
5       United States Attorney's Office
        411 West Fourth Street, Suite 8000
6       Santa Ana, California 92701
        Telephone:  (714) 338-3591
7       Facsimile:  (714) 338-3561
        Email:       mark.takla@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                 UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. SA CR 20-146-DOC

13           Plaintiff,                ORDER CONTINUING TRIAL DATE AND
                                       FINDINGS REGARDING EXCLUDABLE
14              v.                     TIME PERIODS PURSUANT TO SPEEDY
                                       TRIAL ACT [63]
15  JASON FONG,
                                       **PROPOSED DATES:**
16           Defendant.                TRIAL: 10/05/21 at 8:30 a.m.
                                       STAT. CONF.: 9/13/21 at 1:30 p.m.
17

18

19      The Court has read and considered the Stipulation Regarding

20  Request for (1) Continuance of Trial Date and (2) Findings of

21  Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

22  parties in this matter.  The Court hereby finds that the Stipulation,

23  which this Court incorporates by reference into this Order,

24  demonstrates facts that support a continuance of the trial date in

25  this matter, and provides good cause for a finding of excludable time

26  pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

27      The Court further finds that:  (i) the ends of justice served by

28  the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from May 25, 2021 to October 5, 2021 at 8:30 a.m.  The status conference hearing is continued to September 13, 2021 at 1:30 p.m.

2.   The time period of May 25, 2021 to October 5, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

April 27, 2021

_____
DATE

*David O. Carter*

_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE