TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    Email:    mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 20-00146-DOC |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION TO MODIFY OCTOBER 9, 2020 PROTECTIVE ORDER; DECLARATION OF MARK TAKLA; EXHIBIT; PROPOSED ORDER |
| v. | |
| JASON FONG, | |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Mark Takla, requests that the Court modify the October 9, 2020 protective order in this case restricting the use and dissemination of the specific information in the October 9, 2020 protective order pursuant to Federal Rule of Criminal Procedure Rule 16(d)(1).

    1.   The government is in possession of Confidential Informant ("CI") materials and Personal Identifying Information ("PII") (the "PROTECTED INFORMATION").

2. On October 9, 2020, pursuant to the parties' stipulation, the Court issued a protective order that placed restrictions on the dissemination of discovery by defendant in this case, including materials like the PROTECTED INFORMATION. At the time, defendant was represented by Katherine Corrigan.

3. Paragraphs of the October 9, 2020 protective order state that CI and PII Materials may be reviewed by defendant only in the presence of defense counsel. On several occasions, defendant's current counsel, Karren Kenney, has expressed that due to the COVID-19 pandemic and limits placed on contact visits at the Santa Ana Jail, counsel has not been able to fully discuss the discovery with defendant.

4. The government's understanding is that visitation limits at the Santa Ana jail are easing. On April 28, 2021, a Santa Ana Jail representative told government counsel that in-person visits between inmates and counsel will resume on May 1, 2021. Nonetheless, by this ex parte application, the government requests that the October 9, 2020 protective order be modified to allow counsel to allow counsel to leave discovery at the Santa Ana Jail, so that defendant can view it.

5. On February 5 and 11, 2021, the government provided defense counsel a draft modification of the protective order that the government believed would allow counsel to leave discovery at the jail. On February 22, 2021, counsel stated she would not agree to the modification.

6. On April 19, 2021, defense counsel again expressed concern that the protective order made it difficult to provide discovery to defendant in the Santa Ana Jail. Counsel asked that the following

language be placed in a stipulation regarding the continuance request filed on April 26, 2021:

> Defense counsel represents access to her client is impaired given the COVID restrictions at the Santa Ana Jail and protective order over the discovery that is currently in place. The defendant is unable to personally review discovery at the courthouse t this time (as suggested by Judge Carter during the April 2, 2021 hearing) due to the 7-day mandatory quarantine in place for each day the defendant is transported to the court.

(CR 63 at ¶ 3.)

7. Government counsel again asked defense counsel whether she would agree to a modification of the protective order. Counsel again objected noting that proposed paragraph 6(u)(2) required that discovery marked HIGHLY SENSITIVE PROTECTIVE ORDER MATERIAL be viewed in the presence of defense counsel. Government counsel informed her that, at this time, there was no discovery marked HIGHLY SENSITIVE PROTECTIVE ORDER MATERIAL. Currently there is no discovery marked HIGHLY SENSITIVE PROTECTIVE ORDER MATERIAL.

8. On April 28, 2021, government counsel contacted the Santa Ana Jail. The jail representative confirmed in an email that the 7-day quarantine is imposed before an inmate is placed into general population. (Takla Decl., Ex. A.) He also confirmed that inmates are able to make court appearances on consecutive days. (Id.) The representative also confirmed that inmates who have been fully immunized with a COVID-19 vaccine are not quarantined. (Id.) He stated that vaccines are provided on a voluntary basis and offered approximately every six to eight weeks. (Id.)

///

///

9. Despite defendant's objection, the government hereby requests modification of the protective order to allow defendant to view discovery outside the presence of his counsel.

DATED: April 29, 2021

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

*/s/ Mark Takla*
_____
MARK TAKLA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF MARK TAKLA**

I, Mark Takla, declare as follows:

1. I am an Assistant United States Attorney at the United States Attorney's Office for the Central District of California. I am assigned to prosecute the case <u>United States v. Fong</u>, SA CR 20-146-DOC. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Exhibit A is a true and correct copy of an email I received from Correctional Manager Jaime Manriquez at the Santa Ana Jail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Santa Ana, California, on April 29, 2021.

*/s/ Mark Takla*
MARK TAKLA

# EXHIBIT A

**Takla, Mark (USACAC)**

| | |
|---|---|
| **From:** | Manriquez, Jaime |
| **Sent:** | Wednesday, April 28, 2021 1:51 PM |
| **To:** | Takla, Mark (USACAC) |
| **Subject:** | RE: 7-day Quarantine |

Everything is correct except vaccinations are offered every six to eight weeks and are voluntary.  SAJ does not mandate vaccinations.



**Jaime Manriquez**
CORRECTIONAL MANAGER
Santa Ana Police Department

**COMMUNITY FIRST**

---

**From:** Takla, Mark (USACAC)
**Sent:** Wednesday, April 28, 2021 1:35 PM
**To:** Manriquez, Jaime
**Subject:** 7-day Quarantine

Jaime,

I just want to confirm our earlier conversation and might put this email in a court filing if you have no objection.  Non-vaccinated Inmates who leave the Santa Ana Jail are quarantined for 7 days when they return before returning to the general population.  The quarantine does not interfere if the non-vaccinated inmate has court appearances on consecutive days.  Vaccinated inmates are not subject to the quarantine.  Currently, there is sufficient vaccine for all inmates, however the medical provider usually vaccinates the inmates at the beginning of each month.

Also, I understand that face-to-face attorney visits are resulting on 1 May.  Let me know if the information is correct.  Thanks.

Mark

Mark Takla
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
411 W. 4th Street, Ste 8000
Santa Ana, CA 92701