TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    Email:    mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 20-00146-DOC |
| Plaintiff, | SUPPLEMENTAL INFORMATION IN SUPPORT OF GOVERNMENT'S EX PARTE APPLICATION TO MODIFY OCTOBER 9, 2020 PROTECTIVE ORDER; DECLARATION OF MARK TAKLA; EXHIBIT |
| v. | |
| JASON FONG, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Mark Takla, provides supplemental information in support of its request that the Court modify the October 9, 2020 protective order in this case restricting the use and dissemination of the specific information in the October 9, 2020 protective order pursuant to Federal Rule of Criminal Procedure Rule 16(d)(1). This request is based on the attached Memorandum of Points and Authorities, the attached declaration and exhibits, the files and records in this

case, and additional evidence and argument that the Court receives at the hearing.

DATED: May 5, 2021

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

*/s/ Mark Takla*
_____
MARK TAKLA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF MARK TAKLA**

I, Mark Takla, declare as follows:

1. I am an Assistant United States Attorney at the United States Attorney's Office for the Central District of California. I am assigned to prosecute the case <u>United States v. Fong</u>, SA CR 20-146-DOC. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Exhibit B is a true and correct copy of an email from the U.S. Marshals Service regarding the updated Santa Ana Jail revised visiting policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Santa Ana, California, on May 4, 2021.

*Mark Takla*
_____
MARK TAKLA

# EXHIBIT B

| | |
|---|---|
| **From:** | Takla, Mark (USACAC) |
| **To:** | Karren Kenney |
| **Subject:** | FW: Santa Ana Jail revised visiting policy starting May 1, 2021 |
| **Date:** | Monday, May 3, 2021 9:44:00 AM |

**From:** "Nuno-Marquez, Rogelio (USMS)" <Rogelio.Nuno-Marquez@usdoj.gov>
**Date:** April 30, 2021 at 5:20:48 PM PDT
**To:** Cuauhtemoc Ortega                                                                                                                                                                                                                                                                    "Fox, Brandon (USACAC)"
**Cc:** "Nuno-Marquez, Rogelio (USMS)" <
**Subject: FW: Santa Ana Jail revised visiting policy starting May 1, 2021**

Good evening all,

Below is an update regarding the Santa Ana City Jail visiting policy starting May 1, 2021.

Santa Ana city jail management has informed the USMS regarding the following visiting changes:

- Every inmate will get a max of one hour family visit per month.

- Contact visits for attorneys will be allowed but a protective barrier will still be in place for safety measures. Please note that there are only two contact visiting booths.

- Attorneys will have to compete with the general public for visits.

- The best way to avoid having to wait for a visiting booth is to call in advance in order to make an appointment because it's first come first served. The phone number to make an appointment is (714) 245-8150. Monday-Thursday from 8:00 am to 11:00 am. However, an

appointment is not necessary but highly recommended.

Below are important Santa Ana City Jail points of contact information.

Website: https://www.santa-ana.org/pd/jail-bureau

The contacts for Santa Ana City Jail visiting are:

Manriquez:  714 245-8123

Rodriguez: 714 245-8129

Jiron: 714 245-8115


Regards,

Rogelio Nuno Marquez
Chief Deputy U.S. Marshal
United States Marshals Service
Central District of California
24Hr- 213-620-7676
Cell: 213-760-6284


&lt;image001.jpg&gt;