TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Acting Chief, Terrorism and Export Crimes Section
     United States Attorney's Office
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3591
     Facsimile: (714) 338-3561
     Email:     mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 20-00146-DOC |
| Plaintiff, | AMENDMENT TO PROTECTIVE ORDER REGARDING DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION, PRIVACY ACT INFORMATION, AND CONFIDENTIAL INFORMANT INFORMATION [65] |
| v. | |
| JASON FONG, | |
| Defendant. | |

The Court has read and considered the government's ex parte application for a modification of the Protective Order Regarding Discovery Containing Personal Identifying Information, Privacy Act Information, and Confidential Informant Information, filed by the government and defendant JASON FONG ("defendant") in this matter, which this Court incorporates by reference into this order, and FOR GOOD CAUSE SHOWN the Court hereby ORDERS that Paragraphs 6(u) be added as follows:

Paragraph 6(u). The following provisions apply while defendant is in custody:

(1)  Defense counsel is authorized to provide copies of the CII and PII Materials in an electronic and password protected encrypted format to defendant at the Santa Ana Jail.  Other than what is required to place the CII and PII Materials on a digital device suitable for the defendant to view it, defendant may not copy or print the CII and PII Materials.  Defendant may not take notes of the CII and PII Materials.  Defendant may not share the CII and PII Materials with anyone other than his defense team.

(2)  Any material marked HIGHLY SENSITIVE PROTECTIVE ORDER MATERIAL ("HS-POM") may be reviewed by defendant only in the presence of a member of the Defense Team, who shall ensure that defendant is never left alone with any HS-POM.  At the conclusion of any meeting with defendant at which defendant is permitted to view HS-POM, defendant must return any HS-POM to the Defense Team, and the member of the Defense Team present shall take all such materials with him or her.  Defendant may not take any HS-POM out of the room in which defendant is meeting with the Defense Team.

IT IS SO ORDERED.

May 5, 2021
DATE

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/
MARK TAKLA
Assistant United States Attorney