Karren Kenney, CA. SBN 174872
Kenney Legal Defense
5000 Birch Street, Suite 3000
Costa Mesa, CA 92626
Telephone: (855) 505-5588
E-Mail: karren.kenney@gmail.com

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATE OF AMERICA ) | Case No.    SACR 20-00146 -DOC |
| ) | |
| v. ) | **NOTICE OF UNAVAILABILITY OF** |
| ) | **COUNSEL** |
| JASON FONG ) | |
| ) | |
| ) | |
| ) | |
| ) | |

NOTICE IS HEREBY GIVEN that Karren Kenney, attorney of record for Defendant will be out of the state of California and unavailable to attend any court appearances from July 8, 2021 through July 14, 2021.


DATED: June 20, 2021                    /s/     *Karren Kenney*
                                        KARREN KENNEY
                                        Attorney for Defendant