UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.    SA CR 20-00146-DOC                                         Date: June 21, 2021

Present: The Honorable: DAVID O. CARTER, United States District Judge

Interpreter

| Kelly Davis | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App |
|---|---|---|---|---|---|---|
| JASON FONG | NOT | X | | Karren Kenney, CJA | NOT | X |

**Proceedings:   (IN CHAMBERS)  REASON AND FINDING**

     The Court is in receipt of the Ninth Circuit's request for additional information concerning the Court's decision that the magistrate judge's restrictions on Defendant's liberty were insufficient to mitigate the danger that Defendant posed to society. The magistrate judge in this case ordered ankle monitoring, restricted access to the internet, and a $300,000 secured bond. During the proceedings on April 2, 2021, the Court found that given the Defendant's military background (Dkt. 67 at 69), statements indicating propensity for martyrdom (Dkt. 67 at 63-64), attempts to affiliate with terrorist groups (Dkt. 67 at 66), and statements indicating a desire to kill others and use bombs (Dkt. 67 at 68-69), these restrictions on Defendant's liberty were insufficient. Defendant poses an extraordinary risk to society that transcends the magistrate's restrictions.

cc: Ninth Circuit Court of Appeal

Initials of Deputy Clerk   kd