# *United States Probation & Pretrial Services*

United States District Court
Central District of California



```
                                              FILED
                                      CLERK, U.S. DISTRICT COURT

                                              7/28/2021

                                      CENTRAL DISTRICT OF CALIFORNIA
                                      BY: _____DTA_____ DEPUTY
```

Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

Date: July 27, 2021
Re: Release Order Authorization
Docket Number: 8:20CR00146
Defendant: Jason Fong

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

*/s/ Fernando Basulto*

Fernando Basulto
U.S. Probation & Pretrial Services Officer
Telephone No. 213-894-8850