**Exhibit 1**

**(Under Seal Filing)**