**Exhibit 2**

**(Under Seal Filing)**