Name & Address:
Christine M. Ro (Cal. Bar. No. 285401)
312 North Spring Street, Suite 1500
Los Angeles, CA 90012
Telephone: (213) 894-4496
E-mail: christine.ro@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 20-146-DOC |
| v. | |
| Jason Fong, aka "asian_ghazi", | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION; [PROPOSED] ORDER FOR AN ORDER SEALING DOCUMENT [FILED UNDER SEAL]; GOVERNMENT'S FILED UNDER SEAL DOCUMENTS [FILED UNDER SEAL]

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 3, 2021
Date

Christine M. Ro
Attorney Name
United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                     NOTICE OF MANUAL FILING OR LODGING