*United States Probation & Pretrial Services*

United States District Court
Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT
8/2/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

**Kiry K. Gray**
District Court Executive / Clerk of Court

**Jeffrey Thomason**
Acting Chief Probation & Pretrial Services Officer

PACTS No: 7209973

## Passport Receipt

**Defendant Name:** Fong, Jason
**Name on passport, if different:**
**Country of Origin:** USA
**Date passport issued:** May 2, 2017
**Expiration date of passport:** May 1, 2027
**Ordered by court in the** Central District of California
**Docket Number:** 0973 8:20CR00146-1

U.S. Probation & Pretrial Services
Santa Ana Branch

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4597
Phone 714-338-4550 / Fax 714-338-4570

_Jason Meyerson_
**Surrendered By**

8/2/21
**Date**

_Alexander Chen_
**Received By**

8/2/2021
**Date**

_____
**Returned To**

_____
**Date**

_____
**Surrendered By**

_____
**Date**

**Purpose Returned**
**Address (if mailed)**