RECORDING REQUESTED BY

WHEN RECORDED, MAIL TO:
CLERK, U.S. DISTRICT COURT
312 No. SPRING STREET, Rm. G-8
LOS ANGELES, CALIFORNIA 90012

CLERK, U.S. DISTRICT COURT
AUG - 2 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___DJA___ DEPUTY

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder
26.00
* S R 0 0 1 3 0 2 7 5 5 5 $ *
2021000476103 11:25 am 07/27/21
65 414A D11 A36  3
0.00 0.00 0.00 0.00 6.00 0.00 0.000.000.00 6.00

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this __26th__ day of __JULY__, __2021__ between CHARLES FONG and CHIA LEH HO, TRUSTEES THE FONG FAMILY LIVING TRUST, 6/5/2021, herein called TRUSTOR, whose address is __5312 ROYALE AVENUE, IRVINE, CA 92604__; __FIRST CORPORATE SOLUTIONS. INC.__ herein called TRUSTEE; and Clerk, U.S. District Court, Central District of California, herein called BENEFICIARY; **WITNESSETH**: That Trustor irrevocably grants, transfers and assigns to trustee in trust, with power of sale that property in __ORANGE__ County, California, common address __5312 ROYALE AVENUE, IRVINE, CA 92604__, legally described as:

Lot 7 of Tract 7012 in the City of Irvine as shown on a map thereof recrded in book 263, page(s) 43 and 44 of Misc. maps recorded in Orange county California

Parcel No.: 451-025-02

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph B(5) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the purpose of securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) __Jason Fong__ in Case No. __20-CR-00146__, which includes an obligation by said Trustor(s) surety(ies) in the amount of $ __300,000__.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 | 1964 | 149774 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on the reverse page hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by law.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to said Trustor at the address hereinbefore set forth.

X _____*Charlie Fong*, Trustee_____  
Signature of Trustor

CHARLIE FONG, Trustee  
Print Name of Trustor  
The Fong Living Trust, dated June 5, 2015

X _____*Chia Leh Ho*, Trustee_____  
Signature of Trustor

CHIA LEH HO, Trustee  
Print Name of Trustor  
The Fong Living Trust, datd June 5, 2015

State of _____California_____ ss.  
County of _____Orange_____

On _____ before me, _____ personally appeared
(name, title of officer, i.e., "Jane Doe, Notary Public")

☐ ☐ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALY OF PURGERY under the laws of the State of California that the foregoing paragraph is true and correct.  
WITNESS my hand and official seal.

X _____  
Signature

## REQUEST FOR FULL RECONVEYANCE
(To be used only when note has been satisfied)

To _____, Trustee Dated _____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness secured by said Deed of Trust, delivered to you here together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

Mail Reconveyance To:

Clerk, U. S. District Court  
Central District of California

Chief Deputy

*Do not lose or destroy this Deed of Trust or THE NOTE which it secures.  
Both must be delivered to the Trustee for cancellation before reconveyance will be made*

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ORANGE )

On JULY 26, 2021 before me, JASON MEYERSON, NOTARY PUBLIC
(insert name and title of the officer)

personally appeared CHARLIE FONG AND CHIA LEH HO , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JASON E. MEYERSON
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2343776
ORANGE COUNTY
My Comm. Exp. January 27, 2025

Signature _____ (Seal)

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL AND
SIGNATURE OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: JUL 2 6 2021

CERTIFICATION FEE: 4.—

COUNTY CLERK-RECORDER

Hugh Nguyen

ORANGE COUNTY
STATE OF CALIFORNIA