TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Terrorism Export Crimes Section
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3591
     Facsimile: (714) 338-3561
     E-mail:    mark.takla@usdoj.gov
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorney
Terrorism Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496
     Facsimile: (213) 894-2927
     E-mail:    christine.ro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 20-00146-DOC(KES) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| JASON FONG, aka "asian_ghazi", | |
| Defendant. | |

The Court clarifies the conditions of release for defendant JASON FONG. In addition to those stated on the Detention Order dated February 26, 2021, the Court orders as follows:

1) You agree to submit to a search of your person and/or property, including computer hardware and software, by the Supervising Agency in conjunction with the U.S. Marshal. The Supervising Agency is authorized to use computer monitoring software to determine compliance with the Court's conditions.

2) You are restricted to your residence at all times except for medical needs or treatment, attorney visits, and court appearances, all of which must be preapproved by the Supervising Agency.

_____          _____
DATE                                     THE HONORABLE KAREN E. SCOTT
                                         UNITED STATES MAGISTRATE JUDGE