UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   8:20-cr-00146-DOC                                         Date: August 11, 2021

Present:  Hon. Karen E. Scott, United States Magistrate Judge

Interpreter:  n/a

|       Jazmin Dorado       |             n/a            |            n/a             |
|---------------------------|----------------------------|----------------------------|
| Deputy Clerk              | Court Reporter / Recorder  | Assistant U.S. Attorney    |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorney(s) for Defendant(s): | Present | App | Ret |
|------------------------|---------|------|------|-------------------------------|---------|-----|-----|
| Jason Fong             |         |      |  x   | Karen Kenney                  |         |     |  x  |

**Proceedings: (IN CHAMBERS)**     **Order Granting in Part and Denying in Part Government's Ex Parte Application (Dkt. 90)**

On February 26, 2021, the Magistrate Judge imposed conditions for pretrial release. (Dkt. 40.) Those conditions included prohibitions against (1) possessing or having access to any device that offers internet access except as approved by PSA and (2) using social media platforms and instant messaging applications. Regarding restrictions on internet usage, the order also provided, "In order determine compliance, you agree to submit to a search of your person and/or property ...." (Id. at 4.)

In including this search condition, the Magistrate Judge understood "property" to include electronic devices that offer internet access. As stated at the detention hearing, the Magistrate Judge believed and intended that PSA would install usage-monitoring software on any approved device(s) capable of monitoring Defendant's internet usage for compliance with use-related restrictions, such as the prohibition against using social media. (Dkt. 50 [transcript].)

Per the Government's motion (Dkt. 90), PSA has interpreted the above-described conditions as neither authorizing a search of electronic devices nor use of monitoring software. The Court GRANTS the Government's motion and hereby clarifies the search conditions announced at the detention hearing as follows.

> *Defendant shall submit to a search of his person and/or property, including computer hardware and software, by the Supervising Agency in conjunction with the U.S. Marshal. The Supervising Agency is authorized to use computer monitoring software to determine compliance with the Court's conditions.*

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

    The Court DENIES the Government's motion requesting revised language describing the scope of Defendant's location monitoring.  The existing order accurately reflects that the Magistrate Judge gave PSA discretion to determine the appropriate scope of Defendant's home confinement while on pre-trial release.  At the detention hearing, the Magistrate Judge stated examples of how PSA might exercise that discretion, but those examples were not intended to circumscribe PSA's discretion.

    IT IS SO ORDERED.

Initials of Deputy Clerk <u>JD</u>