TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Terrorism Export Crimes Section
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3591
     Facsimile: (714) 338-3561
     E-mail:  mark.takla@usdoj.gov
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorney
Terrorism Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496
     Facsimile: (213) 894-2927
     E-mail:   christine.ro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 20-146-DOC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JASON FONG, | **PROPOSED DATES:** |
| Defendant. | TRIAL: 1/25/22 at 8:30 a.m. STAT. CONF.: 1/10/22 at 1:30 p.m. |

     The Court has read and considered defendant's motion for (1)

Continuance of Trial Date and (2) Findings of Excludable Time Periods

Pursuant to Speedy Trial Act, and the government's non-opposition,

both of which this Court incorporates by reference into this Order,

demonstrates facts that support a continuance of the trial date in

1   this matter, and provides good cause for a finding of excludable time

2   pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

3        The Court further finds that:  (i) the ends of justice served by

4   the continuance outweigh the best interest of the public and

5   defendant in a speedy trial; (ii) failure to grant the continuance

6   would be likely to make a continuation of the proceeding impossible,

7   or result in a miscarriage of justice; and (iii) failure to grant the

8   continuance would unreasonably deny defendant continuity of counsel

9   and would deny defense counsel the reasonable time necessary for

10  effective preparation, taking into account the exercise of due

11  diligence.

12       THEREFORE, FOR GOOD CAUSE SHOWN:

13       1.   The trial in this matter is continued from October 5, 2021

14  to January 25, 2022 at 8:30 a.m.  The status conference hearing is

15  continued to January 10, 2022 at 1:30 p.m.

16       2.   The time period of October 5, 2021 to January 25, 2022,

17  inclusive, is excluded in computing the time within which the trial

18  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

19  and (B)(iv).

20       3.   Defendant shall appear in Courtroom 9D of the Ronald Reagan

21  Federal Building and Federal Courthouse, 411 W. 4th Street, Santa

22  Ana, California on January 25, 2022 at 8:30 a.m. and January 10, 2022

23  at 1:30 p.m.

24       4.   Nothing in this Order shall preclude a finding that other

25  provisions of the Speedy Trial Act dictate that additional time

26  periods are excluded from the period within which trial must

27  commence.  Moreover, the same provisions and/or other provisions of

28  the Speedy Trial Act may in the future authorize the exclusion of

additional time periods from the period within which trial must

commence.

     IT IS SO ORDERED.


_____       _____
 DATE                           THE HONORABLE DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE