

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 30, 2021

Karren Kenney
Kenney Legal Defense
2900 Bristol Street Suite C204
Costa Mesa, CA 92626

Re: Case Number: 8:20-cr-00146-DOC-1

Case Title: USA v. Fong

Dear Counsel:

The Court is in receipt of the Notice of Appeal you filed in the matter indicated above. Please be advised that, pursuant to Rule 3(e) of the Federal Rules of Appellate Procedure, 28 U.S.C. § 1917, and the Court of Appeals Miscellaneous Fee Schedule issued in accordance with 28 U.S.C. § 1913, a $5.00 filing fee and a $500.00 docketing fee are due upon the filing of a Notice of Appeal.

Please immediately remit a cashier's check, certified bank check, business or corporate check, or money order drawn on a major American bank or on the United States Postal Service, payable to *Clerk, U.S. District Court,* in the amount of $505.00. The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

You appeared as retained counsel in this matter and your appearance continues on appeal until you are relieved or replaced by court order. Ninth Circuit Rule 4-1(a), (c). If the defendant is indigent, a Form CJA-23, available on the court's website at *www.cacd.uscourts.gov*, should be completed and submitted to the Ninth Circuit with a motion for appointment of counsel. A sample motion can be obtained from the Office of the Federal Public Defender for this District.

Sincerely,

Clerk, U.S. District Court

By    Martha Torres    213 894 3570
Deputy Clerk

*cc: Court of Appeals*

A-15CR (05/18)    **FILING FEE LETTER RE: NOTICE OF APPEAL (CRIMINAL)**