# Memorandum




FILED
CLERK, U.S. DISTRICT COURT
04/27/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

Subject:

<u>United States v. Jason Fong</u>
   8:20-CR-00146(A)-DOC

Date:

April 27, 2022

To:

KIRY K. GRAY
Clerk, United States District Court
Central District of California

From:

MARK TAKLA
Assistant United States Attorney
National Security Division

The above-referenced matter, being filed on April 27, 2022:

- Relates to a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; (3) a matter pending in the USAO's National Security Division between September 14, 2016 and March 20, 2020; or (4) a matter in which Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

MARK TAKLA
Assistant United States Attorney