# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:20-CR-00146-DOC           Recorder: CS 05/23/2022           Date: 05/23/2022

Present: The Honorable John D. Early, U.S. Magistrate Judge

Court Clerk: Maria Barr                                                    Assistant U.S. Attorney: Charles Pell

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JASON FONG, aka asian_ghazi<br>Bond | Karren Kenney<br>Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Superseding Indictment.

This case was previously assigned to the calendar of District Judge David O. Carter.

Trial estimate: 10 days.

Trial dates previously set by Judge Carter are to remain the same unless otherwise ordered by Judge Carter. Jury Trial: 10/25/2022 at 8:30 a.m. Status Conference: 10/10/2022 at 1:30 p.m. Defendant and counsel are ordered to appear before said judge at the time and date indicated.

PIA: 00 : 07
Initials of Deputy Clerk: mba

cc: Statistics Clerk, PSALA PSASA