TRACY L. WILKISON
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    E-mail:    Mark.Takla@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
    950 Pennsylvania Ave, NW
    Washington, DC 20530
    Telephone: (202) 305-1601
    Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JASON FONG,<br>  aka "asian_ghazi,"<br>  aka "Jason Asian Ghazi,"<br>  aka "Mustafa Ahmed Al-Hakim,"<br><br>        Defendant. | No. SA CR 20-00146(A)-DOC<br><br>**STIPULATION REGARDING DISCLOSURE AND DISCOVERY PLAN AND PRETRIAL BRIEFING SCHEDULE** |

      Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District

of California, and defendant Jason Fong, individually and by and through his counsel of record, Karren Kenney and Charles D. Swift, hereby agree and stipulate as follows:

1. On December 22, 2021, the Court continued the trial in the above-captioned case until October 25, 2022 and set a status conference for October 10, 2022. (Dkt. No. 107.)

2. The Court has not set a disclosure and discovery plan or pretrial briefing deadlines.

3. The parties have conferred and respectfully request that the Court grant the parties' stipulation to institute the disclosure and discovery plan and pretrial briefing schedule as stated below:

| **Event** | **Date** |
| --- | --- |
| Government Disclosure of Material Whose Existence is Currently Known[1] to the Prosecution Under *Brady* and Its Progeny | 06/24/2022 |
| Motions to Dismiss Indictment and/or Counts | 07/01/2022 |
|     Opposition | 07/15/2022 |
|     Reply | 07/22/2022 |
| Government and Defendant Notice of Expert Disclosure | 07/30/2022 |
| Motions to Suppress Statements or Evidence | 08/30/2022 |
|     Opposition | 09/13/2022 |
|     Reply | 09/23/2022 |
| Government Motion Pursuant to CIPA Section 4 | 08/30/2022 |

---

[1] Should the Government become aware of any *Brady* information after this date, the Government will make good faith efforts to disclose such information to the defense as soon as reasonably possible after its existence is known to the prosecution.

2

```
Defendant Mandatory Notice of Defenses under
Rules 12.1-12.3 (including mental health)        09/02/2022


Government Rule 404(b) Disclosure                09/02/2022


Motions in Limine and Pretrial Motions
(not otherwise specified)                        09/20/2022
     Opposition                                  10/04/2022
     Reply                                       10/07/2022


Voir Dire – Special Questions & Proposed Questionnaire
     Parties serve questions & questionnaire     09/27/2022
     on other party
     Joint filing with any disputes briefed      10/04/2022


Jury Instructions and Verdict Form
     Parties serve proposed instructions         09/27/2022
     and verdict form on other party
     Joint filing with any disputes briefed      10/04/2022


Defendant Reciprocal Discovery Deadline          09/27/2022


Government's Witness List                        09/30/2022


Government's Exhibit List                        09/30/2022


Defendant's Witness List                         10/07/2022


Reciprocal Deadline for Government and Defendant
to Disclose Witness Statements Under Rule 26.2
and/or the Jencks Act                            10/11/2022


Government to Disclose Witness-Specific
*Giglio* Material                                10/11/2022
```

3

Status Conference                                          10/11/2022[2]
Trial                                                      10/25/2022

DATED: June 22, 2022                TRACY L. WILKISON
                                    Acting United States Attorney

                                    CHRISTOPHER D. GRIGG
                                    Assistant United States Attorney
                                    Chief, National Security Division


                                       /s/
                                    _____
                                    MARK TAKLA
                                    CHRISTINE M. RO
                                    Assistant United States Attorneys

                                       /s/
                                    _____
                                    JOHN CELLA
                                    Trial Attorney
                                    Counterterrorism Section
                                    National Security Division

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

DATED: June 22, 2022


                                       /s/
                                    _____
                                    KARREN KENNEY
                                    CHARLES D. SWIFT

                                    Attorney for Defendant JASON FONG

---

[2] The Court previously set a Status Conference for October 10, 2022, Dkt. Nos. 107 and 116, which appears to be a court holiday. The parties propose continuing the Status Conference previously scheduled for October 10, 2022 to October 11, 2022.