TRACY L. WILKISON
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    E-mail:    Mark.Takla@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
    950 Pennsylvania Ave, NW
    Washington, DC 20530
    Telephone: (202) 305-1601
    Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>JASON FONG,<br>   aka "asian_ghazi,"<br>   aka "Jason Asian Ghazi,"<br>   aka "Mustafa Ahmed Al-Hakim,"<br><br>            Defendant. | No. SA CR 20-00146(A)-DOC<br><br>**ORDER REGARDING DISCLOSURE AND DISCOVERY PLAN AND PRETRIAL BRIEFING SCHEDULE**    [117] |

    The Court has read and considered the parties' Stipulation

Regarding Disclosure and Discovery Plan and Pretrial Briefing

Schedule, filed by the government and defendant JASON FONG ("defendant") in this matter, and the Court hereby ORDERS the following deadlines:

| Event | Date |
|---|---|
| Government Disclosure of Material Whose Existence is Currently Known[1] to the Prosecution Under *Brady* and Its Progeny | 06/24/2022 |
| Motions to Dismiss Indictment and/or Counts | 07/01/2022 |
|     Opposition | 07/15/2022 |
|     Reply | 07/22/2022 |
| Government and Defendant Notice of Expert Disclosure | 07/30/2022 |
| Motions to Suppress Statements or Evidence | 08/30/2022 |
|     Opposition | 09/13/2022 |
|     Reply | 09/23/2022 |
| Government Motion Pursuant to CIPA Section 4 | 08/30/2022 |
| Defendant Mandatory Notice of Defenses under Rules 12.1-12.3 (including mental health) | 09/02/2022 |
| Government Rule 404(b) Disclosure | 09/02/2022 |
| Motions in Limine and Pretrial Motions (not otherwise specified) | 09/20/2022 |
|     Opposition | 10/04/2022 |
|     Reply | 10/07/2022 |

---

[1] Should the Government become aware of any *Brady* information after this date, the Government will make good faith efforts to disclose such information to the defense as soon as reasonably possible after its existence is known to the prosecution.

```
Voir Dire – Special Questions & Proposed Questionnaire
      Parties serve questions & questionnaire       09/27/2022
      on other party
      Joint filing with any disputes briefed        10/04/2022


Jury Instructions and Verdict Form
      Parties serve proposed instructions           09/27/2022
      and verdict form on other party
      Joint filing with any disputes briefed        10/04/2022


Defendant Reciprocal Discovery Deadline             09/27/2022


Government's Witness List                           09/30/2022


Government's Exhibit List                           09/30/2022


Defendant's Witness List                            10/07/2022


Reciprocal Deadline for Government and Defendant
to Disclose Witness Statements Under Rule 26.2
and/or the Jencks Act                               10/11/2022


Government to Disclose Witness-Specific
Giglio Material                                     10/11/2022


Status Conference                                   10/11/2022
Trial                                               10/25/2022
```

     IT IS SO ORDERED.

_____June 27, 2022_____          /s/ David O. Carter_____
     DATE                              THE HONORABLE DAVID O. CARTER
                                       UNITED STATES DISTRICT JUDGE

Presented by:

  /s/_____
MARK TAKLA
Assistant United States Attorney

4