KARREN KENNEY, CA. SBN 174872
KENNEY LEGAL DEFENSE
2900 BRISTOL ST., SUITE C204
COSTA MESA, CA 92626
TELEPHONE: (855) 505-5588
E-MAIL: karren.kenney@gmail.com

CHARLES D. SWIFT, WA BAR NO. 41671
CONSTITUTIONAL LAW CENTER FOR MUSLIMS IN AMERICA
100 N. CENTRAL EXPWY. SUITE 1010
RICHARDSON, TX 75080
TELEPHONE: (972) 914-2507
FAX: (972) 692-7454
EMAIL: CSWIFT@CLCMA.ORG

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATE OF AMERICA | ) | Case No.   SACR 20-00146 -DOC |
|---|---|---|
| v. | ) | **DEFENSE NOTICE REGARDING EXPERT WITNESSES** |
| JASON FONG | ) | |

Comes now the defendant, together with counsel, and files their notice of expert witness disclosure. Pursuant to the Court's Scheduling Order entered on June 27, 2022 (Doc. 118), and Fed. R. Crim. Proc. 16 (b)(1)(C), the defense gives notice of two potential expert witnesses for trial.

Dated: July 29, 2022

/s/ Karren Kenney

/s/ Charles D. Swift
Attorneys for Defendant

1

The defense gives notice of its intention to call a member of ROLOFF Digital Forensics, LLC as a forensic data expert to provide expert testimony in support of the admission of statements made by Jason Fong, the defendant in this case, and the admission of statements made by undercover and online cover employees that interacted with him on various encrypted platforms. The forensic expert will potentially also offer testimony concerning internet searches performed by Mr. Fong and testimony concerning the accessibility of internet links and materials provided by Mr. Fong to undercover agents and online covert employees. The qualifications for the staff at ROLOFF Digital Forensics, LLC to testify as an expert witness are contained in the attached CV. Exhibit A.[1]

The defense has also identified the potential need for a Russian language expert in this case. In reviewing the discovery with the defendant, the defense has noted multiple disagreements with the government's proposed Russian to English translations.[2] For instance, in a conversation on Signal, the defendant conversed with a government agent in Russian. The defendant stated in Russian: ""В армии Гитлера были негры, арабы/мусульмане, азиаты, и тюрки/кавказцы". The government translation of the defendant's Russian statement states: "In Hitler's army were ni*****, Arabs/Muslims, Asians, Turks and Caucasians". The defense objects to this translation as inaccurate. The pejorative term for black persons in the Russian language is "ниггеры". The term the defendant uses instead is "негры", which means "black person/negro/negroid" and does not have a pejorative connotation in Russian.

---

[1] ROLOFF Digital Forensics, LLC will assign us one of these four experts based on their availability, all CV's are attached.

[2] The defense has not been able to review all of the translations because the corresponding audio files have been altered to disguise the voice of the undercover. This distortion to the recording prevents the defendant from being able to review or understand what the undercover is saying.

Respectfully submitted this 29th day of July,

                              ***/s/ Charles Swift***
                              Charles D. Swift, CLCMA
                              *Pro Hac* Attorney for Defendant
                              100 N. Central Expy, Suite 1010
                              Richardson, TX 75080
                              (972) 914-2507

                              /s/  **Karren Kenney**
                              Karren Kenney
                              Attorney for Defendant
                              Kenney Legal Defense
                              2900 Bristol Street, Suite C204
                              Costa Mesa, CA 92626