**ROLOFF DIGITAL FORENSICS, LLC**



**906 W 2nd Ave, #600**
**Spokane WA 99201**
**Office 509-443-9293**
**Cell 509-230-4619**
**Josiah@RoloffDF.com**

**2022 Curriculum Vitae**

**Josiah P. Roloff, EnCE, CCE, CCLO, CCPA, CCME**


**ACADEMIC TRAINING / CERTIFICATIONS**

**Whitworth University:** B.L.S. Summa Cum Laude, Program Management, 2015
**Spokane Community College:** A.A.S. Network Engineering, 2004
**Cellebrite:** Cellebrite Certified Mobile Examiner (CCME), 2016 - 2022
**Cellebrite:** Cellebrite Certified Physical Examiner (CCPA), 2014 - 2022
**Cellebrite:** Cellebrite Certified Logical Operator (CCLO/CCO), 2014 - 2022
**International Society of Forensic Computer Examiners:** Certified Computer Examiner #1403 (CCE), 2011 - 2023
**Guidance Software**:  EnCase Certified Examiner (EnCE), 2007 - 2024
**Oregon State University:** Professional Certificate in Computer Forensics, 2003


**PRE/POST EDUCATIONAL TRAINING**

**Open Source Digital Forensics Conference,** 2021 (8 hours)
**Hawk Analytics: Revival Series – AT&T Carrier Breakdown,** 2021 (1 hour)
**Hawk Analytics: Revival Series – Myths and Realities of Cell Site Coverage Areas,** 2021 (1 hour)
**Hawk Analytics: Revival Series – Actionable Intelligence – the OSINT way with Michele Stuart,** 2021 (1 hour)
**Magnet Virtual Summit,** 2021 (15 hours)
**ZetX Advanced Cell Site Location Information Investigations Course,** 2019 (40 hours)
**Cellebrite Certified Mobile Examiner Prep Course,** 2015 (4 hours)
**Oregon Society of CPAs:** Fraud in the Workplace, 2015
**Computer and Enterprise Investigations Conference,** 2015
**Washington State Association for Justice, e-Discovery:** Beyond Files and Folders, 2014
**Cellebrite 5 Day Mobile Examination (CCLO/CCPA) Course**: 2014
**Computer and Enterprise Investigations Conference:** 2013
**Computer and Enterprise Investigations Conference:** 2010
**Mobile Forensics World Conference:** 2008
**Computer and Enterprise Investigations Conference:** 2008

**Global CompuSearch, LLC:** Understanding Undercover Investigations & Internet Chatting, 2008
**Computer and Enterprise Investigations Conference:** 2007
**Intense School, CCE Boot Camp: Applied Computer Forensics:** 2005
**T3i Inc.:** Information Forensics
**New Technologies Inc (NTI):** Computer Forensics and Computer Security Risk Management Training, 2003
**Global CompuSearch, LLC:** Computer Forensics Training
**Bank of America, Merchant Services:** Technical, eStores, PCN, Sr. Representative Training

**PRE/POST EDUCATIONAL TRAINING DETAILS**

A Golden Ticket to the Cloud, Incident Recorder, Leaving No Stone Unturned (Volatility), Autopsy Update 2021, Autopsy Module Results, Velociraptor: Dig Deeper, ARTHIR: ATT&CK Remote Threat Hunting Incident Response Windows Tool, Surveyor: The Swiss Army Knife for EDR, Autopsy Scoring: Finding the Relevant Data with Analysis Results, I know what your AD did last summer…!, Forensic Acquisition of Websites, Webpages and Online Services with Open Source Tools, Where Have UAL Been?, Windows Event Log Trick-Shots in Rust!, Open Source Digital Forensics Conference, 2021

Welcome and Feature Presentation Live Webinar, Forensic Considerations for Cloud Storage Data, Magnet Forensics macOS/APFS Examinations with AXIOM, Finding Evidence of Cloud Data 'Footprints' in Existing Evidence, Countering the USBKill Switch, Hiding in Plain Sight, The AFF4 Evidence Container: Why and what's next?, Duck Hunt! Hunting Qakbot Malware with AXIOM, Rapid Ransomware Response: A Survival Guide, Applying the MITRE ATT&CK Framework to Dead Box Forensics, Exploring Apps in the Back Country, Surviving and Thriving in DFIR, Game of Thrones Style, Ransomware: Current Trends and Updates, Snapchat - A False Sense Of Security?, Using Triage Tools in Different Phases of an Investigation. Magnet Virtual Summit, 2021

Identify Cellular Providers and understand what they offer, ability to explain basic radio frequency principles, understanding base station configurations, mapping and animating call detail records, ability to leverage different sources of data together, recognizing scientific admissibility factors associated with CDRs, meeting best practices associated with geolocation techniques, recognizing trends and patterns, CDR analytics, how to prepare for court presentations, testifying to call detail records. ZetX Advanced Cell Site Investigations Course, 2019

Prep course for Cellebrite's capstone certification program. Cellebrite Certified Mobile Examiner Prep Course, 2015

The workplace fraud profile: frequency of workplace fraud, losses, victims, perpetrators, red flags. Computer forensics: computer forensics used to detect workplace fraud. Social media investigations: digital evidence and e-discovery, impact of social media on attorneys and investigators. OSCPA 2015

Ares and Lime Pro Peer to Peer File Sharing Software Analysis; Tracking the Use of USB Storage on Windows 8; Recovering Deleted Chained Files on OS X; Windows ShellBag Forensics in Depth; Command and Control Systems; Ubiquity Forensics – Your iCloud and You; Efficient Decryption with Passware; The Battle for iCloud: Over-the-air Forensics vs. Apple's Two-Factor Authentication; Advanced Examination Reporting. CEIC 2015

