STEPHANIE S. CHRISTENSEN
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Terrorism Export Crimes Section
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3591
     Facsimile: (714) 338-3561
     E-mail:    mark.takla@usdoj.gov
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorney
Terrorism Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496
     Facsimile: (213) 894-2927
     E-mail:    christine.ro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>              v.<br><br>JASON FONG,<br>   aka "asian_ghazi",<br><br>         Defendant. | No. SA CR 20-00146-DOC<br><br>ORDER DESIGNATING A CLASSIFIED INFORMATION COURT OFFICE ("CISO") |

     For good cause shown, THE COURT ORDERS THE FOLLOWING:

     1.   The Court has been made aware that there is the potential for issues related to classified information to arise, given the nature of the evidence and discovery in this case.  Federal law expressly provides that federal court must have security procedures

1

for the handling of classified information.  See Classified Information Procedures Act, Pub. L. No. 96-456, § 9, 94 Stat. 2029 (1980).  Pursuant to paragraph 2 of the Security Procedures established pursuant to the Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States for the protection of classified information, the Court hereby appoints Winfield S. "Scooter" Slade, Security Specialist, as the designated Classified Information Security Officer in the above-entitled matter.

    2.   The Court further appoints Daniel O. Hartenstine, Matthew W. Mullery, Maura L. Peterson, Carli V. Rodriguez-Feo, and Harry J. Rucker as Alternate Court Security Officers in the above-entitled matter.

August 10, 2022
DATE

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
CHRISTINE M. RO
MARK TAKLA
Assistant United States Attorneys

2