UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   SA CR 20-00146-(A)-DOC                             Date: August 22, 2022

Present: The Honorable:   DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

Interpreter   n/a

| Karlen Dubon | Court Smart | John Cella |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) JASON FONG | X | | X | Charles Swift | X | | X |

**PROCEEDINGS:** MOTION TO DISMISS COUNTS ONE THROUGH THREE [119]

Case is called. The Court hears oral arguments.

Defendant's motion to dismiss counts one through three [119] is DENIED by the Court.

cc: USPPO

: 24
**Initials of Deputy Clerk**  kdu