KARREN KENNEY, CA. SBN 174872
KENNEY LEGAL DEFENSE
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
TELEPHONE:(855) 505-5588
E-MAIL: KARREN.KENNEY@GMAIL.COM

CHARLES D. SWIFT, WA Bar No. 41671
CONSTITUTIONAL LAW CENTER FOR MUSLIMS IN AMERICA
100 N. Central Expy. SUITE 1010
Richardson, TX  75080
TELEPHONE: (972) 914-2507
FAX: (972) 692-7454
EMAIL: CSWIFT@CLCMA.ORG

ATTORNEYS FOR THE DEFENDANT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | Case No.   SACR  20-00146 -DOC |
| v. | ) | **MOTION FOR A CONTINUANCE OF DUE DATE FOR DEFENSE'S NOTICE OF AFFIRMATIVE DEFENSES** |
| JASON FONG | ) | |

Comes now the defendant, Jason Fong, together with counsel, and files this Motion to Continue the due date for Notice of any Affirmative Defenses put forth by the Defense.

Dated: September 2, 2022

/s/ Karren Kenney

/s/ Charles D. Swift
Attorneys for Defendant

1

In late July of 2022, counsel's investigation of the present case identified that the defendant potentially suffered from mental health issues and that these mental health issues potentially impacted the defendant's behavior during the charged period. Due to the late realization of a potential need of a mental health expert and the difficulty in identifying an appropriate expert, the defense did not begin began communicating with Edith Nakada and Lauren Eskenazi-Ihrig of the Ninth Circuit to seek funding for a mental health expert until August 14, 2022. On August 24, the request for authorization for funds was reviewed by Ms. Eskenazi-Ihrig and submitted shortly thereafter to Judge Carter for approval. On August 31, defense counsel was notified that the authorization for half the requested amount for a mental health expert was granted by Judge Carter and by the Ninth Circuit.

On that same day, August 31, defense counsel notified the government that we had just received funding approval for our mental health expert, and we notified the government of our inability to meet the deadline for the disclosure of affirmative defenses two days later, on September 2, 2022. The email sent to AUSA Christine Ro came back with an Out-of-Office notification, and defense had not received a response from John Cella, who was cc'd on the email to Ms. Ro. Late last night defense followed up again with an email to the government requesting the government's position/stipulation to a motion to continue the due date for our Notice of Affirmative Defenses. We have not yet received a response from the government.

Defense is asking for a 60-day continuance of the September 2, 2022, notice deadline, to November 1, 2022, so that the defendant, Jason Fong, can be evaluated by our expert and so that a report can be made to the defense of his opinion as to the feasibility of a mental health defense. A report will need to be drafted to be included with our notice of any affirmative mental health defenses. Counsel anticipates that the government will likely want to engage their own expert to evaluate the defendant after this report is filed, should an affirmative mental health defense be put forth.

We note, also that the shift in the due date for affirmative defenses will be set out past the start of the scheduled trial date (October 25, 2022), and all other dates presently in place will likewise need to be moved.

This motion for a continuance of the due date for Notice of Affirmative Defenses is made in good faith, and not made to cause undue delay in the case proceedings.  Defense counsel believes that failing to adequately examine the possibility of a mental health defense and provide adequate opportunity for our client to be examined by an expert identified and whose expense had largely been approved by this Court, would amount to ineffective assistance of counsel in this case.  As such, counsel respectfully requests that the Court grant this request for a 60 day continuance to provide our Affirmative Defenses, to Wednesday, November 1, 2022.

Respectfully submitted this 2nd day of September, 2022.

*/s/ Charles Swift*
Charles D. Swift, CLCMA
*Pro Hac* Attorney for Defendant
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507

/s/  **Karren Kenney**
Karren Kenney
Attorney for Defendant
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626