STEPHANIE S. CHRISTENSEN
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    E-mail:    Mark.Takla@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
    950 Pennsylvania Ave, NW
    Washington, DC 20530
    Telephone: (202) 305-1601
    Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
SEP - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>JASON FONG,<br>   aka "asian_ghazi,"<br>   aka "Jason Asian Ghazi,"<br>   aka "Mustafa Ahmed Al-Hakim,"<br><br>             Defendant. | No. SA CR 20-00146(A)-DOC<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S CLASSIFIED, IN CAMERA, EX PARTE, AND UNDER SEAL MOTION TO DELETE FROM DISCOVERY CLASSIFIED INFORMATION PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1) [130] |

(U)   This matter is before the Court on the Government's Classified <u>In Camera</u>, <u>Ex Parte</u>, <u>Under Seal</u> Motion To Delete From

Discovery Certain Classified Information Pursuant To Section 4 of the Classified Information Procedures Act ("CIPA") and Federal Rule of Criminal Procedure 16(d)(1) (hereinafter "government's motion"). By its motion, the government requested that the Court, pursuant to CIPA § 4, Fed. R. Crim. P. 16(d)(1), and the applicable law: (1) conduct an in camera and ex parte review of the government's motion, related memorandum of points and authorities, and the accompanying declarations and exhibits; (2) authorize the government to withhold from discovery the classified information that is the subject of the government's motion; and (3) order that the entire text of the government's motion, memorandum of points and authorities, and the accompanying declarations and exhibits, shall not be disclosed to the defense and shall be sealed and preserved in the records of the Court to be made available for all future review of these proceedings.

(U)  The Court has considered the government's motion, its memorandum of law in support of the motion, and the declarations and exhibits filed therewith. Based on its consideration, the Court **GRANTS** the government's motion in its entirety.

(U)  The Court finds that the government's motion was properly filed ex parte, in camera, and under seal for this Court's review, pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1). The Court has conducted an ex parte and in camera review of the government's motion, memorandum of points and authorities, and the accompanying declarations and exhibits attached to the government's motion.

(U)  The Court further finds that in the government's motion and related documents, the government had made a sufficient formal claim of its classified information privilege. See United States v.

Sedaghaty, 728 F.3d 885, 904 (9th Cir. 2013); United States v. Klimavicius-Viloria, 144 F.3d 1249, 1261 (9th Cir. 1998). On the basis of the Court's independent review and consideration of the information and the arguments set forth in the government's motion and related documents, the Court finds that the classified information referenced in the government's motion implicates the government's classified information privilege because the information is properly classified, sensitive, and its disclosure could be expected to cause serious damage to the national security of the United States. Furthermore, the Court finds that withholding the classified information at issue will not deny the defendant his rights, including his rights under the Confrontation Clause of the Sixth Amendment and his right to discovery in this case, and that none of the classified information at issue is discoverable under Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 404 U.S. 150 (1971), and their progeny, or the Jencks Act, 18 U.S.C. § 3500.

(U) Accordingly, **IT IS ORDERED** that the government is authorized to withhold from discovery to the defense the classified information at issue.

(U) **IT IS FURTHER ORDERED** that the entire text of the government's motion, memorandum of points and authorities, and the accompanying declarations and exhibits, shall not be disclosed to the defense, and shall be sealed and maintained in a facility for the storage of such classified information by the Court Security officer as the designee of the clerk of the Court, in accordance with

established security procedures, for any future review, until further order of this Court.

(U)   IT IS SO ORDERED, this __7__ day of _September_, 2022.

_/s/ David O. Carter_
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
MARK TAKLA
CHRISTINE M. RO
Assistant United States Attorneys

   /s/
JOHN CELLA
Trial Attorney
Counterterrorism Section
National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA