**ATTACHMENT A**

| Event | Date |
|---|---|
| Government Disclosure of Material Whose Existence is Currently Known[1] to the Prosecution Under *Brady* and Its Progeny | 12/2/2022 |
| Reciprocal Disclosures of Expert Witness Notices and Scientific/Medical Reports | 1/7/2023 |
| Objections to Expert Disclosures Due | 1/21/2023 |
| Defendant's Motions to Suppress Statements of Evidence (If Applicable) | 2/7/2023 |
| Government's Motion for a Trial Protective Order (If Applicable) | 2/7/2023 |
| Government's Opposition to Defendant's Motions to Suppress (If Applicable) | 2/21/2023 |
| Defendant's Opposition to Government's Motion for a Trial Protective Order (If Applicable) | 2/21/2023 |
| Defendant's Reply to Government's Opposition to Defendant's Motion to Suppress (If Applicable) | 3/3/2023 |
| Government's Reply to Defendant's Opposition to Government's Motion for a Trial Protective Order (If applicable) | 3/3/2023 |
| **Hearing on the Motion to Suppress/Motion for a Protective Order  (If Applicable)** | **3/13/2023** |
| Government's 404(b) Disclosure | 2/10/2023 |
| Defendant's Notice of Defense(s) Pursuant to Rule 12.1, 12.2, and 12.3 (including mental health) | 2/10/2023 |
| Government's Response Pursuant to Rule 12.3 Notice Due (If Applicable) | 2/17/2023 |
| Government's Rule 12.3 Request for Witnesses Due (If Applicable) | 2/17/2023 |
| Motions in Limine and Pre-trial Motions (not otherwise specified) | 2/24/2023 |
| Oppositions to Pre-trial Motions Due | 3/10/2023 |
| Replies to Pre-trial Motions Due | 3/15/2023 |
| Parties Serve proposed Voir Dire – Special Questions | 3/7/2023 |

---

[1] Should the Government become aware of any *Brady* information after this date, the Government will make good faith efforts to disclose such information to the defense as soon as reasonably possible after its existence is known to the prosecution.

| Event | Date |
|---|---|
| and Proposed Questionnaire on other party | |
| Voir Dire – Special Questions and Proposed Questionnaire Joint Filing with Any Disputes Briefed | 3/14/2023 |
| **Hearing on Pre-Trial Motions** | **3/20/2023** |
| Parties Serve Proposed Jury Instructions and Verdict Forms on the Other Party | 3/7/2023 |
| Joint Proposed Jury Instructions with any Disputes Briefed Due | 3/14/2023 |
| Defendant Reciprocal Discovery Deadline | 3/7/2023 |
| Government's Proposed Witness and Exhibit List | 3/10/2023 |
| Defendant's Proposed Witness List | 3/17/2023 |
| Reciprocal Deadline for Government and Defendant to Disclose Witness Statements Under Rule 26.2 and/or the Jencks Act | 3/21/2023 |
| Government to Disclose Witness-Specific *Giglio* Material | 3/21/2023 |
| **Final Status Conference** | **3/27/2023** |
| Trial | 4/4/2023 |