STEPHANIE S. CHRISTENSEN
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496
     Facsimile: (213) 894-2927
     E-mail:    christine.ro@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
     950 Pennsylvania Ave, NW
     Washington, DC 20530
     Telephone: (202) 305-1601
     Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
09/14/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON FONG, <br>   aka "asian_ghazi," <br>   aka "Jason Asian Ghazi," <br>   aka "Mustafa Ahmed Al-Hakim," <br><br> Defendant. | No. SA CR 20-00146(A)-DOC <br><br> [PROPOSED] ORDER CONTINUING TRIAL DATE AND OTHER DEADLINES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [135] <br><br> **[PROPOSED] TRIAL DATE: [4/4/2023]** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date; (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act; (3) Disclosure and Discovery Plan; and (4) Pretrial Briefing Schedule, filed by the

parties in this matter on September 12, 2022.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from October 25, 2022, to April 4, 2023.  The Court further adopts and incorporates into this Order the pre-trial schedule set forth in Attachment A to the parties' Stipulation Regarding Request for (1) Continuance of Trial Date; (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act; (3) Disclosure and Discovery Plan; and (4) Pretrial Briefing Schedule.

2.   The time period of October 25, 2022, to April 4, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

1    3.   Defendant shall appear in Courtroom 10A of the Ronald
2 Reagan Federal Building and United States Courthouse, 411 W. 4th
3 Street, Santa Ana, California on April 4, 2023, at 7:30 a.m.
4    4.   Nothing in this Order shall preclude a finding that other
5 provisions of the Speedy Trial Act dictate that additional time
6 periods are excluded from the period within which trial must
7 commence.  Moreover, the same provisions and/or other provisions of
8 the Speedy Trial Act may in the future authorize the exclusion of
9 additional time periods from the period within which trial must
10 commence.
11    IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

_____    _____
 DATE                           HONORABLE DAVID O. CARTER
                                UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
 Christine M. Ro
 Assistant United States Attorney