Charles D. Swift
WA Bar No. 41671
Co-Counsel for Jason Fong
100 N. Central Expy., Suite 1010
Richardson, TX 75080

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:20-cr-00146 |
| v. | |
| JASON FONG | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Affidavit of Defense Counsel Charles D. Swift In Support of Joint Notice of Motion and Motion to Reconsider the Partie's Stipulation Regarding Request for (1) Continuance of Trial Date; (2) Findings of Excludable Time Periodsd Pursuant to Speedy Trial Act; (3) Disclosure and Discovery Plan; and (4) Pretrial Briefing Schedule (Doc. 137)

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

9/19/2022
Date

Charles D. Swift
Attorney Name
Defendant - Jason Fong
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING