E. MARTIN ESTRADA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496
     Facsimile: (213) 894-2927
     E-mail:    Christine.Ro@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
     950 Pennsylvania Ave, NW
     Washington, DC 20530
     Telephone: (202) 305-1601
     Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>JASON FONG,<br>  aka "asian_ghazi,"<br>  aka "Jason Asian Ghazi,"<br>  aka "Mustafa Ahmed Al-Hakim,"<br><br>          Defendant. | No. SA CR 20-00146(A)-DOC<br><br>GOVERNMENT'S REQUEST FOR JUDICIAL NOTICE; EXHIBITS<br><br>Hearing Date: TBA<br>Hearing Time: TBA<br>Location:     Courtroom of the<br>              Hon. David O.<br>              Carter |

Pursuant to Fed. R. Evid. 201, the government respectfully requests that this Court take judicial notice of the following facts:

**I. Federal Law**

    **A. Requested Facts for Judicial Notice**

        1. <u>Items from the Federal Register</u>

On October 8, 1997, the United States Secretary of State designated HAMAS as a foreign terrorist organization ("FTO") under Section 219 of the Immigration and Nationality Act. 62 Fed. Reg. 52650 (October 8, 1997). A copy of that designation is attached to this Motion as Exhibit A. The Secretary of State has also listed the following aliases for HAMAS: the Islamic Resistance Movement, Harakat al Muqawama al-Islamiya, Students of Ayyash, Students of the Engineer, Yahya Ayyash Units, Izz Al-Din Al-Qassim Brigades, Izz Al-Din Al-Qassim Forces, Izz Al-Din Al Qassim Battalions, Izz al-Din Al Qassam Brigades, Izz al-Din Al Qassam Forces, and Izz al-Din Al Qassam Battalions. <u>Id.</u> To date, HAMAS remains a designated FTO.

On May 7, 2014, the Secretary of State designated al-Nusrah Front -- an al-Qaida affiliate in Syria -- as an FTO. The notice of this action was published in the Federal Register on May 15, 2014. A copy of that designation is attached to this Motion as Exhibit B. On May 31, 2018, the Secretary of State amended the designation of al-Nusrah Front to include Hay'at Tahrir al-Sham ("HTS," also known as "Hay'et Tahrir al-Sham" and "Hayat Tahrir al-Sham") as an alias of al-Nusrah Front. 83 Fed. Reg. 25497 (June 1, 2018). A copy of that amendment is attached to this Motion as Exhibit C. HTS, and other aliases, were thereby added to al-Nusrah Front's designations as FTO under Section 219 of the INA. <u>Id.</u>

      2.   <u>Public Webpages</u>

Select pages from publicly available webpages obtained from Internet Archive Wayback Machine at https://archive.org for the following websites:

    1.   http://en.wikipedia.org/wiki/izz_ad-Din_al-Qassam_Brigades, and

    2.   http://en.wikipedia.org/wiki/Hamas.

Samples of the Internet Archive Wayback Machine archives for these websites are attached as Exhibits D and E.

**B.   Authority**

Rule 201 of the Federal Rules of Evidence allows a court to take judicial notice of facts that are "generally known" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Publication of a document in the Federal Register creates a rebuttable presumption that it was duly issued, prescribed, or promulgated. 44 U.S.C. § 1507. The contents of the Federal Register shall be judicially noted. <u>Id.</u>

"Courts may take judicial notice of publications introduced to 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.'" <u>Von Saher v. Norton Simon Museum of Art at Pasadena</u>, 592 F.3d 954, 960 (9th Cir. 2010) (allowing judicial notice of newspapers, magazines, and books with published information). Courts have also taken judicial notice of publicly available webpages obtained from the Internet Archive

3

Wayback Machine, which provides the historical internet presence of certain publicly available webpages.  See Craigslist, Inc. v. Dealercmo, Inc., No. 16-cv-01451-VC, 2017 WL 6334142, at *3, n.3 (N.D. Cal. Apr. 11, 2017) (unpublished opinion) (taking judicial notice of the Wayback Machine); Erickson v. Neb. Mach. Co., No. 15-cv-01147-JD, 2015 WL 4089849, at *1, n.1 (N.D. Cal. July 6, 2015) (same).

Dated: September 20, 2022

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

      /s/
CHRISTINE M. RO
Assistant United States Attorney

JOHN CELLA
Trial Attorney
Counterterrorism Section
National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4