DECLARATION OF CHRISTINE M. RO

I, Christine M. Ro, declare as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Central District of California. I am one of the prosecutors assigned to this case. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. The parties agreed that the parties would provide expert notice by July 30, 2022. (Dkt. Nos. 117-118.)

3. On July 29, 2022, defendant filed their Notice of Expert Witness Disclosure. (Dkt. No. 124.)

4. On July 30, 2022, the government provided to the defense their expert notice. (Attached hereto as Exhibits A-B[2].)

5. On August 31, 2022, the government sent a letter identifying the areas in which the government believed defendant's expert notice was deficient. (Attached hereto as Exhibit C.) The government has received no response to its letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Santa Ana, California, on September 20, 2022

_____
CHRISTINE M. RO

---

[2] The government provided to the defense their expert's CVs, but will not be filing their CVs to this filing. The government will file their CVs upon the Court's request.