

# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Mark Takla*
*Assistant United States Attorney*
*Phone:  (714) 338-3591*
*Email:  mark.takla@usdoj.gov*
*Ronald Reagan Federal Bldg./U.S. Dist. Courthouse*
*411 W. 4th St., Suite 8000*
*Santa Ana, California 92701*

*Christine M. Ro*
*Assistant United States Attorney*
*Phone:(213) 894-4496*
*Email: christine.ro@usdoj.gov*
*1500 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

July 30, 2022

**VIA EMAIL**

Karren Kenney
Kenney Legal Defense Firm
2900 Bristol St., Ste C204
Costa Mesa, CA 92626
karren.kenney@gmail.com

Charles D. Swift
Constitutional Law Center
for Muslims in America
100 North Central Expressway, Ste 1010
Richardson, TX 75080
cswift@clcma.org

      Re:    <u>United States v. Jason Fong</u>, No. SA CR 20-146-DOC

Dear Ms. Kenney and Mr. Swift:

      Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the government hereby discloses that at trial in the above-captioned matter the government presently intends to elicit expert testimony from the following witness under Federal Rules of Evidence 702, 703, and 705.  Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, the government hereby requests reciprocal disclosure from the defense of any evidence that defendant intends to introduce at trial under Rules 702, 703, and/or 705 of the Federal Rules of Evidence.  The government reserves the right to supplement this notice with additional experts and/or additional expert testimony by the below-noticed expert and additional experts, provide you with any expert reports prepared, and/or provide you with any supplemental information related to the below-noticed expert.

July 30, 2022
Re: <u>United States v. Jason Fong</u>, No. SA CR 20-146-DOC
Page 2

**Dr. Matthew Levitt**

Dr. Matthew Levitt is an expert on intonational terrorism and, in particular, on militant jihadist groups in the Middle East. A copy of Dr. Levitt's curriculum vitae is enclosed. Dr. Levitt is expected to testify regarding the following areas:

<u>Foreign Terrorist Organizations ("FTO")</u>

<u>Al Qa'ida</u>: On October 8, 1999, the United States Secretary of State designated al Qa'ida also known as al Qaeda ("AQ"), as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224. The Secretary of State also added the following aliases to the FTO listing: "the Base," the Islamic Army, the World Islamic Front for Jihad Against Jews and Crusaders, the Islamic Army for the Liberation of the Holy Places, the Usama Bin Laden Network, the Usama Bin Laden Organization, Islamic Salvation Foundation, and The Group for the Preservation of the Holy Sites. To date, AQ remains a designated FTO.

<u>Islamic State of Iraq and the Levant ("ISIL")/Islamic State of Iraq and al-Sham ("ISIS")</u>: On October 15, 2004, the U.S. Secretary of State designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224. On May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (i.e., "ISIS"—which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO listing: Islamic State, ISIL, and ISIS. To date, ISIS remains a designated FTO

<u>Hay'at Tahrir al-Sham ("HTS")</u>: On May 31, 2018, the U.S. Department of State amended the designation of al-Nusrah Front – an AQ affiliate in Syria – to include Hay'at Tahrir al-Sham ("HTS") as an alias of the al-Nusrah Front. HTS, and other aliases, were thereby added to al-Nusrah Front's designations as FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224.

<u>Hamas</u>: On October 8, 1997, the United States Secretary of State designated Hamas as an FTO under Section 219 of the Immigration and Nationality Act. On October 31, 2001, the Secretary of State also designated Hamas as a Specially Designated Global Terrorist under Executive Order 13224. The Secretary of State has also listed the following aliases for Hamas: Islamic Resistance Movement, Harakat al Muqawama al-Islamiya, Students of Ayyash, Students of the Engineer, Yahya Ayyash Units, Izz Al-Din Al-Qassim Brigades, Izz Al-Din Al-Qassim Forces, Izz Al-Din Al Qassim Battalions, Izz al-Din Al Qassam Brigades, Izz al-Din Al Qassam

July 30, 2022
Re:     United States v. Jason Fong, No. SA CR 20-146-DOC
Page 3

Forces, and Izz al-Din Al Qassam Battalions. To date, Hamas remains a designated FTO. Dr. Levitt is expected to testify that the Al-Qassam Brigades is the military wing of Hamas.

