E. MARTIN ESTRADA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496
     Facsimile: (213) 894-2927
     E-mail:    Christine.Ro@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
     950 Pennsylvania Ave, NW
     Washington, DC 20530
     Telephone: (202) 305-1601
     Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 20-00146(A)-DOC |
| Plaintiff, | GOVERNMENT'S DRAFT WITNESS LIST |
| v. | Trial Date: October 25, 2022 |
| JASON FONG, | Trial Time: TBA |
| aka "asian_ghazi," | Location: Courtroom of the Hon. David O. Carter |
| aka "Jason Asian Ghazi," | |
| aka "Mustafa Ahmed Al-Hakim," | |
| Defendant. | |

Plaintiff United States of America hereby submits its Draft Witness List for use in the upcoming trial. The government reserves

1

the right to supplement or otherwise amend this Draft Witness List and to introduce additional relevant witnesses as may appear warranted during the trial.

DATED: September 29, 2022          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

          /s/
CHRISTINE M. RO
Assistant United States Attorney

JOHN CELLA
Trial Attorney
Counterterrorism Section
National Security Division

<u>United States v. Jason Fong</u>

Government's Draft Witness List

1. Local Police Undercover Law Enforcement Officer (OCE #1)
2. FBI Undercover Law Enforcement Officer (OCE #2)
3. Confidential Human Source (CHS)
4. Robert Warren
5. Matthew Jaremenko
6. Thuan Ngo
7. Ashley Mericle
8. Michael Moore
9. Steve Meyer
10. Samantha Brooks
11. Colin Dwyer
12. Michael Hong (expert)
13. Christopher Denning (expert)
14. Joseph Jun (expert)
15. Matthew Levitt (expert)
16. United States Marine Corps Representative
17. Naval Criminal Investigative Service Representative