E. MARTIN ESTRADA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4496
    Facsimile: (213) 894-2927
    E-mail:    Christine.Ro@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
    950 Pennsylvania Ave, NW
    Washington, DC 20530
    Telephone: (202) 305-1601
    Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 20-00146(A)-DOC |
| Plaintiff, | GOVERNMENT'S DRAFT EXHIBIT LIST |
| v. | Trial Date: October 25, 2022<br>Trial Time: TBA |
| JASON FONG,<br>  aka "asian_ghazi,"<br>  aka "Jason Asian Ghazi,"<br>  aka "Mustafa Ahmed Al-Hakim," | Location: Courtroom of the<br>Hon. David O. Carter |
| Defendant. | |

Plaintiff United States of America hereby submits its Draft Exhibit List for use in the upcoming trial.  The government reserves

1

the right to modify the exhibit list as necessary in order to accurately reflect the exhibits presented at trial and to fully and best present its case.

DATED: September 30, 2022         Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division


           /s/
CHRISTINE M. RO
Assistant United States Attorney

JOHN CELLA
Trial Attorney
Counterterrorism Section
National Security Division

<u>United States v. Jason Fong</u>

Government's Draft Exhibit List

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Judicial Notice Materials | | | |
| 1. | Federal Register, Public Notice: 8742, May 15, 2014, publication designating al-Nusrah Front as a Foreign Terrorist Organization. | | | |
| 2. | Federal Register, Public Notice: 10432, May 17, 2018, publication of designating HTS as an alias of al-Nusrah Front and as a Foreign Terrorist Organization. | | | |
| 3. | Federal Register, Public Notice: 2612, October 8, 1997, publication designating HAMAS, and its aliases, as a Foreign Terrorist Organization | | | |
| 4. | Internet Archive Wayback Machine Screenshot of http://en.wikipedia.org/wiki/izz_ad-Din_alQassam_Brigades | | | |
| 5. | Internet Archive Wayback Machine Screenshot of http://en.wikipedia.org/wiki/Hamas. | | | |
|  | OCE#1 Communication with Jason Fong | | | |
| 6. | Communications between Jason Fong and OCE#1, Feb. 6-9, 2020 | | | |
| 7. | Communications between Jason Fong and OCE#1, Feb. 6-10, 2020 | | | |
| 8. | Communications between Jason Fong and OCE#1, Feb. 8-11, 2020 | | | |
| 9. | Communications between Jason Fong and OCE#1, Feb. 16-19, 2020 | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 10. | Photo of firearms sent by Jason Fong to OCE#1 | | | |
| 11. | Communications between Jason Fong and OCE#1, Mar. 3, 2020 | | | |
| 12. | Communications between Jason Fong and OCE#1, Mar. 3, 2020 | | | |
| 13. | Communications between Jason Fong and OCE#1, Mar. 4, 2020 | | | |
| 14. | Communications between Jason Fong and OCE#1, Mar. 4, 2020 | | | |
| 15. | Communications between Jason Fong and OCE#1, Mar. 7, 2020 | | | |
| 16. | Communications between Jason Fong and OCE#1, Mar. 8, 2020 | | | |
| 17. | Communications between Jason Fong and OCE#1, Mar. 17, 2020 | | | |
| 18. | Communications between Jason Fong and OCE#1, Mar. 17, 2020 | | | |
| 19. | Communications between Jason Fong and OCE#1, Mar. 17, 2020 | | | |
| 20. | Communications between Jason Fong and OCE#1, Mar. 18, 2020 | | | |
| 21. | Communications between Jason Fong and OCE#1, Mar. 20, 2020 | | | |
| 22. | Communications between Jason Fong and OCE#1, Mar. 23, 2020 | | | |
| 23. | Communications between Jason Fong and OCE#1, Mar. 24, 2020 | | | |
| 24. | Communications between Jason Fong and OCE#1, Mar. 24, 2020 | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 25. | Communications between Jason Fong and OCE#1, Mar. 24, 2020 | | | |
| 26. | Communications between Jason Fong and OCE#1, Mar. 25, 2020 | | | |
| 27. | Communications between Jason Fong and OCE#1, Mar. 27, 2020 | | | |
| 28. | Communications between Jason Fong and OCE#1, Apr. 1, 2020 | | | |
| 29. | Communications between Jason Fong and OCE#1, Apr. 1, 2020 | | | |
| 30. | Communications between Jason Fong and OCE#1, Apr. 1, 2020 | | | |
| 31. | Communications between Jason Fong and OCE#1, Apr. 5, 2020 | | | |
