**ATTACHMENT A**

| Event | Date |
|---|---|
| Government Disclosure of Material Whose Existence is Currently Known[1] to the Prosecution Under *Brady* and Its Progeny | 10/17/2022 |
| Motions in Limine and Pre-trial Motions | 10/21/2022 |
| Defendant's Opposition to Government's Motion for a Trial Protective Order | 11/4/2022 |
| Oppositions to Motions in Limine and Pre-trial Motions Due | 11/4/2022 |
| Replies to Motions in Limine and Pre-trial Motions Due (if applicable) | 11/9/2022 |
| **Hearing on Pre-Trial Motions, the Government's Protective Order, and Motions in Limine** | **11/21/2022[2]** |
| Parties Serve Any Additional Proposed Jury Instructions on the Other Party | 11/21/2022 |
| Joint Proposed Jury Instructions with any Disputes Briefed Due | 12/1/2022 |
| Reciprocal Disclosures of Expert Witness Notices and Scientific/Medical Reports | 12/2/2022 |
| Defendant's Notice of Defense(s) Pursuant to Rule 12.1, 12.2, and 12.3 (including mental health) | 12/2/2022 |
| Objections to Expert Disclosures Due | 12/9/2022 |
| Government's 404(b) Disclosure | 12/2/2022[3] |
| Defendant Reciprocal Discovery Deadline | 12/16/2022 |
| **Hearing on Jury Instructions** | **12/19/2022** |

---

[1] Should the Government become aware of any *Brady* information after this date, the Government will make good faith efforts to disclose such information to the defense as soon as reasonably possible after its existence is known to the prosecution.

[2] If the Court prefers, the parties can be available on Friday, November 18, 2022.

[3] If there is additional 404(b) information the government plans to introduce in trial, defendant will have an opportunity to object by December 16, 2022.

| Event | Date |
|---|---|
| Daubert Motions (if applicable) | 12/23/2022 |
| Government's Proposed Witness and Exhibit List | 12/23/2022 |
| Defense to Make Defendant Available to the Government's Mental Health Expert No Later Than This Date | 12/9/2022 |
| Government's Mental Health Expert Report | 1/3/2023[4] |
| Defendant's Proposed Witness List | 1/3/2023 |
| Reciprocal Deadline for Government and Defendant to Disclose Witness Statements Under Rule 26.2 and/or the Jencks Act | 1/3/2023 |
| Government to Disclose Witness-Specific *Giglio* Material | 1/3/2023 |
| **Final Status Conference and Daubert Hearing** | **1/9/2023**[5] |
| Trial | 1/17/2023 |

---

[4] If the defense asserts an opinion supported by a neurologist and/or brain imaging, the government will need additional time to supplement its own expert opinion.

[5] Mr. Swift will be appearing on behalf of the defendant, Jason Fong.

2