E. MARTIN ESTRADA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4496
    Facsimile: (213) 894-2927
    E-mail:    christine.ro@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
    950 Pennsylvania Ave, NW
    Washington, DC 20530
    Telephone: (202) 305-1601
    Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON FONG, <br>   aka "asian_ghazi," <br>   aka "Jason Asian Ghazi," <br>   aka "Mustafa Ahmed Al-Hakim," <br><br> Defendant. | No. SA CR 20-00146(A)-DOC <br><br> AMENDED ORDER CONTINUING TRIAL DATE AND OTHER DEADLINES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [153] <br> **TRIAL DATE: 1/17/2023** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date; (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act; (3) Disclosure and Discovery Plan; and (4) Pretrial Briefing Schedule, filed by the

parties in this matter on October 13, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from October 25, 2022, to January 17, 2023 at 8:30 AM. The Court further adopts and incorporates into this Order the pre-trial schedule set forth in Attachment A to the parties' Stipulation Regarding Request for (1) Continuance of Trial Date; (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act; (3) Disclosure and Discovery Plan; and (4) Pretrial Briefing Schedule.

2. The time period of October 25, 2022, to January 17, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Defendant shall appear in Courtroom 10A of the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Santa Ana, California on January 17, 2023, at 8:30 a.m.

4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

October 28, 2022
DATE

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
Christine M. Ro
Assistant United States Attorney

3

**ATTACHMENT A**

| Event | Date |
|---|---|
| Government Disclosure of Material Whose Existence is Currently Known[1] to the Prosecution Under *Brady* and Its Progeny | 10/17/2022 |
| Motions in Limine and Pre-trial Motions | 10/21/2022 |
| Defendant's Opposition to Government's Motion for a Trial Protective Order | 11/4/2022 |
| Oppositions to Motions in Limine and Pre-trial Motions Due | 11/4/2022 |
| Replies to Motions in Limine and Pre-trial Motions Due (if applicable) | 11/9/2022 |
| **Hearing on Pre-Trial Motions, the Government's Protective Order, and Motions in Limine** | **11/18/2022 at 8:30 AM** |
| Parties Serve Any Additional Proposed Jury Instructions on the Other Party | 11/21/2022 |
| Joint Proposed Jury Instructions with any Disputes Briefed Due | 12/1/2022 |
| Reciprocal Disclosures of Expert Witness Notices and Scientific/Medical Reports | 12/2/2022 |
| Defendant's Notice of Defense(s) Pursuant to Rule 12.1, 12.2, and 12.3 (including mental health) | 12/2/2022 |
| Objections to Expert Disclosures Due | 12/9/2022 |
| Government's 404(b) Disclosure | 12/2/2022[3] |
| Defendant Reciprocal Discovery Deadline | 12/16/2022 |
| **Hearing on Jury Instructions** | **12/19/2022** |

---

[1] Should the Government become aware of any *Brady* information after this date, the Government will make good faith efforts to disclose such information to the defense as soon as reasonably possible after its existence is known to the prosecution.

[2] If the Court prefers, the parties can be available on Friday, November 18, 2022.

[3] If there is additional 404(b) information the government plans to introduce in trial, defendant will have an opportunity to object by December 16, 2022.

| Event | Date |
|---|---|
| Daubert Motions (if applicable) | 12/23/2022 |
| Government's Proposed Witness and Exhibit List | 12/23/2022 |
| Defense to Make Defendant Available to the Government's Mental Health Expert No Later Than This Date | 12/9/2022 |
| Government's Mental Health Expert Report | 1/3/2023[4] |
| Defendant's Proposed Witness List | 1/3/2023 |
| Reciprocal Deadline for Government and Defendant to Disclose Witness Statements Under Rule 26.2 and/or the Jencks Act | 1/3/2023 |
| Government to Disclose Witness-Specific *Giglio* Material | 1/3/2023 |
| **Final Status Conference and Daubert Hearing** | **1/9/2023[5]** |
| Trial | 1/17/2023 |

---

[4] If the defense asserts an opinion supported by a neurologist and/or brain imaging, the government will need additional time to supplement its own expert opinion.

[5] Mr. Swift will be appearing on behalf of the defendant, Jason Fong.

2