# JOINT PROPOSED JURY QUESTIONNAIRE

**BIOGRAPHICAL INFORMATION**

Name: _____

Age: _____

Occupation: _____

Education: _____

Marital Status: _____

Children and ages: _____

### I. THE PRESENT CASE

1. The defendant in this case is charged with attempting to provide material support or resources to a designated foreign terrorist organization. The charges are only allegations. Every defendant is presumed innocent until and unless proven guilty beyond a reasonable doubt.

a. Is there anything about the nature of the charges in this case that would affect your ability to fairly evaluate the evidence regarding the guilt or innocence of the defendant? If yes, please explain.

_____

2. Have you, or anyone you know, been directly impacted by a terrorist attack? \_\_\_ Yes \_\_\_ No

a. If "Yes", who was impacted?

_____

b. If "Yes", which attack?

_____

3. Have you read books or periodicals, taken educational courses, received on-the-job training, had employment-related experiences, or had other significant exposure relating to the following:

- Hay'at Tahrir al-Sham, also known as HTS and the Al-Nusrah Front \_\_\_ Yes \_\_\_ No
- HAMAS, also known as the Al Qassam Brigades \_\_\_ Yes \_\_\_ No
- International terrorism \_\_\_ Yes \_\_\_ No
- Counterterrorism \_\_\_ Yes \_\_\_ No
- Syria \_\_\_ Yes \_\_\_ No
- Chechnya \_\_\_ Yes \_\_\_ No
- Palestine \_\_\_ Yes \_\_\_ No
- Israel \_\_\_ Yes \_\_\_ No

- Cryptocurrency ___ Yes ___ No

    a. If "Yes", please explain what you have read, seen, heard, or learned about, and the source(s) of such information.

    _____

4. Some of the evidence in this case may relate to military conflicts involving Syria, Israel, and Palestine. Do you have any feelings or opinions about such military conflicts that could affect your ability to be fair and impartial in this case? ___ Yes ___ No

a. If "Yes", please explain

_____

### II. RELIGION AND LANGUAGE

5. Do you have any opinions, beliefs, or feelings about religion generally or any religion in particular that would affect your ability to be a fair and impartial juror? If so, please explain.

_____

6. Do you know any Muslims? ___ Yes ___ No

7. Have you had any experiences with Muslims that may affect your ability to be fair and impartial in this case? ___ Yes ___ No

a. If "Yes", what was your experience?

_____

8. Have you read or watched any type of media (i.e. social media posts, books, videos, articles) about Muslims that may affect your ability to be fair and impartial in this case? ___ Yes ___ No

a. If "Yes", what did you read or watch?

_____

9. Based on your experiences and personal knowledge of Muslims do you believe Muslims are more violent than other people? ___ Yes ___ No

a. If "Yes", please explain.

_____

10. Based on your experiences and personal knowledge of Muslims do you believe Muslims are less trustworthy than other people? ___ Yes ___ No

a. If "Yes", please explain.

_____

11. Do you have any strongly held feelings or opinions about the treatment of Muslims by law enforcement? ___ Yes ___ No

a. If "Yes", please explain.

_____

12. Do you know anybody who is a member or who attends the Islamic Center of Irvine?

___ Yes ___ No

13. Do you know anybody who is a member or who attends Saddleback Church? ___ Yes ___ No

14. Do you speak, read, or understand the Arabic language? ___ Yes ___ No

a. If "Yes", please describe.

_____

15. Do you speak, read, or understand the Russian language? ___ Yes ___ No

a. If "Yes", please describe.

_____

### III.    NATIONAL SECURITY AND/OR ARMED FORCES EXPERIENCE

16. Have you, your spouse, your children, your grandchildren, or someone close to you served in a branch of the military, either in the United States or in another country? ___ Yes ___ No

a. If "Yes", please state the relationship of the person to you, branch of the Armed Forces (and country if other than the U.S.), rank, years of service, countries where the person served, and whether the person served in combat.

_____

17. Have you, your spouse, your children, or someone close to you ever worked in the field of national security or counterterrorism, either as a government or non-government employee?

___ Yes ___ No

   a. If "Yes", please indicate the person(s) who worked, the person's relationship to you, the type of work, and years of employment. Please also indicate if the person(s) worked in any country in the Middle East, the name of the country, and the years spent in the country.

_____

### IV.    PRIOR EXPERIENCE WITH CRIMINAL CASES/LAW ENFORCEMENT

18. Have you or has a family member or a close friend ever been involved in a criminal investigation or case either as a victim, target or defendant, or witness? ___ Yes ___ No

a. What type of case was it?

_____

b. What was your relationship to that case?

