# EXHIBIT A



USA_004337





USA_004340



USA_004344



USA_004345



USA_004346



USA_004347



USA_004403



USA_004404



USA_004405