The Basics: Native, TIFF, and PDF Productions; What does it mean to be technically competent in E-Discovery in 2014; e-Discovery in the PI Practice; e-Discovery in Civil Rights and Employment Law; e-Discovery in Medical Malpractice; e-Discovery in Commercial Litigation. Washington State Association for Justice 2014

Cellebrite Certified Logical Operator: Mobile device technology overview, mobile device trends, forensic handling of mobile devices, UFED Touch overview, logical, password, SIM extractions, SIM cloning (safety SIMs), logical analyzer overview, instant search, filtering, advanced filtering, bookmarking, watch lists (keyword searching), project analytics, timeline analysis, reporting on technical findings, UFED Reader. Cellebrite CCLO 2014

Cellebrite Certified Physical Analyst: File system and media encoding, UFED touch overview, file system, physical extractions, password bypass, UFED physical analyzer overview, data carving, watch lists (keyword searching), timeline analysis, project analytics, malware scanning, instant search, filtering, advanced filtering, advanced search technologies, find (strings, bytes, dates, SIM), Regex (GREP), 7 Bit SMS PDU, pattern, code, manual extractions from unallocated space, verification and validation of findings, hand scroll analysis, database verification, 3rd party tools, reporting on technical findings, plug-in chain manager, smart device overview and challenges. Cellebrite CCPA 2014

Malware Analysis, Raw Data Carving, Examining Volume Shadow Copies, Artifacts of Webmail Usage, Correlating Forensic Results from Multiple Operating Systems, New Forensic Highlights of Windows 8, Protected File Analysis in Practice Using EnCase with Passware, Social Media and Cloud Computing Artifacts on Smart Phones and

Tablets, SSD Forensics, Vehicle System Forensics, Memory Forensics. CEIC 2013

EnScript 101, Bit Torrent: A Forensic Review, Defeating Advanced Hiding Techniques, Windows 7: What's new in Windows Forensics, Remote Analysis/Acquisition Consideration and Options, On The Outer RIM of your Network…Blackberry Forensics, Using Virtual Machines, Defeating the Trojan Virus Defense, Decoding Prefetch Files for Forensic Purposes, Gone Without a Trace?  Finding Evidence of ESI Destruction Software to Support a Claim of Wrongdoing, Forensic Tracking of USB Devices. CEIC 2010

How Cell Phone "Forensic" Tools Actually Work, Advanced GSM Forensics, Cell phones and Magic, Never will the two meet!, The ABC's of CDR's: Call Detail Records Analysis for Criminal Investigators, Cell Phone Analysis: Technology, Tools, and Processes, Evidentiary/Intelligence Value of GPS Units, Digging Deeper - Finding Gold, Cellular Forensics: Is it Ready for Prime-Time? MFWC 2008

Detecting Malicious Code: The Next Generation of Physical Memory (RAM) Analysis, Email Investigations, iPhone Forensics, New Handheld Devices, Unpublished NTFS Forensic Artifacts, MySpace Investigations, Vista Deep Dive II: Bitlocker-Details and Forensic Considerations of Full Volume Encryption in Vista, GPS Forensics, File Identification and Recovery Using Block-Based Hash Analysis, Automating Event Log Forensics, Recently Released Info: Active Directory and New Implications for Forensic Discoveries, Anti (Computer) Forensics, Registry Analysis, Hardware Write Blocking Best Practices. CEIC 2008

Undercover chatting procedures and methods, typical mistakes and hurdles to overcome, differences between programs and applications commonly seen, where to find the artifacts.  Global CompuSearch, LLC

EnCE Prep, Email Investigations, Basic Investigations of Windows Vista, Cell Phone Forensics, Crimeware in Action, Investigating Linux from a Forensic and Incident Response Perspective, Reverse Engineering Malware, Crimeware –

The Evolution and Current State of Hacking as a Criminal Enterprise, Investigating Sophisticated Security Breaches, Unknown NTFS Artifacts, Advanced Tips and Tricks for Encase Forensics, Detecting Advanced Malware Such as Rootkits and Diskless Compromises, Basic RAID Acquisition and Analysis, Automating the Forensic Process with Advanced Pre-processing. CEIC 2007

Core forensics procedures necessary for performing thorough investigations on all computer systems and file types.  Develop an effective corporate computer crime policy.  Proper investigative computer crime prevention techniques.  Work towards CCE Certification.  Full range of Computer Forensics Skills.  Build your Digital Forensics Toolkit.  Proven investigative strategies.  Tracking an offender on the Internet.  Incident response strategies.  Proper evidence handling procedures.  Working with law enforcement. Intense School 2005

Introduction to Information Forensics:  History of Information Forensics: Vernacular of information forensics, the ARPANET, the Internet, computer forensics vs information forensics, traditional investigation and forensics. Counter Measures: Using intelligence in secure design, layered information security, perimeter security, transmission security, data integrity, lockdowns, incident preparation. Auditing: The purpose and types of auditing, methods of log creation, audit log archiving principals. Incident Response Teams: The organization of the IRT, roles of IRT in enterprises, IRT and law enforcement, first response, authority of the IRT, process testing and training. Law Enforcement and Investigations: Search and seizure, rules of evidence, evidence handling and chain of custody, investigative reporting, testimony.  Traceback: Protocol misuse, TCP/IP, Internet protocol as a investigative tool, active and inactive traceback, traceback intelligence as evidence, current laws and traceback, footprinting, social engineering. Information Forensics Tools and Techniques: Information Forensics Investigator toolkit, proper lab environment, imaging and hashing of evidence, data analysis methods and tools, archiving and documenting analyzed data, tagging and material logging, data recovery vs information forensics.  T3i University, T3i Inc.