The government expects that Dr. Levitt will testify about the above-listed FTOs, as well as his examination of the evidence in this case, including the defendant's communications referencing these groups or their affiliates, such as Malhama Tactical and Ajnad Al Kavkaz (see below). The government also expects that Dr. Levitt will provide background information on the history and evolution of the FTOs and the global jihadist movement, and to explain the territorial expansion of these groups and their use of various tactics to take and maintain control of territory.

### Other Groups

Dr. Levitt is expected to testify that Ajnad Al Kavkaz is a Chechen-led Jihadi Islamic fundamentalist rebel group active in northern Syria. It is also known as the "Soldiers of the Caucasus." It has not been designated as an FTO under Section 219 of the INA. Additionally, Dr. Levitt is expected to testify that Malhama Tactical is s a private military contractor operating in the Syrian Civil War. The group, founded by a pseudonymous Uzbeki jihadist called Abu Rofiq, is closely allied with HTS.

### Group Activities

In addition, Dr. Levitt is expected to discuss prominent figures such as Anwar Al-Awlaki. The government further expects that Dr. Levitt will testify about the above-listed FTO's goals and ideology, the fundamentalist version of Islam. Such expert testimony will likely include the use of violence (such as rape, throwing people from buildings, beheadings, burning people alive, etc.) and its promotion of the use of violence by its supporters in Europe and the United States, against individuals or whole communities based on lack of conformance with group's ideology.

### Terminology

The government expects Dr. Levitt to testify about specific terms and concepts used by FTO supporters, and used by your client in this case, to describe themselves and the world around them. These terms include, for example, *jihad*, *martyrdom, kuffar, dawla, rafida, yahud*, *mujahideen*, *shaheed*, *jannah*, *murtaddin*, and lion. These concepts include the permissibility of killing non-Muslim civilians, and the individual duty to retaliate for an attack against any Muslim. Dr. Levitt is also expected to testify regarding the concept of *nasheeds* and their relationship to *jihad*. Dr. Levitt is also expected to testify about the meanings of certain words and expressions used in communications during this investigation such as *sham, Baqiyah, haram, fitna, Mujahideen Amerikeoon, Kaffir, Dar ul-Harb, khawariji, upon Haqq in Syria, Niyah*, and certain Islamic calendar events and symbols such as *Ramadan*, *Eid*, Friday prayer, and the significance of the star and crecent moon.

July 30, 2022
Re:   United States v. Jason Fong, No. SA CR 20-146-DOC
Page 4

### Cryptocurrency

Dr. Levitt is expected to testify that Bitcoin is a cryptocurrency, which is a decentralized virtual currency without a central bank or single administrator that can be sent from user to user on the peer-to-peer network.  It is sometimes used by individuals who engage in criminal activity because of the presumed anonymity in making transactions and the ability to circumvent the formal banking sector.

### Events

Dr. Levitt is also expected to testify regarding the details of recent mass attacks such as the March 2019 mass shootings at two mosques in Christchurch, New Zealand, which killed 50 people.

The government reserves the right to supplement this expert notice at any time.  The government notes that Rule 16 does not require that the government provide (1) a complete statement of all that the government will elicit; (2) anticipated rebuttal evidence; or (3) all publications and prior testimony.  However, the government recognizes that prior statements of an expert witness could qualify as Jencks or Giglio material.  If you feel this notice is otherwise inadequate, please let the government know.

All material disclosed in discovery may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion.  By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure, to include defense expert notice.  The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense.  Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged

July 30, 2022
Re:    United States v. Jason Fong, No. SA CR 20-146-DOC
Page 5

offenses are detailed within the documents included within the discovery.  Please contact us immediately if you believe that this notice is insufficient.

Very truly yours,

        /s/

MARK TAKLA
CHRISTINE M. RO
Assistant United States Attorneys

JOHN CELLA
Trial Attorney, Counterterrorism Section
National Security Division