| 32. | Communications between Jason Fong and OCE#1, Apr. 12, 2020 | | | |
| 33. | Communications between Jason Fong and OCE#1, Apr. 13, 2020 | | | |
| 34. | Communications between Jason Fong and OCE#1, Apr. 13, 2020 | | | |
| 35. | Communications between Jason Fong and OCE#1, Apr. 14, 2020 | | | |
| 36. | Communications between Jason Fong and OCE#1, Apr. 14, 2020 | | | |
| 37. | Communications between Jason Fong and OCE#1, Apr. 15, 2020 | | | |
| 38. | Communications between Jason Fong and OCE#1, Apr. 16, 2020 | | | |
| 39. | Communications between Jason Fong and OCE#1, Apr. 17, 2020 | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 40. | Communications between Jason Fong and OCE#1, Apr. 17, 2020 | | | |
| 41. | Communications between Jason Fong and OCE#1, Apr. 18, 2020 | | | |
| 42. | Communications between Jason Fong and OCE#1, Apr. 18, 2020 | | | |
| 43. | Communications between Jason Fong and OCE#1, Apr. 19, 2020 | | | |
| 44. | Communications between Jason Fong and OCE#1, Apr. 21, 2020 | | | |
| 45. | Communications between Jason Fong and OCE#1, Apr. 22, 2020 | | | |
| 46. | Communications between Jason Fong and OCE#1, Apr. 22, 2020 | | | |
| 47. | Communications between Jason Fong and OCE#1, Apr. 24, 2020 | | | |
| 48. | Communications between Jason Fong and OCE#1, Apr. 25, 2020 | | | |
| 49. | Communications between Jason Fong and OCE#1, Apr. 30, 2020 | | | |
| 50. | Communications between Jason Fong and OCE#1, May 2, 2020 | | | |
| 51. | Communications between Jason Fong and OCE#1, May 5, 2020 | | | |
| 52. | Communications between Jason Fong and OCE#1, May 6, 2020 | | | |
| 53. | Communications between Jason Fong and OCE#1, May 9, 2020 | | | |
| 54. | Communications between Jason Fong and OCE#1, May 12, 2020 | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 55. | Communications between Jason Fong and OCE#1, May 14, 2020 | | | |
| 56. | Communications between Jason Fong and OCE#1, May 18, 2020 | | | |
| 57. | Communications between Jason Fong and OCE#1, May 18, 2020 | | | |
| 58. | Communications between Jason Fong and OCE#1, May 18, 2020 | | | |
| 59. | Translations of communications between Fong and OCE#1, including in-person meetings | | | |
| 60. | Jason Fong Instagram Posts (Feb. 6-13, 2020), | | | |
| **OCE#2 Communication with Jason Fong** | | | | |
| 61. | Communications between Jason Fong, CHS, and OCE#2, May 3, 2020 | | | |
| 62. | Communications between Jason Fong and OCE#2, May 7, 2020 | | | |
| **CHS Communication with Jason Fong** | | | | |
| 63. | Communications between Jason Fong and CHS, Feb 26, 2020 | | | |
| 64. | Communications between Jason Fong and CHS, Feb 27, 2020 | | | |
| 65. | Communications between Jason Fong and CHS, Feb. 28, 2020 | | | |
| 66. | Communications between Jason Fong and CHS, Mar. 22, 2020 | | | |
| 67. | Communications between Jason Fong and CHS, Apr. 2, 2020 | | | |
| 68. | Communications between Jason Fong and CHS, Apr. 20, 2020 | | | |

5

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 69. | March 6, 2020 Fong audio recorded message to UCE | | | |
| 70. | Transcript | | | |
| 71. | March 30, 2020 Fong audio recorded message to UCE | | | |
| 72. | Transcript | | | |
| 73. | April 12, 2020 Fong audio recorded message to UCE | | | |
| 74. | Transcript | | | |
|  | Mujahideen in America Chats | | | |
| 75. | Mujahideen Amerikeeon/ Mujahideen in America Chats | | | |
| 76. | Improvised Munitions Black Book | | | |
| 77. | 1969 U.S. Army "TM 31-210 Improvised Munitions Handbook" | | | |
| 78. | Audio/Video Recording of Jason Fong Shooting a Firearm | | | |
| 79. | Audio Recording (Jason Fong Three-Month Training Curriculum) | | | |
| 80. | Transcript of Audio Recording of Jason Fong Training Curriculum | | | |
|  | Al Qassam Website | | | |
| 81. | Al Qassam Website CD | | | |
| 82. | Hamas Fund Raising Video | | | |
|  | Search Warrant of Jason Fong Residence and Cellphone | | | |
| 83. | Search Warrant | | | |
| 84. | Photographs of Items Found in Jason's Room | | | |
| 85. | Physical Evidence – Jason Fong's Cellphone – iPhone | | | |
| 86. | Cellphone Extraction Report of Jason Fong's Cellphone | | | |