_____

c. When did the case take place?

_____

3

    d.       Where did the case take place?

_____

    e.       Was anyone arrested? ___ Yes ___ No

    f.       Which law enforcement agency was involved? _____

19.      Have you or a relative or someone close to you ever had a negative experience involving the police or any member of law enforcement? ___ Yes ___ No

If "Yes":

    a.  Who had the experience?

_____

    b.  What was the experience?

_____

    c.  When was the experience?

_____

    d.  Which law enforcement agency was involved?

_____

    e.      Do you have any positive or negative feelings about law enforcement or the criminal justice system as a result of that experience? __ Yes ___ No

20.      Have you or a relative or someone close to you ever filed a lawsuit or complaint concerning the conduct of a law enforcement officer? __ Yes ___ No

21.      Have you or a relative or someone close to you ever been accused, arrested, indicted, charged, or convicted in a criminal case (excluding infractions and traffic offenses)? __ Yes ___ No

a.      What type of case was it?

_____

b.      When was the case?

_____

c.      What was the accusation/charge?

_____

d.      What was the outcome?

_____

22.      Have you or a relative or someone close to you ever worked for any federal, state or local law enforcement agency? (For example, a police department, a sheriff's department, the FBI, Probation and Parole, Corrections, Secret Service, etc.) ___ Yes ___ No

a.      If "Yes", please state your relationship to that person, which agency, the length of employment, and the job title.

_____

23.     Have you, any member of your family, or close friends worked for or applied for a position in the U.S. Attorney's Office, the Federal Bureau of Investigation ("FBI"), local law enforcement, the Joint Terrorism Task Force, or any other law enforcement agency, whether federal, state, or local (this includes prisons, detention centers, probation services, city or district attorney's offices, etc.)?  ___ Yes ___ No

a.      If "Yes, please indicate the person's relationship to you, when, where, and what agency?

_____

b.      How, if at all, will your relationship with this person affect your ability to be a fair and impartial juror in this case?

_____

24.     Some witnesses in this case might be law enforcement officers. Would you be inclined to believe a witness either more or less solely by reason of that witness being a law enforcement officer?

___ Yes ___ No

   a.   If "Yes", please explain.

_____

25.     Have you or a relative or someone close to you ever worked in a law office that does criminal defense work and/or performs investigations in relation to criminal defense work (this includes working at a public or private office or for an individual who handles criminal defense matters at the local, state, and federal level) ? ___ Yes ___ No

a.      If "Yes", please state your relationship to that person and the type of employment and whether that experience, whether yours or someone else's, might shape your views of the evidence in this case or affect your ability to decide the case based on the evidence presented during trial and based on the law as I give it to you.

_____

26.     Do you have any general feelings or beliefs about the criminal justice system that would prevent you from rendering a fair and impartial verdict in this case? ___ Yes ___ No

**V.      VIEWS ON CERTAIN LAW ENFORCEMENT TECHNIQUES**

27.     The investigation of this case involved the use of undercover law enforcement officers.  I will instruct you on the law relating to undercover law enforcement officers.  Do you have any objections or concerns over the use of undercover law enforcement officers or techniques?  ___ Yes ___ No

a.      If "Yes", please explain.

_____

28.     The investigation in this case involved the use of a confidential human source (commonly referred to as a "CI" or "CHS").  Confidential human sources are individuals who are not law

5

enforcement officers and who receive a benefit for cooperating with law enforcement.  I will instruct you on the law relating to confidential human sources.

a. Do you have any objections or concerns over the use of Confidential human sources by law enforcement agencies in connection with criminal investigations?  ___ Yes ___ No

b. If "Yes", please explain.

_____

c. Do you think it is improper for the government to provide confidential human sources with benefits, including in the form of monetary compensation?  __ Yes ___ No

d. If "Yes", please explain.

_____

29. If you do have objections to the government's use of confidential human sources, would that impair your ability to render a fair and impartial verdict in this case?  __ Yes ___ No

## VI. OTHER QUESTIONS

30. Do you have strong feelings about legality and/or the possession of assault rifles? __ Yes ___ No

a. If "Yes", please explain.

_____

31. Have you, a friend, or family member been subject to any sort of discrimination or attack as a result of identifying with or allyship of the LGBTQ community?  ___ Yes ___ No

a. If "Yes", please explain.

_____

32. Have you, a friend, or family member been a victim of or accused of domestic violence?

___ Yes ___ No

   a. If "Yes", please explain.

_____

33. Are you a member of a group or organization which champions law enforcement safety, or do you consider yourself a strong proponent of law enforcement safety? ___ Yes ___ No

a. If "Yes", please explain.

_____