Computer security risks and remedies. Incident responses, priorities and team building requirements. Preservation of computer evidence. Timeline analysis of computer files based on file creation, file modification and file access. Trojan horse programs. Differences between DOS, Windows, and Windows NT/2000/XP from a forensics standpoint. Solid computer forensics processing methods and procedures. The documentation of computer forensics findings for use in trial or for management review. Identification of past Internet browsing, file downloads and E-mail communications. Issues relevant to overcoming a legal junk science attack. New Technologies Inc (NTI)

Investigative procedures for the analysis of computer evidence in criminal and civil cases. Procedures for the preservation and acquisition of computer media for investigative examination. Proper procedures for the storage and handling of electronic media in criminal and civil litigation. Data recovery techniques and issues with various computer forensics tools. Legal issues regarding the acquisition, storage, and examination of contraband computer media. The explanation of investigative findings by way of reports and demonstrative exhibits. Global CompuSearch, LLC

Understanding BAMS. Workflow process. Credit card network design and workflow. Advanced troubleshooting techniques. Plastic Card Network (PCN) and agencies involved. Process of PCN network flow. EStores payment processing workflow. Variables and advanced troubleshooting techniques. Bank of America, Merchant Services

**PROFESSIONAL EXPERIENCE**

**Principal/Digital Forensic Examiner, Roloff Digital Forensics LLC**

Provides digital forensic examinations, discovery review, trial/hearing consultation, case strategy consultation, and expert testimony on legal issues relating to digital evidence and technology. Digital forensic examinations include but are not limited to: hard drives, compact discs (CDs), digital versatile discs (DVDs), floppy diskettes, thumb drives, flash cards, magnetic tapes, tablet devices, cellular phones, subscriber identity module (SIM) cards, personal digital assistants (PDAs), smart phones, feature phones, and data derived from service providers such as Internet Service Providers, "Cloud" storage providers, and cellular service providers. Discovery review includes reports of investigation, opposing side digital forensic reports/notes and the subsequent comparison of those results to digital forensic examinations and opinions conducted on behalf of the represented party. Case strategy consultation includes the assistance in understanding and locating all potentially relevant sources that digital evidence may be located, understanding the way the digital evidence may be used to successfully intersect in a case's other facts. Trial/hearing testimony and consultation includes explaining complex digital evidence in a way the trier of fact may best understand and thus use, the digital evidence as well as the assistance in understanding and if necessary, successfully question an opposing party's digital forensic witness.

**Principal/Digital Forensics Examiner, Global CompuSearch LLC**

Provides consulting, forensics and investigative support on legal issues related to computers and the Internet. Provides investigative and consulting services with a special emphasis on network intrusions involving the Internet. Provides case re-creation using the similar operating systems and Internet applications as used by clients with specialized knowledge in Linux and Unix servers and systems.  Offers expert testimony in state and federal courts including the creation of exhibits in support of conclusions drawn.  Maintains an updated working knowledge of Internet applications, new Internet technologies and forensics tools in support of clients' future needs with a special emphasis on network intrusions and server security breaches.  Provides computer forensics and investigative services to clients for use in civil litigation with special emphasis on Unix and Linux file systems. Provides review of forensics reports and testimony of law enforcement forensics examiners in criminal cases with specialized knowledge in server-based technology.  Provides data recovery services for clients in cases of severe data corruption, virus introduction and system crashes.

**Sr. Technical Representative, Bank of America, Merchant Services,** Spokane WA

Assisted associates with escalated troubleshooting of hardware, communications, and software problems.  Assisted government agencies with troubleshooting of hardware, communications, and software issues.  Worked within the eStores department, troubleshooting an assortment of web-based scripting languages in order to connect them to Bank of America's payment gateway.

**System Administrator, BlueZebra Inc,** Spokane WA

Technical support of network, hardware, and software related problems. Involved with training clients in areas related to network systems, hardware issues, and software usage. On call 24/7 in case of system failure, network problems, database crashes.

**Presentations/Speaking Roles:**

December 14, 2021
Association/Group: Western Circuit Annual Training (Defense), Travis AFB, CA
Lecture topic: Digital Forensics for Litigators

November 30, 2021
Association/Group: Atlanta-Carolinas HIDTA Task Force, GA
Lecture topic: General Mobile Forensics

November 3, 2021
Association/Group: Eastern Circuit Advocacy Training (E-CAT): Special Victims Counsel (SVCs), Joint Base Langley-Eustis, VA
Lecture topic: Digital Forensics…for All Litigators

November 3, 2021
Association/Group: Eastern Circuit Advocacy Training (E-CAT): Defense, Joint Base Langley-Eustis, VA
Lecture topic: Digital Forensics…for All Litigators

November 3, 2021
Association/Group: Eastern Circuit Advocacy Training (E-CAT): Government, Joint Base Langley-Eustis, VA
Lecture topic: Digital Forensics…for All Litigators

October 21, 2021
Association/Group: United States Navy: Defense Never Rests Podcast
Lecture topic: Episode 12: What's that on your phone? – A Conversation with Digital Forensics Expert Josiah Roloff

October 14, 2021
Association/Group: Rotary Club 21, Spokane WA
Lecture topic: Black Lives Matter Protests and General "Insurrection": How digital evidence and location data is used to unmask those in attendance

April 9, 2021
Association/Group: JASOC 21-B Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: The Ever-Evolving World of Digital Forensics

March 10, 2021
Association/Group: Pacific-CAT (P-CAT), Kadena Air Base, Japan; Virtual Training
Lecture topic: The Evolving World of Digital Evidence

November 12, 2020
Association/Group: Office of the Federal Public Defender, Central District of California, Los Angeles, CA
Lecture topic: Cell Site Location Information (CSLI) in a criminal investigation: Understand the records you receive, those not received, and how they can change the landscape of your case

October 29, 2020
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

September 30, 2020
Association/Group: NHRMA 2020 Virtual Conference
Lecture topic: Digital Forensics: The Evolution of Digital Investigations in the Workplace of Today

August 6, 2020
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topics: Digital Forensics in Litigation

December 17, 2019
Association/Group: Maricopa County/FPD Death Penalty Seminar, Phoenix, AZ
Lecture topic: The Evolution of Technology in a Digital Age