6

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 87. | Jason Fong's Internet Search History | | | |
| 88. | Video of Jason Fong's Chats (1 of 3) | | | |
| 89. | Video of Jason Fong's Chats (2 of 3) | | | |
| 90. | Video of Jason Fong's Chats (3 of 3) | | | |
| 91. | Screenshots Found on Jason Fong's Phone | | | |
| | **Defendant's Post Arrest Statements** | | | |
| 92. | Audio File #3, Timestamp: 15:50 – 17:28 | | | |
| 93. | Transcript | | | |
| 94. | Audio File #3, Timestamp: 17:28-17:45 | | | |
| 95. | Transcript | | | |
| 96. | Audio File #3, Timestamp: 18:59 – 19:27 | | | |
| 97. | Transcript | | | |
| 98. | Audio File #3, Timestamp: 26:03 – 26:46 | | | |
| 99. | Transcript | | | |
| 100. | Audio File #3, Timestamp: 26:46 – 32:08 | | | |
| 101. | Transcript | | | |
| 102. | Audio File #3, Timestamp: 45:20 -46:37 | | | |
| 103. | Transcript | | | |
| 104. | Audio File #3, Timestamp: 1:04:07 – 1:05:50 | | | |
| 105. | Transcript | | | |
| 106. | Audio File #3, Timestamp: 1:06:55 – 1:10:12 | | | |
| 107. | Transcript | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 108. | Audio File #3, Timestamp: 1:23:32 – 1:25:50 | | | |
| 109. | Transcript | | | |
| 110. | Audio File #3, Timestamp: 1:29:40 – 1:30:10 | | | |
| 111. | Transcript | | | |
| 112. | Audio File #3, Timestamp: 1:32:30 – 1:33:09 | | | |
| 113. | Transcript | | | |
| 114. | Audio File #3, Timestamp: 1:53:58 – 1:55:40 | | | |
| 115. | Transcript | | | |
| 116. | Audio File #3, Timestamp: 1:57:31 – 1:57:49 | | | |
| 117. | Transcript | | | |
| 118. | Audio File #3, Timestamp: 2:03:05 – 2:05:07 | | | |
| 119. | Transcript | | | |
| 120. | Audio File #3, Timestamp: 2:09:51 – 2:10:59 | | | |
| 121. | Transcript | | | |
| 122. | Audio File #3, Timestamp: 2:14:40 – 2:16:34 | | | |
| 123. | – Transcript | | | |
| 124. | Audio File #3, Timestamp: 2:19:55 – 2:20:55 | | | |
| 125. | Transcript | | | |

8

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 126. | Audio File #3, Timestamp: 2:21:26 – 2:22:03 | | | |
| 127. | Transcript | | | |
| 128. | Audio File #3, Timestamp: 2:23:02 – 2:23:30 | | | |
| 129. | Transcript | | | |
| 130. | Audio File #3, Timestamp: 2:43:36 – 2:45:23 | | | |
| 131. | Transcript | | | |
| 132. | Audio File #3, Timestamp: 2:45:34 – 2:53:14 | | | |
| 133. | Transcript | | | |
| 134. | Audio File #3, Timestamp: 3:19:02 – 3:19:30 | | | |
| 135. | Transcript | | | |
| 136. | Audio File #3, Timestamp: 3:33:57 – 3:37:25 | | | |
| 137. | Transcript | | | |
| 138. | Audio File #3, Timestamp: 3:39:01 – 3:45:03 | | | |
| 139. | Transcript | | | |
| 140. | Audio File #3, Timestamp: 3:51:41 – 3:52:50 | | | |
| 141. | Transcript | | | |
| 142. | Audio File #3, Timestamp: 3:54:09 – 3:54:17 | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 143. | Transcript | | | |
| 144. | Audio File #3, Timestamp: 3:54:43 – 3:55:26 | | | |
| 145. | Transcript | | | |
| 146. | Audio File #3, Timestamp: 4:05:00 – 4:06:16 | | | |
| 147. | Transcript | | | |
| 148. | Audio File #5, Timestamp: 13:11 – 16:08 | | | |
| 149. | Transcript | | | |
| 150. | Audio File #5, Timestamp: 18:04 – 19:42 | | | |
| 151. | Transcript | | | |
| 152. | Audio File #5, Timestamp: 21:22- 21:52 | | | |
| | USMC Documents | | | |
| 153. | Jason Fong DoD Records | | | |

10