November 19, 2019
Association/Group: Central Circuit Advocacy Training, JBSA-Randolph, AFB
Lecture topics: Digital Forensic Fundamentals, Use of Technology for Witness Examinations & Sentencing, Priming Your Case for CDC, Civilian Counsel, and Expert Assistance

November 14, 2019
Association/Group: Legal Office, Davis-Monthan AFB
Lecture topic: Digital Forensics in Litigation, Part 2

November 1, 2019
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

October 31, 2019
Association/Group: Auburn University, Auburn, AL
Lecture topic: The Art and Science of Digital Forensics: Challenges in a Digital Age

August 21, 2019
Association/Group: Eighteenth Air Force, Military Justice Workshop, Scott AFB
Lecture topic: Digital Forensics in Litigation

August 9, 2019
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

August 1, 2019
Association/Group: Legal Office, Davis-Monthan AFB
Lecture topic: Digital Forensics in Litigation, Part 1

May 13, 2019
Association/Group: Special Victims' Counsel Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

May 13, 2019
Association/Group: Advanced Trial Advocacy Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

April 23, 2019
Association/Group: Fairchild Legal Office, Fairchild AFB
Lecture topic: DVR/NVR Analysis and Forensics

April 16, 2019
Association/Group: Gonzaga Law School
Lecture topic: Digital Forensics Overview

March 15, 2019
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

February 4, 2019
Association/Group: DC3 Cyber Forensics Laboratory/Air Force Legal Operations Agency, Ft. Meade, MD
Lecture topic: Expert Witness Training - The Defense Perspective

January 23, 2019
Association/Group: AFMC Military Justice Workshop, Wright-Patterson AFB
Lecture topic: Digital Forensics in Litigation

December 4, 2018
Association/Group: Fairchild Legal Office, Fairchild AFB
Lecture topic: Digital Forensic Trends in Litigation

November 2, 2018
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

October 23, 2018
Association/Group: Janet Hoffman & Associates, Portland Oregon
Lecture topic: Cellular Devices & Mobile Forensics

October 19, 2018
Association/Group: 2018 Labor and Employment Annual Conference, Portland Oregon
Lecture topic: Forensic Examinations of Devices in Employment Cases

September 14, 2018
Association/Group: Oregon Criminal Defense Lawyers Association (OCDLA): Let Freedom Ring: Search and Seizure in the Digital Age, Newport, Oregon
Lecture topic: The Evolving Role of Digital Forensics in Criminal Litigation

August 30, 2018
Association/Group: Eighteenth Air Force, Military Justice Workshop, Scott AFB
Lecture topic: Utilizing Experts and Digital Forensics, Digital Forensic Case Studies

August 3, 2018
Association/Group: JASOC Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Digital Forensics in Litigation

May 8, 2018
Association/Group: Special Victims' Counsel Course, The Air Force Judge Advocate General's School, Maxwell AFB
Lecture topic: Mobile Phones and Computer Forensics

February 18, 2018
Association/Group: Capital Case Defense Seminar (CCDS), Monterey California
Lecture topic: Litigating Cell Phone and Computer Forensics

February 8, 2018
Association/Group: Inn of Court, Medford Oregon
Lecture topic: Emerging Trends in Digital Forensics and Technology

September 14, 2017
Association/Group: Eighteenth Air Force Military Justice Workshop
Lecture topic: Digital Forensics for Military Litigators

May 10, 2017
Association/Group: Criminal Defense Lawyers Club of San Diego
Lecture topic: General Digital Forensics: The Trail our Digital Lives Leave

May 9, 2017
Association/Group: INSHRM, Spring 2017 Conference
Lecture topic: Social Media and the Cloud: The Trail Our Digital Lives Leave and Why Your Company Should Care

May 1, 2017
Association/Group: Rotary North, Spokane WA
Lecture topic: Digital forensics, devices, and their intersection in our daily lives

November 15, 2016
Association/Group: Executive Women International (EWI)
Lecture topic: Digital Breadcrumbs: If they could talk, what would your electronic devices say about you?

April 6, 2016
Association/Group: Washington State Appellate Court Spring Program
Lecture topic: Digital Evidence: The Good, the Bad, and the Ugly (3 hours)

December 4, 2015
Association/Group: Oregon Society of CPAs
Lecture topic: Fraud in the Workplace

December 1, 2015
Association/Group: Montana School Boards Association: School Law & Technology Symposium
Lecture topic: Social Media, It's Uses, Potential Legal Pitfalls & Growing Impact on Hiring Decisions

September 25, 2015
Association/Group: Oregon Association of Fraud Examiners
Lecture topic: Current Trends in Digital Forensics

March 19, 2015
Association/Group: Rotary Club 21, Spokane WA
Lecture topic: Digital Forensics

December 12, 2014
Association/Group: National Business Institute
Lecture topic: eDiscovery: Handling Social Media, Mobile Devices, E-mail, Video and Misc. ESI. Making Electronic Evidence Usable in the Courtroom

July 15, 2014
Association/Group: Oregon State Bar
Lecture topic: Digital Forensics and Fraud in the Workplace

July 11, 2014
Association/Group: Benton & Franklin Counties Office of Public Defense
Lecture topic: Digital Forensics an Overview

June 27, 2014
Association/Group: Washington State Association for Justice
Lecture topic: e-Discovery in Commercial Litigation

June 27, 2014
Association/Group: Washington State Association for Justice
Lecture topic: e-Discovery in Medical Malpractice

June 26, 2014
Association/Group: Arizona Public Defender Association
Lecture topic: Forensic Considerations in Evidence Obtained from Mobile Devices

June 25, 2014
Association/Group: Arizona Public Defender Association
Lecture topic: Digital Forensics in Child Pornography Matters

May 15, 2013
Association/Group: Office of Special Investigations, Fairchild AFB
Lecture topic: Mobile Forensics and Cellebrite Acquisitions

April 5, 2013
Association/Group: Oregon State Bar
Lecture topic: Digital Forensics and Technology Issues

January 23, 2013
Association/Group: Idaho Supreme Court District Judges Conference
Lecture topic: Discovery and Computer Crime

October 11, 2012
Association/Group: Hart Wagner LLP
Lecture topic: Metadata and Ethics

September 19, 2012
Association/Group: Trial and Defense Advocacy Course (TDAC) at the Judge Advocate General's School
Lecture topic: Cross Examination of Digital Forensic Experts

January 13, 2012
Association/Group: Trial and Defense Advocacy Course (TDAC) at the Judge Advocate General's School
Lecture topic: Cross Examination of Digital Forensic Experts

October 19, 2011
Association/Group: Eastern District of California CJA Panel Training
Lecture topic: Digital Forensic Issues in Criminal Cases

September 16, 2011
Association/Group: Trial and Defense Advocacy Course (TDAC) at the Judge Advocate General's School
Lecture topic: Cross Examination of Digital Forensic Experts

March 4, 2011
Association/Group: Idaho Association of Criminal Defense Lawyers (IACDL)
Lecture topic: Computer Forensics for Criminal Law Specialists

January 7, 2011
Association/Group: Trial and Defense Advocacy Course (TDAC) at the Judge Advocate General's School
Lecture topic: Cross Examination of Computer Forensic Experts

November 18, 2010
Association/Group: Washington State School Directors' Association (WSSDA) Annual Conference
Lecture topic: Computer Forensics in Employment Cases

October 13, 2010
Association/Group: Washington Society of CPAs
Topic: Computer Security: Keeping Your Company's Finances Safe in a Digital World

September 15, 2010
Association/Group: Trial and Defense Advocacy Course (TDAC) at the Judge Advocate General's School
Lecture topic: Fully Utilizing Your Computer Forensics Expert

April 17, 2010
Association/Group: Washington Association of Legal Investigators
Lecture topic: Computer Forensics for All – Overview of Computer Forensics for PIs and the Insurance Claims Industry

December 18, 2009
Association/Group: Spokane County Bar Association
Lecture topic: Ethical Issues with Mining, Deleting, and Disclosing Metadata

December 8, 2009
Association/Group: Spokane County Defenders
Lecture topic: Mobile Media & Forensics

December 4, 2008
Association/Group: Spokane Community College - Evidence Class
Lecture topic: Overview of Digital Evidence and Computer Forensics

September 12, 2008
Association/Group: Spokane County Bar Association
Lecture topic: Computer Forensics for Business Litigants

April 4, 2008
Association/Group: Global CompuSearch, LLC
Topic: E-mail Spoofing and Tracing

December 13, 2007
Association/Group: Washington Association Legal Investigators (WALI) Spokane Chapter Lecture topic: Cell Phone Forensics, Email Tracing & Mobile Devices

December 11, 2007
Association/Group: Global CompuSearch, LLC
Topic: Cell Phone Forensics: Overview of Programs, Utilities, and Methods

January 11, 2007
Association/Group: Spokane Chapter of the Association of Certified Fraud Examiners
Lecture topic:  Computer Forensics

November 13, 2006
Association/Group: South Bay Bar Association
Lecture topic: Computer Forensics for Civil Litigants

August 16, 2006
Association/Group: NALS of Washington, Association for Legal Professionals
Lecture topic: General Computer Forensics

April 2006
Association/Group: Air Force Judge Advocate General (JAG) Officers/Legal Personnel Conference
Lecture topic:  General Computer Forensics

March 2006
Association/Group: Idaho Defense Bar Association
Lecture topic: Computer Forensics for Defense Lawyers

**ROLOFF DIGITAL FORENSICS, LLC**



**906 W 2ⁿᵈ Ave, #600**
**Spokane WA 99201**
**Office 509-443-9293**
**Cell 509-999-5206**
**Joshua@RoloffDF.com**

**2021 Curriculum Vitae**

**Joshua L. Michel, EnCE, CCO, CCPA, CCME**

## ACADEMIC TRAINING

**Eastern Washington University:** Economics & Computer Science 2005–2010
**Northwest University:** Philosophy & Religion 1998-1999
**Montana State University:** Architecture & Graphic Design 1994-1995
**Cellebrite:** Cellebrite Certified Mobile Examiner (CCME) 2019
**Cellebrite:** Cellebrite Certified Physical Examiner (CCPA), 2017
**Cellebrite:** Cellebrite Certified Operator (CCLO), 2017
**Guidance Software**: EnCase Certified Examiner (EnCE), 2016

## PRE/POST EDUCATIONAL TRAINING

**Enfuse (formerly Computer and Enterprise Investigations Conference),** 2017
**Computer and Enterprise Investigations Conference,** 2015
**Computer and Enterprise Investigations Conference,** 2013
**Roloff Digital Forensics, LLC:** Senior Digital Forensic Examiner, 2017-present
**Global CompuSearch, LLC:** Digital Forensic Examiner, 2013–2017
**J.Michel Photography:** Small business management, event planning and coordination, advanced DSLR techniques, digital video/image analysis and manipulation, data management and archiving, 2008-2014.
**Merchant e-Solutions:** Sr. Technical Representative, e-Commerce, product development, account setup, quality control and risk management, 2005-2013.
**Bank of America, Merchant Services:** Credit card terminal and PC technical support, eStores, PCN, Sr. Representative, 1999-2005.

**PRE/POST EDUCATIONAL TRAINING DETAILS**

Windows ShellBag Forensics in Depth, Mobility and Apps the Next Apocalypse, Rootkits, Exfil and APT: RAM Conquers All, Raw Data Carving, Examining Volume Shadow Copies, Correlating Forensic Results from Multiple Operating Systems, New Forensic Highlights of Windows 8, Protected File Analysis In Practice Using EnCase With Passware, Social Media and Cloud Computing Artifacts on Smart Phones and Tablets, SSD Forensics, Vehicle System Forensics I & II, Memory Forensics.

Understanding Digital Forensics, Understanding EnScripts, Advanced Tips and Tricks for Encase Forensics, Cell Site Analysis, Call Detail Records Analysis, Virtualization, Automating the Forensic Process with Advanced Pre-processing, Understanding the value of link files in digital forensics, EnCE Preparation, CCE Preparation, Forensic Tracking of USB Devices. Global CompuSearch, LLC

Advanced troubleshooting techniques for credit card terminals, software, servers and e-commerce. Software installation, training and follow-up for small business clients, Research and analyze processor competitors to offer best product solutions. Development and test modules for e-commerce, Merchant account creation, maintenance and support. Creating and maintaining quality control practices for merchant account setup. Merchant e-Solutions

Understanding BAMS. Workflow process. Credit card network design and workflow. Advanced troubleshooting techniques. Plastic Card Network (PCN) and agencies involved. Process of PCN network flow. Estores payment processing workflow. Variables and advanced troubleshooting techniques. Bank of America, Merchant Services

**PROFESSIONAL EXPERIENCE**

**Senior Digital Forensic Examiner, Roloff Digital Forensics LLC, Spokane, WA/Portland, OR**

Provides digital forensic examinations, discovery review, trial/hearing consultation, case strategy consultation, and expert testimony on legal issues relating to digital evidence and technology. Digital forensic examinations include but are not limited to: hard drives, compact discs (CDs), digital versatile discs (DVDs), floppy diskettes, thumb drives, flash cards, magnetic tapes, tablet devices, cellular phones, subscriber identity module (SIM) cards, personal digital assistants (PDAs), portable gaming devices, portable Global Positioning System (GPS) devices, smart phones, feature phones, and data derived from service providers such as Internet Service Providers, "Cloud" storage providers, and cellular service providers. Discovery review includes reports of investigation, opposing side digital forensic reports/lab notes and the subsequent comparison of those results to digital forensic examinations and opinions conducted on behalf of the represented party. Case strategy consultation includes the assistance in understanding and locating all potentially relevant sources of digital evidence, understanding the way the digital evidence may be used to successfully intersect in a case's other facts. Trial/hearing testimony and in-court consultation includes explaining complex digital evidence in a way the trier of fact may best understand and thus use, the digital evidence as well as the assistance in understanding and if necessary, successfully question an opposing party's digital forensic witness, provide real-time analysis, consultation and strategy for opposing expert testimony.

**Forensics Examiner/Investigator, Global CompuSearch LLC, Spokane, WA/Portland, OR**

Provides consulting, analysis and investigative support on legal issues related to computers and the Internet. Provides forensic examination of digital devices, files or output derived from the use of digital devices or systems. Offers expert testimony in state and federal courts including the creation of exhibits in support of conclusions drawn. Provides investigation and consulting with a special emphasis on multimedia analysis, authentication and clarification. Provides investigation and consulting with a special emphasis on Peer to Peer (P2P) investigations. Maintains an updated working knowledge of Internet applications and technologies. Provides review of forensic reports and testimony of law enforcement forensic examiners and federal agents in criminal cases involving Cell Site Location Information (CSLI). Provides data recovery services in cases involving system crashes, failed hardware or malware introduction.

**Merchant e-Solutions, Spokane, WA**

Provides escalated technical support for PC software, e-commerce and credit card terminals. Analyze new applications for credit card services and build appropriate file for all processing types including: terminal, payment gateway, web login, and PC software. Coordinate with sales and banking representatives to offer best solution for clients. Create audit processes to ensure account setups are error free. Create audit process manual for training purposes. Product development and beta testing web-based credit card processing. Compare and contrast products and services to offer best solutions and exceed industry standards.

**Owner/Operator, J.Michel Photography**

Understanding the creative process in photography. Pre-visualization and event photography. Photographic services including; weddings, corporate events, birthdays, graduations, high school seniors, professional modeling, families, infants and pets. Understanding portraiture and the art of photographing people. Product, landscape and macro photography techniques and procedures. Understanding light in digital photography. Advanced DSLR techniques and procedures. High Dynamic Range (HDR) photography techniques. Digital image analysis processing and manipulation using Adobe Creative Suite 6, Adobe Lightroom 4, Canon Digital Photo Professional. Post processing analysis and workflow. Understanding digital file formats (TIFF, JPG, GIF, CR2, DNG, etc.). RAW image processing and conversions. Understanding EXIF data tracking, manipulation, and restriction.

**Sr. Technical Representative, Bank of America, Merchant Services, Spokane, WA**

Assisted associates with escalated troubleshooting of hardware, communications, and software problems. Assisted government agencies with troubleshooting of hardware, communications, and software issues. Worked within the e-Stores department, troubleshooting an assortment of web-based scripting languages in order to connect them to Bank of America's payment gateway.

**PRESENTATIONS/SPEAKING ROLES**

April 20, 2016
Association/Group: Spokane Community College, Paralegal Program,
Lecture topic: Digital Forensics & Litigation (A Defense Perspective)

July 2014
Association/Group: Benton & Franklin Counties Office of Public Defense
Lecture topic: Digital Forensics an Overview

May 2014
Association/Group: Spokane Community College, Paralegal Program, LA 225 - Trial Preparation & Procedures
Lecture topic: Digital Forensics & the Expert Witness

May 2013
Association/Group: Office of Special Investigations, Fairchild AFB,
Lecture topic: Mobile Forensics and Cellebrite Acquisitions

**ROLOFF DIGITAL FORENSICS, LLC**



**906 W 2ⁿᵈ Ave, # 600**
**Spokane WA 99201**
**Office 509-443-9293**
**Cell 509-505-5373**
**Eric@RoloffDF.com**

**2022 Curriculum Vitae**

**Eric M. Hernandez, CMFF, CCO, CCPA, CCME, MCFE**

## ACADEMIC TRAINING / CERTIFICATIONS

**Cellebrite:** Cellebrite Certified Mobile Examiner (CCME), 2019, 2021
**Cellebrite:** Cellebrite Certified Physical Analyst (CCPA), 3/2019, 7/2019, 2021
**Cellebrite:** Cellebrite Certified Operator (CCO), 2018, 2019, 2021
**Cellebrite:** Cellebrite Mobile Forensics Fundamentals (CMFF), 2018, 2019, 2021
**DME Forensics:** Discover and Recover DVR Examiner Training, 2018
**Magnet Forensics:** Unlocking iOS 11's Gates with GrayKey and Magnet AXIOM, 2018
**Magnet Forensics:** AX200 Magnet AXIOM Examination, 2021
**Magnet Forensics:** Magnet Certified Forensics Examiner, (MCFE), 2021

## PRE/POST EDUCATIONAL TRAINING

**Open Source Digital Forensics Conference (OSDFCon):** 2021
**Computer Technology Investigators Conference (CTIN):** 2019
**Roloff Digital Forensics, LLC:** Digital Forensic Examiner, 2018 - Present
**Merchant e-Solutions:** E-payments Sr. Technical Support, E-commerce Specialist, Client Support Account Management, Partner Support Supervisor, Partner Support Manager, 2012-2018
**Bank of America:** Teller, Data Security Systems Development and Programming, Terminal and PC technical support, Sr. Technical Support Representative, eStore Solutions Senior Support and Development, Relationship Services Account Management, Differentiated Services Account Management, 1996-2012

## POST EDUCATIONAL TRAINING DETAILS

Windows ShellBag Forensics, Raw Data Carving, Examining Volume Shadow Copies, Correlating Forensic Results from Multiple Operating Systems and devices, Social Media and Cloud Computing Artifacts, SSD

Forensics, Memory Forensics. E-Discovery analysis, Understanding Digital Forensics, Understanding EnCase, Cell Site Analysis, Call Detail Records Analysis, Virtualization, Advanced Pre-processing, understanding link files and jump files, Forensic tracking of USB Devices. Roloff Digital Forensics, LLC

Advanced troubleshooting techniques for terminals, software, servers, data security, and e-commerce. Software installation, training and follow-up for clients, Research and analyze processor competitors to offer best product solutions. Analyze and provide rate comparisons, Merchant account maintenance and support. Merchant e-Solutions, LLC

Understanding BAMS. Workflow process. Credit card network design and workflow. Advanced troubleshooting techniques. Plastic Card Network (PCN) and agencies involved. Process of PCN network flow. eStores payment processing design, workflow and API coding. Variables and advanced troubleshooting techniques. HTTPS/SSL/TLS communication protocols. Bank of America, Merchant Services, LLC

**PROFESSIONAL EXPERIENCE**

**Digital Forensic Examiner, Roloff Digital Forensics LLC, Spokane, WA**

Provides e-discovery and digital forensic examinations, discovery review, trial/hearing consultation, case strategy consultation, and testimony on legal issues relating to digital evidence and technology. Digital forensic examinations include but are not limited to: hard drives, compact discs (CDs), digital versatile discs (DVDs), floppy diskettes, thumb drives, flash cards, magnetic tapes, tablet devices, cellular phones, subscriber identity module (SIM) cards, personal digital assistants (PDAs), smart phones, feature phones, and data derived from service providers such as Internet Service Providers, "Cloud" storage providers, and cellular service providers. Discovery review includes reports of investigation, opposing side digital forensic reports/notes and the subsequent comparison of those results to digital forensic examinations and opinions conducted on behalf of the represented party. Case strategy consultation includes the assistance in understanding and locating all potentially relevant sources that digital evidence may be located, understanding the way the digital evidence may be used to successfully intersect in a case's other facts. Trial/hearing testimony and consultation includes explaining complex digital evidence in a way the trier of fact may best understand and thus use, the digital evidence as well as the assistance in understanding and if necessary, successfully question an opposing party's digital forensic witness.

**Merchant e-Solutions, LLC, Spokane, WA**

Provided escalated technical support for PC software, e-commerce API, and terminals. Provided guidance on data security standards and network security. Acted as technical liaison to our bank and e-commerce partners to help ensure they provide the best services and solutions to their customers to exceed PCI standards. Provided guidance and resources to prevent and manage data security breaches. Trained, Supervised and Managed team of technical liaisons.

**Bank of America, Merchant Services, LCC, Spokane WA**

Assisted associates and clients with escalated troubleshooting of hardware, communications, network and software problems. Assisted government agencies, national chains, and high-profile clients with troubleshooting of hardware, communications, network and software issues and provided account management. Worked within the eStores department as a senior representative troubleshooting an assortment of web-based scripting and programming languages in order to connect them to Bank of America's payment gateway API.

## ROLOFF DIGITAL FORENSICS, LLC



**906 W 2nd Ave, # 600**
**Spokane WA 99201**
**Office 509-443-9293**
**Cell 209-297-1057**
**Arthur@RoloffDF.com**

**2022 Curriculum Vitae**

**Arthur L. Hively, CCE, EnCE, ACE, CCLO, CCPA, CCME**

## ACADEMIC TRAINING / CERTIFICATIONS

**International Society of Forensic Computer Examiners:** Certified Computer Examiner (CCE) 2019
**Cellebrite:** Cellebrite Certified Logical Operator (CCLO) 2015
**Cellebrite:** Cellebrite Certified Physical Analyst (CCPA) 2015
**Cellebrite:** Cellebrite Certified Mobile Examiner (CCME) 2015
**Guidance Software:** EnCase Certified Examiner (EnCE) 2011
**Access Data:** Certified Examiner (ACE) 2012

## PRE/POST EDUCATIONAL TRAINING 2004

**Computer Technology Investigators Conference (CTIN):** 2019 (24 hours)
**Advanced Smartphone Forensic Analysis:** H11 Digital Forensics, Modesto, CA, 2015 (40 hours)
**Cellebrite Certified Logical Operator:** Cellebrite, Sonora, CA, 2015 (16 hours)
**Cellebrite Certified Physical Analyst:** Cellebrite, Sonora, CA, 2015 (24 hours)
**H-11 Advanced JTAG Forensics and Cell Phone Repair:** H-11, Phoenix, AZ, 2015 (40 hours)
**BlackBag Technologies Tools Training:** San Jose, CA, 2015 (16 hours)
**BlackBag Technologies EFT 1 Training:** San Jose, CA, 2015 (32 hours)
**BlackBag Technologies EFT 2 Training:** Waterloo, Ontario, Canada, 2015 (32 hours)
**Network Intrusion Investigations:** Guidance Software, Pasadena, 2013 (32 hours)
**EnCase eDiscovery v5: Guidance Software:** Pasadena, 2013 (32 hours)
**EnCase Examination of NTFS:** Guidance Software, Pasadena, 2013 (32 hours)
**PC Forensics/Advanced "Specialized Tools" Class:** Guidance Software, Pasadena(DOJ),2012 (40hours)
**EnCase EnScript Programming:** Guidance Software, Pasadena, 2012 (32 hours)
**Certified Cellebrite Course:** 2012 (40 hours)
**UFED Mobile Device Examiner Course**

**UFED Physical Examiner Course**
**AccessData Applied Decryption Course:** San Francisco, CA, 2012 (21 hours)
**EnCE Prep Course: Guidance Software:** Pasadena, 2011 (24 hours)
**ICAC Investigative Techniques:** Yuba City, CA. ICAC, 2010 (36 hours)
**Pedophilia, Paraphilias and the Online Offender:** FBI, Oakland, CA, 2009 (8 hours)
**AccessData Windows Vista Forensics:** San Jose, CA, 2009 (21 hours)
**EnCase Advanced Computer Forensics:** Guidance Software (Pasadena), 2008 (32 hours)
**Computer Crime/LAN Investigation:** California DOJ (AOT), 2006-2007 (40 hours)
**PC Forensics\Advanced Computer Forensics:** California DOJ (AOT), 2006-2007 (80 hours)
**SEARCH Core Skills for the Investigation of Cellular Telephones:** Sacramento SEARCH, 2006-2007 (32 hours)
**Computer/High Technology Investigation:** California DOJ (AOT), 2006-2007 (36 hours)
**Computer/Internet Crime Investigation:** California DOJ (AOT), 2006-2007 (32 hours)
**AccessData BootCamp (Intermediate Training):** San Jose, CA, 2006-2207 (24 hours)
**AccessData BootCamp (Windows Forensics):** San Jose, CA, 2006-2007 (21 hours)
**LINUX in Computer Forensics:** California DOJ (AOT), 2006-2007 (40 hours)
**Basic Data Recovery and Analysis (BDRA):** White Collar Crime Consortium, 2005 (36 hours)
**Computer/High Technology Investigation:** California DOJ (AOT), 2005 (32 hours)
**Computer Digital Evidence Recovery:** California DOJ (AOT), 2005 (80 hours)
**Computer Forensics Advanced:** California DOJ (AOT), 2005 (40 hours)
**EnCase Intermediate: Guidance Software:** (Pasadena), 2005 (32 hours)
**ICI Detective Core Course:** POST Course through Robert Presley Institute of Criminal, 2004

**PROFESSIONAL EXPERIENCE**

**Forensic Examiner, Roloff Digital Forensics**, LLC

Provides digital forensic examinations, discovery review, trial/hearing consultation, case strategy consultation, and expert testimony on legal issues relating to digital evidence and technology. Digital forensic examinations include but are not limited to: hard drives, compact discs (CDs), digital versatile discs (DVDs), floppy diskettes, thumb drives, flash cards, magnetic tapes, tablet devices, cellular phones, subscriber identity module (SIM) cards, personal digital assistants (PDAs), smart phones, feature phones, and data derived from service providers such as Internet Service Providers, "Cloud" storage providers, and cellular service providers. Discovery review includes reports of investigation, opposing side digital forensic reports/notes and the subsequent comparison of those results to digital forensic examinations and opinions conducted on behalf of the represented party. Case strategy consultation includes the assistance in understanding and locating all potentially relevant sources that digital evidence may be located, understanding the way the digital evidence may be used to successfully intersect in a case's other facts. Trial/hearing testimony and consultation includes explaining complex digital evidence in a way the trier of fact may best understand and thus use, the digital evidence as well as the assistance in understanding and if necessary, successfully question an opposing party's digital forensic witness.

**Roloff Digital Forensics, LLC**

Spokane, WA, Senior Forensic Examiner, March 2022 - Present

**TransPerfect Legal Solutions Inc.**

Manager, San Francisco Forensics Lab, July 2021 – February 2022

**Roloff Digital Forensics, LLC**

Spokane, WA, Senior Forensic Examiner, September 2018 – June 2021

**Ceres Police Department**

Ceres, California Police Department Reserve Police Officer, 2019-2020

Ceres, California Police Department, High Tech Investigations, 2006-2018
Assigned to the Sacramento Valley Hi-Tech Crimes Task Force

**Santa Clara County Sheriff's Office**

Santa Clara County Sheriff's Office, San Jose, CA, 1980–2005
Assigned to the REACT High Tech Task Force 2005. Retired with rank of sergeant

**Military Experience:**

U.S. Army Reserve, Dublin, CA Retired Rank: Major O-4            1989 to 1996
California Army National Guard (San Jose, CA) Rank: Captain O-3   1978 to 1989
U.S. Army (82nd Airborne, 101st Air Assault) Rank: Sergeant E-5       1973 to 1977