# EXHIBIT B

███████████████████

FD-1057 (Rev. 5-8-10)

████████████

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** ██ Language Services - Finalized Products          **Date:** 01/12/2021

**From:** LOS ANGELES

████████ ████████████

**Contact:** SAMANTHA R BROOKS, ████████

**Approved By:** ████████████

**Drafted By:** SAMANTHA R BROOKS

**Case ID #:** ████████████     ████████ JASON FONG;

████████████████████

**Synopsis:** ██ To document Language Services - Finalized Products



**Enclosure(s):** Enclosed are the following items:
1. ██ Request 1171503.final
2. ██ Request 1182332.final
3. ██ Request 1194916.final
4. ██ Request 121666.final

**Details:**

Attached via digital 1A is the finalized copies of translations from Language Services for the FONG case.

◆◆

████████████

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| File Number: | ▮▮▮▮▮▮ |
| Requesting Official(s) and Office(s): | SA Samantha R. Brooks (LA) |
| Task Number(s) and Request ID: | 1171503; 1169666 |
| Date Completed: | 5/13/2020 |
| Name and Office of Linguist(s): | ▮▮▮▮▮▮ |
| Name and Office of Reviewer(s): | ▮▮▮▮▮▮ |
| Source Language(s): | Russian / English |
| Target Language: | English |

Source File Information
 Name of Audio File or CD:          4-24-20 Meet #1; 4-24-20 Meet #2; 4-25-20
                                    Evening Meet

 *If Applicable*−Call Number:
          −Date, Time, Duration:    3 hours 32 minutes
          −Target Number:
          −Direction, Number:

SUMMARY TRANSLATION

Participants:

| | |
|---|---|
| FNU Fong | Fong |
| Unknown Male | UM |

Abbreviations:

| | |
|---|---|
| [TN:] | Translator's notes |
| [PH] | Phonetic |
| [UI] | Unintelligible |
| [OV] | Overlapping Voices |

Languages:

| | |
|---|---|
| Russian | Normal |
| English | *Italics* |

USA_018171

**[4-24-20 Meet #1; 11:58 minutes]**

Fong and UM have a conversation about whether the mosques are open or closed because of the quarantine. Fong states that he thinks the mosques are not open. UM hopes that if Mosque is open, they could get halal food there. Fong states that there are many places in Orange County. UM asks if Fong is using the Muslim Pro application that shows the halal food that Fong has been talking about. Fong confirms and appears that he is going through a list of restaurants and mentions that Irvine is his city. Fong asks if UM likes Persian food. UM gets distracted by Fong's pronunciation.

UM asks how long it took Fong to learn Russian. Fong replies that it took him four years, but he rarely speaks to people in Russian. Fong adds that he practices online, on application HelloTalk. Fong further states that he has a Belorussian friend at the mosque named Daniel.. UM asks if Daniel is that Jewish guy who Fong told him about previously. Fong confirms and says that it is Daniel Tentika [PH]. Daniel's parents are Jewish and Fong thinks that he [Daniel] is a Muslim. UM continues asking questions about the application Muslim Pro. Fong talks about the application and that it is free, or could be purchased to avoid advertisements, and goes over its features.
UM mentions that prayer start time in U.S. City mosques differed, to the point of making him anxious about being late. UM asks if this application is useful. Fong confirms. Fong talks of usefulness of the application during Ramadan, one can open Quran and create a *playlist* if one wants to listen it in the car. UM asks if one can listen to music. Fong mentions that the application doesn't provide music, but allows to create a *playlist* of prayers. UM states that one of his brothers in his Mosque keeps a playlist of music in his car. Fong states that he doesn't listen to music in his car out of safety concerns, and that it is better to listen to Quran during Ramadan. Fong then answers UM's question stating that this is his first official Ramadan. Fong states that he accepted Islam on January 10th.
UM mentioned his first Ramadan experience and how tired and stressed he felt, but eventually got used to it.

Fong says that his morning he got up at 3 in the morning and strangely is not tired.UM asks if Fong has a day off on that day. Fong states that he has a day off and talks about his work schedule. Fong states that "they" [TN: Referencing his work] pay for his gas and that his work provides his car as well, and he can use it as he pleases.

UM asks Fong to find out if the Mosque is open so that they can go and pray. Fong states that he can show UM the mosque in this city, which is about 10 minutes from where they are. Fong states that they can go check it out. UM asks if there are any Muslims in Fong's city. Fong replies that there is a Mosque, but the Muslim community is not big, but it is a good community. Fong mentions that he has two *prayer rugs, one for home and one for the travel.*


**[4-24-20 Meet #2; 1hour 42 minutes]**

**[00:08:38]**
UM offers Fong to keep his shoes on if he prefers.

Fong shows food he brought in *Gourmet Sub Z* and chicken soup. UM asks if this is Pakistani or Bangladeshi food. Fong replies that the food is Persian. It appears that they are going through the take out order.

UM asks if Fong brought his prayer rug.

**[00:11:45]**
UM appears to open a window and asks Fong if he is cold. Offers to have some fresh air. Offers Fong to sit down.

**[00:12:09]**
They are looking through the food. UM asks about the type of rice. Fong confirms that it is Basmati rice. UM says it is very popular in Pakistan and Bangladesh. Fong offers that Pakistani and Bangladeshi food here has Persian influence.
They organize their food and discuss what goes where.
UM mentions water and explains that he is thirsty, then asks if there are many people outside. Fong replies that there are Uber drivers and food delivery in the evenings.
UM likes the food and asks Fong for the name of the dish. Fong replies *Gourmet Sub Z,* and goes on to explain what it is. UM is impressed with the food. UM asks Fong if he had any food at home after the prayer. Fong says that only water. UM describes Iftar practice at his mosque, and describes the food they offer in his mosque. UM mentions that they offer dates and red milk which is very popular in Pakistan and is very sweet. Fong asks if this is like yoghurt. UM replies no, that it is like milk. Fong says that he never tried it. UM offers to send Fong a picture of it. They continue discussing food and dietary preferences. Fong mentions that is not normal for him to eat sweetened meat.

**[00:17:07]**
Fong asks UM what he did after they parted. UM says that he returned and passed out as he was tired. Then went to a prayer. There is nowhere to go after, and he didn't really want to so he returned and got busy with his work.

**[00:17:35]**
Fong laughs that UM just was at work and is back home to work.

**[00:17:27]**
UM says that he was made to come over here, and continues that he is happy that he met Fong, although UM repeatedly made it clear that it was dangerous [TN: UM might be referring to the pandemic situation]. UM states that he is like Fong, who is forced to drive the car everywhere. Fong says yes, he goes to Los Angeles and even to Thousand Oaks, which is very far. UM says: "…*the last two or three days you've been working there."* Fong takes over and says:"…*going back and forth, luckily I don't pay for hydrogen fuel because company has a lease."*

[TN: Fong and UM continue in English]
UM asks why it [TN: Referring to fuel] is so expensive. Fong replies that he has no idea why gasoline is expensive adding that "these" people twice voted for a gas tax. Fong says that he had been saying that tax is not going towards anything useful. Fong says that people were told that

the money will go towards public transit but there is none to show for it, and Fong is not clear as to where all that money went. UM and Fong joke that the money went into "their" pockets.

**[00:19:03]**
Fong states that taxes are forbidden under Islam and asks UM the meaning of the term Zakat in Islam. UM replies that interest is forbidden in Islam. Fong then says: "*I can never understand why like this country decided to normalize interest bearing economy. It is stupid. And they encourage people to use credit cards and stuff like that at a very young age, because it is so common. You know that Jews invented the credit cards? They invented it.*" UM says that Jews is a separate topic. Fong agrees and states that his superior in the military was a Jew. UM asks if Fong's superior was an Orthodox. Fong replies that he was not. Fong says:"…*I know that orthodox are not allowed to work on … Saturday due to Sabbath*" Fong asks UM if there are a lot of Jews in U.S. City UM replies that there is no escape from Jews there, and he feels a bit scared. *Banking systems*. UM states that the USA is under Jewish control. Fong and UM talk about Jews trying to control the world. UM states that there had to be a reason for why Jews were historically being killed.

**[00:21:32]**
Fong asks if UM is familiar with Bayram yoghourt. UM replies that he is, and this kind is very popular in Turkey. UM asks if Fong prefers bread with his meals, and explains that in Azerbaijan and other countries [of the region] all meals are consumed with bread.

**[VERBATIM]**
**[00:22:21]**
UM:     *listen if it is easier* we can speak English, *but I want you to practice your Russian*.

Fong:  Yes, yes

UM:     *I will teach you Russian, you will teach me Arabic,* yes?

Fong:   Yes, the Arabic, hmm that I am studying now is Arabic of Quran. Now, when we are reading Quran it's important that that we understand it.

**[00:22:55]**
UM:     Think about it, *what's the point of reading studying Quran in Arabic* …

Fong: [OV] *…if you don't understand it, yeah.*

**[00:23:06]**
UM:     Think about this, brother. If, god willing, everything works out, and we can go, will we need Arabic? On Russian side, what can we expect there? [UI].

Fong:   One of my Arabic friends told me that al-fusha is very, very important.

UM:   What?

Fong:   Al fusha, classical Arabic.

UM:   Hmm

Fong:   He told me that [one] can start alone, and later study [UI]

UI:   Hmm, I see.

**[SUMMARY]**
**[00:23:50]**
UM asks is Fong knows the alphabet and how he pronounces several sounds. Fong replies that he can read and write. They continue the chat about the pronunciation of sounds.

**[00:24:29]**
UM says he can't wait for the quarantine to end. Complains that the whole world had stopped.

**[00:24:44]**
Fong and UM discuss the current pandemic and Bill Gates, and impact on the economy.

**[00:25:27]**
UM explains Prophet Muhammad's teaching about eating right and being active, talks about the need for improving oneself. UM draws parallels with the current obesity prevalence. Fong agrees saying that obesity is common in America.

**[00:26:30]**
UM praises the food, and mentions that: "…*during the month of Ramadan and Iftar, they provide the same food Basmatti rice and*" …They talk about food they eat and Fong mentions that it reminds him of Uzbek plov.

**[00:27:11]**
Fong asks a question about fasting and fighting during Ramadan. UM is telling Fong a story of World War II and how Muslims were fighting while fasting.

**[00:28:08]**
Fong shows something to UM and says "Sherab Lebner [PH] and then [UI] Persion." UM says: "Persians, brother, to be honest with you are *a whole another story*." Fong and UM are talking about Iran, the religion in Iran and it being their own version of Islam, its recent history and the

USA_018175

revolution of 1979. They start a discussion about the political and historical events in Iran and touch up on reasons why CIA, Mossad, and BP got rid of Mohammad Mosaddegh in 1953. Fong suggests that something similar happened in Chechnya.

**[00:31:11]**
UM says that he can explain Chechnya, ███████████████████
███████████. UM continues that during the first Chechnya conflict Dudaev was the first president of independent Ichkeria from '91 through '96. Nobody expected that Ichkeria would win the war against the military machine of Russia. He adds that what made the difference was a fighting for one's motherland vs. being a contractor. The second Chechen conflict was unavoidable. When Putin came to powers it was different…Fong chimes in that Putin was very smart dictator and made it about the Moscow bombing in 1999. Continues that Ismael told him so. UM states that Chechens were not behind those bombings. Fong states that there is no way it would be Chechens. Khattab was not a killer of innocent people and he even stated that much that his war was with army not civilians. UM adds that one can sense the sincerity in Khattab's voice. Fong says that when the government supported by the people labels someone terrorist, it is very difficult to change their minds. Fong brings up as an example Shamil Basayev, who staged terrorist attacks, but when one heard what he [Basayev] was saying, it all would become clear.

**[00:34:59]**
UM agrees and says that he doesn't approve of the things that happened in Beslan 1995, but when it comes to fighting against soldiers killing Muslims and Islam, then it is a different matter. UM adds that the same happened in Azerbaijan, in Nagorno-Karabakh, he [Basayev] also helped there.

Fong interjects that Basayev wanted Russians to know what it feels like when you lose people. Fong continues that he doesn't agree with it, but war is a war.

UM says that he agrees with Fong, and brings up Khattab [TN: Ibn al-Khattab] who appeared in 1995 who was there until 2002, when he was killed. UM remarks that Khattab was the one who created the idea, and set up the groundwork.
Fong interjects that he [Khattab] was born in Saudi Arabia and went to Afghanistan to fight Russians.

They continue talking about Khattab, his training in Afghanistan and how young he was (18 years old).

**[00:36:57]**
UM adds that Khattab was a model framework [*sic*]
Fong picks up and says: "*that he [Khattab] was a model Mujahideen and that there are very few occurrences in today's society when you see man like him.*"

UM says that he often thinks about who is like him [Khattab] out there today, but he cannot think of anybody. Fong comments that it is even crazy that they didn't have as much technology as "we" have today, like smartphones and internet, yet nobody's story seemed to get out; whereas

Khattab's story is implanted in Chechen diaspora's mind and people who support Ichkeria. What he [Khattab] got attention even of non-Muslims.

**[00:38:06]**
UM and Fong talk about how not many people know about the Chechen war. Fong is talking about the stories he read about the Chechen war and then they discuss and criticize Boris Yeltsin. Continue praising and eating their food.

**[00:40:34]**
UM says he feels bad that the mosques the Mosque is closed, otherwise he would like to go.

Fong states that all mosques in the world are like that but Khattab told him that in Shana [TN: town in Syria] they still go to mosque and they don't have quarantine in their area. Fong states that he sent him a message today, but he didn't get a reply yet. Fong then adds that even the person from Ashmad [PH] didn't answer him yet. UM asks if the person is Abu-Aisha [PH]. Fong says it is not, and continues that Abu-Aisha [PH] also worked at Malhama and later either created a new group, or works somewhere else, but he told Fong that he used to work with Malhama.

**[00:42:26]**
UM asks about Khattab's intentions, whether he would help.

Fong replies that Khattab told him, "After the quarantine, we can make a plan."

UM says that it's right because they cannot even go to the mosque now.

Fong adds that the international ports are closed, LAX and others. All countries are under lockdown. Fong is talking about the Prophet Muhammad's teaching about not leaving one's country during the outbreak.

**[00:44:02]**
While quoting some Islamic customs, Fong mentions, "I usually save the photos of the things that I-- I don't use Instagram anymore which is kind of regretful, but I got tired of them reporting my--" UM interrupts and states that he has been kicked out of Instagram and UM assumes that he posted a photo of al-Awlaki [PH]. Fong states that he posted Anwar al-Awlaki's picture and [PH] Instagram removed the photo. Fong then adds that his [al-Awlaki] lecture are online and that UM can find them. UM states that he listens to them. Fong then says that US government worked with Google to get rid of all his stuff. Fong says that he wants to hear what al-Awaki thinks about America as he was born in New Mexico. Fong talks about al-Awlaki and how he was killed in Yemen along with his kids. Fong says that even if the father is a terrorist, how could you kill the kids? Fong continues that "they" are responsible for killing children and that he knows what happened in Yemen. They sent Navy Seals. It was a Navy Seals raid in Yemen and not the bombs that got al-Awlaki's daughter and around 100 of civilians. Fong states that is was indiscriminate shooting UM asks Fong about terminology when they say "they will take care of someone and the whole village gets wiped out." Fong calls it indiscriminant kill. Fong and UM continue talking about the politics and how Trump is responsible for the daughter's death

[TN: al-Awlaki]. It appears that Fong and UM are checking the facts online about al-Awlaki's killing and UM reminds that Fong told him to never trust Wikipedia, since the narrative can be changed. Fong, suggests to go to references vs. Wikipedia and they review results of the Navy Seals raid calling it failure.

**[00:48:49]**
Fong and UM continue the chat about US government killing the kids and that it is inhumane and unlawful.  Fong and UM recall the Hiroshima and Nagasaki bombing and talk about the U.S. history and all the wars that U.S. has fought. Fong lists all wars that the US was involved in from its inception and provides his opinion about them. Stating that the Spanish-American war of 1888 was conceivably a false flag event. UM agrees and draws comparison to 1995 bombings in Moscow that provoked war in Chechnya.

**[00:52:10]**
UM points out that the key question is: *who controls the world media*. Fong is talking about the American politics and that it is always at war. UM replies that it is because, it is profitable. Fong and UM compare the U.S. to the Roman Empire stating that moral fabric had degraded. UM says:" every dog has its day."

**[00:54:47]**
UM and Fong discuss their food. UM thanks Fong for everything.

**[00:55:32]**
UM asks if Fong is going to wait what Khattab is going to say. Fong tries to clarify which Khattab, UM says "the brother who is over there" [UI]. UM then adds, "Well, if we have to wait, we will wait." Fong appears to take a look at something and says, "Yes, it is him."
UM says that the person looks Chechen.
Fong replies that the person looks Asian. People from the –stan countries like Uzbekistan or Kazakhstan have well mixed cultures.

[VERBATIM]
**[00:57:20]**
Fong:  I spoke with, ugh Rustam and …


UM:    "Rustam is a brother from uh…


Fong [OV]:    Kazakhstan Uh-huh


UM:    Kazakhstan who was in our other group?


Fong:  Uh-huh...

UM:      [Encrypted Platfor]

Fong:   Yes, yes [Encrypted Platform 1] On [Encrypted Platform 1] He understands Uyghur language."

UM [OV]:      He is what? Which?

Fong:   Uighur, language of Uighurs

UM:      Uh-huh

Fong:   Very interesting they are similar [UI] these languages Uighur, Tatar, Kazakh have words that are very, very similar.

UM:      Hmm

**[SUMMARY]**
**[00:58:07]**
Fong that there are even Chinese Muslims in Syria and Uighur who are either [UI] they are fighting as their own group of Islam Party of Turkistan. UM says that he heard it is Tajikistan. Fong corrects himself and states that UM is right, it is Tajikistan.

**[00:58:56]**
Fong states that he thinks the world is going to end in Syria, considering how many countries have their troops in there. Fong adds that he got a report of Israeli Air Force is bombing Syrian targets.

**[00:59:49]**
Fong asks if UM has an application called "Liveuamap" and states that it is a very useful thing. Fong further clarifies that it is an open source service. UM and Fong appear to be reading headlines or the information off of the application. Fong mentions Abkhazia and that the boarders have been closed with Russia and that one of his friends over there had the coronavirus symptoms. Fong mentions that he downloaded the app when he was following the Ukraine war in college. Compares it to Twitter as posts are being commented on.

**[01:03:10]**
UM is talking about how he feels when he eats after fasting all day.

**[01:03:55]**
UM and Fong talk about Person 1 and how it is hard for Person 1 to fast for Ramadan while living with his parents. Stating that Person 1 was almost pressured to eat. UM asks if Person 1 parents are strict. Fong replies that he doesn't know. Fong states that he think Person 1 father is a Vietnamese.

**[01:05:10]**
Fong talks about the news he heard that U.S. is withdrawing its troops from Afghanistan soon. Fong adds that he doesn't think the U.S. will do a mass withdrawal and that they will keep the base there for the Embassy, given that it is neighboring Iran.

**[01:06:01]**
Fong states that Taliban became a political party. UM says that he thinks that U.S made an agreement with Taliban. Fong continues talking about the opium in Afghanistan and states that Opium is what they [U.S.] is trying to get out of there as 75% of world heroin comes from Afghanistan. UM is not sure about 75% number, as a lot of it comes from Mexico and South America. Fong expands that Columbia is less of a threat now, than Mexico after Pablo Escobar was killed in 1994. Fong and UM continue the chat about drug and Latin countries. Fong expresses that U.S. created all those cartels initially to take out one another, and embed their man to control drug trade. If that investment wasn't worth making, they would switch it over to another cartel. It's the same with Khovarish [PH] group.
Fong is talking about Qatar and mentions his friend who is in the military and served in Qatar told him that it was very secular country catering to western tourists. UM suggests that it is like Dubai. Fong then talks about Qatar, Dubai and Saudi Arabia, and how they fund a lot of groups in Syria.

**[01:10:10]**
Fong brings up Khattab states that Khattab  is a good kid, but when Fong asked him as an American, who knows nothing about Syria  to tell him about the situation [TN: In Syria] And what are the groups are there? Khattab said that there were thousands. Fong chuckles and states that there are too many to count. While talking about the groups is Syria, Fong states that he got attracted to Malhama Tactical, adding that CHS [PH] is the one who told him about Malhama and why he wanted to join Hay'at Tahrir al-Sham [PH], which recently got funding from Qatar. Fong continues and states that funding is very important because, no matter how good the people are, they may end up being expandable.  UM interjects and says: "Which is why I am saying, brother, if god willing we get going, then we need to find out what we can bring in and what they can provide us. Right?" UM adds that they need to find out all the details and they have to be sure as much as "they" have to be sure.

**[01:12:57]**
Fong states that he still doesn't know in which region "they" are. UM confirms that Fong is talking about Khorasan [PH], and adds that it is in Egypt.  UM adds, "He is the only one who can help us." Fong adds that the group is called Khorasan. UM states that in the information on the internet will differ from what they would hear from their brothers. UM adds that he thinks he [TN: the brother] will have correct information. Fong appears to check something and asks UM,

"Northwestern Syria, right?" UM replies, "Well, that's what they say. Right? So we can't be sure…"

**[01:13:05]**
UM and Fong continue talking about how they should not believe everything [TN: Appears to be referring to internet sources]. Fong provides an example: Ajnad al-Kavkaz [PH], it was said to have 200 man which Fong confirmed [TN: presumably with Khattab] to have only 50-60.UM and Fong discuss that they are not getting the up-to-date information, unless it is from a primary source, someone who is there.

[TN: Fong appears to read something from the internet out loud and they discuss the article about the war in Syria and alliances.]

**[01:14:29]**
UM continues stating that Wikipedia only gets 20-30% of the truth.

**[01:15:00]**
UM states "If he [TN: unclear reference likely Khattab] said that after quarantine, there is time. We are not going today."
Fong asks if UM talked to the person replies that he has not , because the person left the group and UM thought that  he should not without Fong's permission explaining that he could wait. UM asks if Fong left the group as well. Fong confirms and states that he wants to create a new group. Continues that Ismail, brother from Chechnya, also uses Encrypted Platform 2
UM asks if this person is with Kadyrov. Fong replies that this person doesn't like Kadyrov. UM follows up explaining that there was a typo in his passport and the name should have been 'Kaffirov'…UM expands on his history with the father of Kadyrov. Fong picks up and says that there are ten things that would indicate that one is no longer a Muslim, and one of them is to help Kaffir [TN: play on words. Kaffir is a derogatory word in Arabic culture indicating an infidel].

**[01:16:33]**
Fong states that he [TN: Kadyrov] is working with Putin only for money and that's how they were able to build back Grozny. Fong is talking about Kadyrov who drives an expensive car, lives like king or prince, and invites all sorts of Russian celebrities to Grozny. Fong brings up a name of one of them Timati, who he calls "Jewish rapper" and states that he hates him.

**[01:18:10]**
Fong is talking about CNN saying that he [Kadyrov] is killing gay people, but one of his friends is gay. Fong says that CNN is not well informed on it and they assume that they kill gay people.

**[01:19:03]**
Fong says, "Our Chechen friend said that it is very bad in Dagestan because of the secularism." UM asks if Ismail [PH] said that. Fong confirms and adds that "they" are becoming non-Muslim. Fong adds that Tatarstan was also becoming like that, when he was there.

**[01:19:00]**
UM and Fong talk about praying and Fong asks if UM has a praying rug. UM offers a towel to be used instead. They search for the direction to Mecca. UM and Fong pray, UM is leading the prayer.

**[01:27:03]**
Fong asks if UM is working next day. UM says he is, but he doesn't know at what time. UM says that he finished a lot of things, but he has some last details to finish. Fong asks UM if he would be available at eight. UM then states that he needs to be at work around 6:30 AM.

**[01:28:05]**
UM asks Fong if he isn't working next day and would be at home the whole day.

**[01:28:37]**
UM and Fong briefly comment on how good the food was and how much of it was there and that UM should save it.

**[01:29:16]**
Fong asks if UM is staying until Sunday. UM confirms and adds that he would try to come back depending on his schedule and adds that they will talk and communicate every day. UM then asks Fong to keep him informed about Khattab and what he needs adds that he is not in a hurry, but he thinks that Khattab] would be able to help them but details need to be researched. UM adds that he needs training thinks it will be possible after the quarantine. Fong confirms and adds that he is trying to stay in touch with "him" [TN: Referring to Khattab] and will find out more details. Fong adds that his contact:" He [TN: Referring to Khattab] said that Malhama still exists…and they need instructors. And they have 18 people working there. UM asks if Fong was referring to Khorasan. Fong says that he was not sure if his contact referred to Khorasan or Malhama. Fong thinks that his contact still has connections to Malhama, but he is not working concurrently. Fong adds that Khorasan is a combat unit.
UM asks Fong to learn all he can and suggests that when quarantine is over they find time to train up. UM suggests to find a suitable place and suggests Arizona. Fong states that there are places in California but they almost as far away as Arizona, where they will not get in any trouble.  UM states that it is worth taking time and doing everything the right way.

**[01:32:48]**
Fong states that he wants to provide training and expand on the instructions he sent via voice messages on how to set up equipment which could be delivered to the ▮▮▮▮▮▮▮ group. Fong adds that showing it would be better than instructing via voice messages. UM agrees. Fong continues and states that ironically most of the things that he learned wasn't from the Marine; a lot of the other stuff he learned on his own from instruction manuals and some good channels such as Tactical Rifleman. Fong continues talking about the training. Fong states that if people want to get training, they should at least devote one to three months in getting familiarized with equipment and maneuvering. Fong says that living in California, he doesn't have a lot of access to people with the same mindset. UM says that the problem is that a lot of people don't know history.

**[01:34:00]**
Fong and UM talk about the Russians living in California comfortably and that they don't know what Syrians and Yemenis have to deal with; they [TN: referring to Russians in California] don't know what it's like to have your entire family get bombed. Fong continues and states, "As a Muslim, how can anyone not want to help to people who lost their homes?"  UM replies that it's because people have good lives that they don't want to exchange for helping [others].

**[01:35:55]**
Fong expands stating that Christians are only concerned with what is going on within their national borders, whereas Islamic Ummah is concerned with everything globally. Fong delves into Christian history and Islamic history.

**[01:38:55]**
UM and Fong briefly talk about food leftovers UM says he will walk Fong out and they appear to leave together.

[End of recording]


**[4-25-20 Evening Meet; 01 hour 41 minutes.]**

UM and Fong are praying in the beginning of the recording.

**[00:08:00]**
Fong is talking about his praying habits states that he rarely leads the prayer, and mentions that in a family setting one has to be able to lead prayer like an imam. UM asks if Fong goes to the mosque every day. Fong replies that he tries. Mentions that he was unemployed before quarantine and had a lot of [free] time.
It appears that Fong and UM are eating, they discuss humus, and how it is made, and remark that it is the very food "brothers" eat in Syria. Fong says: "Humus is Syrian food."

**[00:10:20]**
Fong is talking about American history and current political events. The exchange is in English.

**[00:14:30]**
While discussing world events and religion, Fong expresses his wish that Russia becomes a Muslim country. Fong states that his impression is that if there is a revolution in Russia it will be initiated by high command – people closest to Putin. They continue the conversation about the Russian president and Putin/Medvedev switch during 2004/2008.

**[00:15:32]**
UM asks about Fong's military service. Fong replies that he has been in the Reserves for five year. UM says that it definitely was before Fong converted to Islam and that he is sure Fong would have never served if he was a Muslim. Fong states that he learned about Islam in around 2018. Fong adds that it was after he went to Russia in 2017. Fong states that he was supposed to

learn about Russian Orthodoxy, learned about Tatars, history, but eventually he went to the mosque to do a prayer and people there were very helpful and welcoming. UM asks if Islam first appealed to Fong in Russia or if he embraced it in the US. Fong continues talking about his experience and adds that he started feeling Islam when he was in Russia; he then started having a lot of questions about Islam when he returned.

**[00:17:16]**
Fong continues and states that he converted to Islam this year and proclaimed shahadah.

**[00:17:32]**
UM is talking about Islam, that it is greater than the life itself, and how it completely changes one's worldview and if one is a Muslim, one has to devote himself completely.
Fong continues stating that in Marines he was Christian, and religion was always important for him. UM asks if there were any Muslims in the military. Fong answers that there were no Muslims in Marines. Talks that instructors hate Muslims, and about his experience during the training and how he was treated as the only Asian person in the entire 400 people battalion. Fong continues and states that the military service is not a place for a Muslim.

**[00:20:13]**
UM says that Fong has military training and he can teach it to all of their brothers. He states that he wishes he had it, and regrets that he doesn't. Fong replies that it is a matter of time, and that every Muslim has to know how to use rifles and pistols. Fong adds that he himself hasn't used an RPG at all. UM inquires what an RPG is and Fong continues and states that he was watching an Afghan Mujahedeen video where a person is using an RPG and saying that he has taken out 12 direct hits in his entire time fighting. Fong adds that he doesn't even think the American soldiers with all their technology can do that and it is not all about technology, it is all about strategy.

**[00:21:37]**
Fong continues the chat about the technology that Mujahedeen fighters are using and they talk about the ambush book. Fong is talking about how insurgents are planting the remote activated explosives and the strategy of disabling front and rear vehicle in a convoy and the center gets a "wall of lead" [TN: The conversation is mainly in English]. Fong and UM talk about Shatoy ambush that al-Khattab staged in 1995-1996 killing 200 Russian troops. Fong calls Khattab a genius and continues talking about the Shatoy attack and what Russian Army reported. UM states that it was due to his [TN: al-Khattab's] skill and the knowledge of warfare and wishes he had just a half when going over there [TN: presumably to Syria].

**[00:24:44]**
Fong states that there is one thing that he finds scary, and those are the drones. Fong states that he still doesn't know how to fight against the unmanned aerial vehicles, and states that he is not a flyer, just a technician who knows inside and outside and what it needs. Fong describes the type use by Marines, its weight, and mentions how drones are operated by Marines and what they do. He then adds that the recent acquisition of "Predators" and "Reaper" by Marine Corps is his greatest concern. Due to its successful use in Somalia and Yemen against al-Awlaki. Fong shares his knowledge about an event in the Syrian conflict when General Mattis was in charge and ordered a strike on Wagner Group, which is a private military group from Russia, "Predator"

drone launched ADM 2 "Hellfire" missile that killed 300 people in one or two strikes. UM and Fong continue the chat about the drones and how the U.S. military and CIA use the drones.

**[00:30:04]**
Fong and UM are talking about Turkish food. Fong mentions Rustam, who speaks Turkish. Fong is praising Rustam.

**[00:30:39]**
UM is asking Fong about his experience with various weapons. Fong talks about M4 and M16 rifles, and M240 machinegun.  Fong brings up an example of an ambush from Vietnam. UM asks if it is from the book that Fong gave them. Fong replies that this example is different, it is something that he saw personally. Fong continues and tells UM as to how ambushes should work. Fong adds that this is guerilla warfare and they need to use their brains. Fong and UM continue the discussion about how important it is knowing your surroundings and the terrain. Fong mentions that he learned a lot of this stuff from an old Soviet manual from the time of the German invasion. Fong emphasizes the importance of reconnaissance and UM inquires if reconnaissance is mentioned in the "Ambush" book. Fong continues on stating that reconnaissance helps one stage a successful ambush.

**[00:34:43]**
UM asks Fong to elaborate on the different tactics of battle seen in the movies depicting revolutionary war.  Fong is talking about the military tactics, brings up Rogers' rangers and how they recruited natives to help with ambushes and the fact that Army rangers pulled their fighting philosophy from Rogers' rangers, and that they know how to conduct asymmetrical warfare which can be taught to regular people. Fong continues talking about the concept of militia and its purpose in society.

**[00:39:16]**
Fong brings up that both his and UM's Instagram accounts have been reported for posting something about al-Awlaki. Fong asks why UM's account has been reported. UM tells Fong that he posted two statements by al-Awlaki. Fong and UM continue the discussion about al-Awlaki and how he and his son were killed by the U.S. Government. Fong is concerned with how illegal the killing was.
UM says that he looked into how "our group" Khorasan operates and how AQ and Al-Nusra help each other fighting their main enemies Israel, Russia. They then talk about how Al-Qaeda was formed. Fong is talking about bin Laden's killing and how he doesn't trust the American media on how they reported it. Fong says that he believes bin Laden was killed a lot earlier than what has been reported it was kept from the public for the purpose of perpetuating a war.

**[00:43:04]**
Fong asks if UM has read the Afghanistan newspapers and how there was an article about a Four-star General saying that they were in Afghanistan without a coherent strategy. Fong continues that he invites "pissed off" veterans those that are still fit and know how to use weapons to Islam, but their lifestyle in the military is totally "kaffir."

**[00:43:57]**
UM is concerned and asks who the people Fong invites are. Fong explains that he invites veterans that served in Afghanistan who know that they were lied to and want to do something about it. Fong goes on to say that historically people who fought Islam were known to embrace it later.

**[00:45:00]**
Fong continues talking about a historical figure, Tamerlane, and the wars he fought. Fong says he learned a lot of the historical facts from a YouTube channel Kings and Generals.

**[00:49:50]**
Fong is talking about current TV and states that it is junk and that he is watching a show that teaches virtue and he didn't expect to like it since his more secular friends were called it a terrible show. It is a historic fiction show and it is hard not to like. States that TV needs to teach virtue.

**[00:50:00]**
UM says that he is proud of Fong and asks how many brothers Fong brought in. Fong replies that he has one brother interested and wants to talk to a Sheikh [PH], and so far he has two.  Fong says he spoke to another one who said that he is an Orthodox Christian but the lifestyle is mostly secular and he gets to see religion only at the church. Fong concludes that realistically speaking, he can probably bring in three people to their cause.

**[00:51:23]**
UM asks if these are brothers who fought over there or they are regular people. Fong replies that two of them served in the combat over there and they are agnostic or Christians and their faith is neither strict, nor strong.

**[00:52:30]**
Fong is talking about Islam ideology and what its teachings are. Stating that Christians "bend the knee" to seculars, and Muslims don't. Fong later states that Islam is a lifestyle and not just a religion to him.

**[00:58:00]**
Fong states that before he came to Islam he used to be very anti-Muslim, however, he did have doubts about 9/11 and believes that AQ was not capable of executing 9/11.Fong questions how 9/11 happened and how passports of hijackers survived the inferno. Brings up opinions of Person 1 and CHS , who is ▮ and is ▮ of the two, regarding AQ's role in executing 9/11. Presents his experience of 9/11 as a school student and his progression from believing to being skeptical about the official version of the events. Continues to say that he learned early, around sixth grade, not to trust media, and fully realized that the military was feeding its personnel propaganda that builds up an "attitude for war" when he joined.

**[01:02:00]**
Fong says that he wanted to reenlist before coming to Islam, but an anti-war veteran advised him not to do it, by stating that Fong's taxes would feed the war machine and that Fong would not be

able to change anything on foreign policy. Fong emphasizes that a four-star general is a lower rank than a senator who never served in the military. Fong continues talking about the U.S. foreign policy and brings up Lieutenant General Smedley Butler and his book "War is a racket" about Marine Corps.

**[01:06:00]**
Fong continues talking about World War II and what America's interests were in it.

**[01:08:10]**
Fong is talking about his experience with Muslims and how he was brainwashed by the Christian Church. Add that he was brainwashed into Christian values and his friend who was born again Christian were impacting Fong's view on life with the idea of supporting Israel. Talked about his stance against Palestinian kids on the issue of legitimacy of the state of Israel based on a blind trust of the ideologies he grew up with. Shares his experience debating in middle school on the issues of politics.

**[01:09:45]**
Fong switches to Russian and states that he doesn't really know why he started studying Russian. Fong states that when he was in the Marine Corps, he thought it would be beneficial, in case he wanted to work as an intelligence office in Georgia. Fong then adds that people in Georgia and Azerbaijan don't even speak Russian much anymore. UM praises Fong's language skills, and Fong replies that he learned about the world by talking to people. Fong mentions about his travel to Russia in order to see how day-to-day life is for Tatars and Russians in general. Fong adds that it was an eye-opening experience and states that he traveled there alone that enhanced his learning. Fong briefly talks about his visa process, mentions that he lied on his visa application by denying his being part of the US military.

**[01:12:00]**
Fong and UM talk about Lenin's role in Marxism and the Bolshevik Revolution. UM explains to Fong the difference between "Bolsheviks" and "Mensheviks". UM is telling Fong about Trotsky and Stalin. UM expresses his opinion regarding how great of an orator Trotsky was and why Stalin hated him. Fong says that he never heard any inspiring speeches from Stalin. UM says that Stalin kept Russian in check similar to what Putin is doing nowadays.

**[01:14:35]**
UM asks a question of "who the greater pariah US is or Israel?" and who controls the world. Fong shares his belief that Israel controls the world and America is a target for everyone to hate. That keeps the attention off Israel. Fong points out that Israel did not sign the Biological Weapons Summit accord, implying that they are exempt from the restrictions placed by the accord. UM asks is COVID-19 is or could be considered a biological weapon.  Fong talks about the history of OSS/CIA and outlines the basics of Operation "Paperclip" stating that former SS personnel were used by CIA after the WWII to enhance their medical, chemical and biological warfare and rocket capabilities. Fong goes on and outlines the history of agent "orange" and that people who invented chemicals used to gas Jews were working for the US government. Fong speculates that CIA was formed to resemble Gestapo and OSS ended up adopting all the best capabilities from Germans. Brings up that one of the former SS guys ended up being CEO of

Bell Helicopters in the US.  Fong adds that if the US was learning from Germans, it would have lost the cold war, as the Soviets did the same.  Fong shares that he is not surprised that Bill Gates, a rich tech-billionaire is involved with vaccine development. States that people in the US don't know that Bill Gates ran vaccine programs in India and Africa and Indian government is kicking him out because his vaccines killed people there. Fong expresses his opinion that Gates Foundation is "dirty" and conducts experiments on people in third world countries and is planning on creating through vaccinations a national registry of people and possibly microchipping them.

**[01:23:30]**
Fong is stating that if military decides to microchip him, he will desert. Fong adds that he should've been out by now but because of the quarantine, his paperwork was not signed. Fong adds that "they" are too stupid to do it electronically.

**[01:24:16]**
Fong is discussing the wars in Middle East and mentions that he is talking to a guy in Iraq who is doing contracting work as a security guard. Fong states that the guy is telling him that IS is still active and is gaining influence. The conflict is about a power grab between large nations.

**[01:25:20]**
Fong is talking about Iraq. They continue the discussion about the regional politics and different Islamist groups in the region. Fong is talking about IS and how they grew from a small group into what it is now. UM brings up al-Maliki the Shia president of Iraq. They discuss Iran as an influential player in the region. Fong states that Iraqis don't want to be influenced by any foreign power, but have not seen their true independence, law and order since the overthrow of Saddam Hussein. Fong switched over to the discussion of the future of Syria and how indebted to Russia and Iran Syria will be if it overcomes its rebels which are supported by various countries. Fong goes on to state that Middle East will remain unstable due to Putin being Zionist puppet, and Iran being Shia problem invented by the US to cause instability, and the only hope for the region are our brothers that are on the right path. Fong mentions that it is hard to determine which groups are righteous and which are not. Fong adds that he started watching the FSA in 2011 when al-Assad was being overthrown and people thought that these groups were on the right path when they instituted Sharia before they started doing indiscriminate killings. . UM interjects that institution Sharia was the only right thing they did there. Fong mentions a Georgian fighter who hated when his subordinates killed the locals, and speculates that the guy just wanted to fight in Jihad against non-believers and likely had joined when everyone thought these were the righteous groups. Fong states that problem comes from Saudi Arabia and UAE funding these bad groups.

**[01:31:10]**
UM says that he needs to know 100% that whoever they join would be a righteous group. That is not funded [TN: Meaning by Saudi Arabia or UAE] and is the group that will … for me this is a fight about Russia. Fong replies in Russian, that his brother from Khorasan still knows people and told Fong that it is pointless to try and join the Malhama. Fong adds, that his contact still thinks it is a good idea for Fong to get there and become an instructor
UM asks if that's what Khattab told Fong.

Fong confirms and adds that currently Khattab is working for group Khorasan only because they have operations over there that require his attention. He used to work with Malhama as an instructor, but now he is a fighter with Khorasan. That's how they work. They train up people Fong brings up as an example Abu Rofiq who died in combat and states that instructors usually don't go into combat. They train the troops and disseminate them. They take students from multiple groups and they go out harder to kill and that is how force multiplication works. Abu Rofiq who died a martyr fighting against Russians. He spoke fluent Russian.

**[01:33:04]**
UM asks, "But you didn't communicate with him, right? It was later, obviously.  Fong confirms.

**[VERBATIM]**
**[01:33:10 – 01:34:56]**
UM:     So what did Khattab [PH] tell you? That you will uh… train Malhama brothers?


Fong:   Well if… I would want to work with Malhama, I think, and then uh… fight with the group Ajnad al-Kavkaz. *That's what I would like ideally do, if I go over there.*


UM:     It's just Ajnad al-Kavkaz… it *seems like* that there are very few…


Fong:   Few people…


UM:     Few people. But like in Khorasan…


Fong:   Even Khorasan is like, how many? How many people? Fifty…near uh… Fifty fighters.


UM:     Fifty?


Fong:   Yes.


UM:     But is it accurate or not?

Fong:  Not accurate, it is still not accurate.

UM:  Is it not exact?

Fong:  Up until today.

UM:  So [UI]…

Fong:  [OV] I have to more-- I have to talk to Khattab more.

UM:  Talk to Khattab, yes. Well, then you…  We are not … today, right? We need to clarify what is what. And first of all, how to get there. How to … You said  one has to go there through Turkey, right? Naturally it's not now. But if it's through Turkey, then what and how is it? Who will meet?

Fong:  Before when I was a Christian, I wanted to fight for the *YPG* group—

UM:  [OV] Yeah.

Fong:  -- and they told me that I need to get to Turkey—

UM:  [OV] Hmm…

Fong:  -- and then get to Syria.

UM:  [OV] Hmm…

Fong:      *They take you across the-- They have a representative there…*

UM:        [OV] *In Turkey*

.

Fong:      *In Turkey. Takes you across the- So I'd imagine it's not too different…*

UM:        *Yeah*, [UI]…

Fong:      *Unless they take you from Lebanon. Lebanon is another potential location. You know why I say that?*

UM:        [OV] Hmm…

Fong:      *You can still take a plane to Lebanon. I guarantee you probably cannot take a plane to Iraq, especially from America.*


**[SUMMARY]**
**[01:35:00]**
Fong states that airlines manage their flights to particular standards of the State Department and one can't get directly from where they are to Syria unless one is on a military or government plane. Fong continues that they would have to go from their location to a largest international airport in Turkey, then get driven to the southern border, and then go to Syria. They need to make sure they don't get arrested by Turkish police.
UM asks if there is going to be someone in Turkey who can help them.
Fong states that this is the question he is asking his counterpart on the other end, and also which country they need to fly through. Fong continues and states that Khattab was born in Russia and grew up there.


**[01:36:16]**

Fong continues talking about Khattab and states that Khattab had a route to go from Russia to Syria despite tight Russian security and states that he is confident that Russia doesn't fly people to Syria.

UM summarizes that when Khattab gets back, they will continue their discussion.

Fong says that he will disseminate the information and says that he doesn't know why "he" [Khattab] left the group, but Fong suspects that Khattab is busy and will message him again.

**[01:36:58]**
UM tells Fong that when the time comes, he needs Fong to train him. UM and Fong are talking about weapons. Fong mentions the AR-15 and then states that realistically speaking, if they were to go there, Khattab says it's probably going to be mostly only AK. Fong states that according to Khattab the weapons that they used in the past were more sophisticated or more modern. Fong adds that as of right now, the Khorasan group has mostly AKs, PKM machineguns and RPG. Fong says that he would definitely want to use an RPG, adding that the kid is age ▮▮▮▮ and he got to use it twelve times.

**[01:38:25]**
Rustling sounds are heard in the background. Fong mentions that he wants to know more about Khorasan's leadership and about the current leadership of Malhama, if they are still alive. UM says that they need to wait for Khattab since he is the best source.

**[01:39:12]**
Fong mentions that he was talking to a 19-year-old Chechen guy, Ismail [PH], and adds that it must be crazy living under Kadyrov's dictatorship and one could be jailed just for saying things. Fong continues talking about Chechen's wanting Chechnya back.

**[01:40:19]**
UM tells Fong that they will figure this out, and will be in touch. UM adds that God willing, Khattab will get back to them.  Fong offers to create a new group in ▮Encrypted Platform 2▮ adding, "I just want to find out if he is free to talk to us."

UM asks Fong to connect him as well.

They say bye to each other and they both appear to leave the room.

[End of the recording]

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

File Number: ███████████

Requesting Official(s) and Office(s):   SA Samantha R. Brooks (LA)

Task Number(s) and Request ID:   1182332; 1182258

Date Completed:   6/8/2020

Name and Office of Linguist(s):   ███████████

Name and Office of Reviewer(s):   ███████████

Source Language(s):   Russian / English

Target Language:   English

Source File Information
  Name of Audio File or CD:
  *If Applicable*−Call Number:
        −Date, Time, Duration:   22 minutes 35 seconds
        −Target Number:
        −Direction, Number:

SUMMARY TRANSLATION

<u>Participants</u>:

FNU Fong               Fong


<u>Abbreviations</u>:

[TN:]   Translator's notes

[PH]    Phonetic


<u>Languages</u>:

Russian    Normal

English    *Italics*

USA_018194

**February 8, 2020; 12 seconds**
**WS600015**

[Islamic Greeting] Fong thanks UM and says they will talk when UM is available.

**February 10th 2020; 25 seconds**
**WS600016**
Fong leaves a message stating that he is fasting today and is at work at the moment and that he works as a driver. Fong adds that he will eat after his prayer.

**February 12th, 2020; 51 seconds**
**WS600017**
Fong states, "Hey brother. You need to know that I am trying to move to another state because the politicians over here are very corrupt and also…uh… And even in other states, like Arizona, the politicians want to ban weapons. And… I think that as citizens, or even as Muslims, we need to fight against that law…"

**WS60018; 10 seconds**
Fong continues and restates that they need to continue fighting against those laws.

**WS60019; 42 seconds**
Fong states that the big problem in this county is that people continue paying the taxes without any problems. Fong adds that the citizens pay taxes to Israel, which is not good for "us." Fong states that the education is not free and the hospitals are too expensive.

**WS60020; 36 seconds**
Fong records that he wanted to move to Russia, but one of his friends who served in the Russian army told him that the police in Russia is very corrupt as well. Fong states that Russian police is not getting paid a lot.

**WS60021; 18 seconds**
Fong states, "One friend wanted to defend himself, but when he shot… that enemy… the police… Well, he like, went to jail..."

**February 16th**
**WS60022; 16 seconds**
Fong greets UM and asks if UM downloaded the Medina [PH] course from the Apple or Android store.

**WS60023; 16 seconds**
Fong continues stating that is a free course and states that it is in Russian. He also mentions that "our friends don't speak Russian, but the course is very good."

**WS60024; 14 seconds**
Fong adds that the course is available on the Android store and that he sent UM the link.

USA_018195

**WS60025; 14 seconds**
Fong suggests UM to start studying the first part of the course. Fong adds that he has completed that part already, but he needs help.

**WS60026; 3 seconds**
Fond states, "We already have a new group."

**February 17th-February 28th**
**WS60027; 21 seconds**
Fong greets UM and says he is at work at the moment after returning home previous day adding that he doesn't have a lot of clients. Fong then adds that next day he will start working at five in the morning.

**WS60028; 17 seconds**
Fong states that ▮Person 1▮ was in "our" group, "Muslimin" [PH] on ▮Encrypted Platform 3▮ but he ▮Person 1▮ had problems with brother ▮Person 13▮[PH], "our" Pakistani friend.

**WS60029; 5 seconds**
Fong continues and states that ▮Person 13▮ is no longer in the group.

**WS60030; 5 seconds**
Fong adds that ▮Person 1▮ is a ▮▮-year-old man.

**WS60032; 3 seconds**
Fong states that he [▮Person 1▮ is still a kid, after all.

**WS60033; 18 second**
Fong states that there was a small problem, ▮Person 1▮ and ▮Person 13▮ had a little fight over a girl.

**WS60034; 9 seconds**
Fong states that he thinks "guys" in the group are very greedy.

**WS60035; 8 seconds**
Fong states, "He was not born a Muslim. He accepted Islam three years ago."

**WS60036; 24 seconds**
[Fong greets in Arabic]
Fong states that he recently took an exam and he thinks he didn't understand the questions well. Fong states that he needs UM's help.

**WS60037; 9 seconds**
Fong asks if UM started studying that course or not.

**WS60038; 33 seconds**

2

Fong is talking about an online certification and the free course on Islamic etiquette. Fong adds that because they speak Russian, they can teach Islam to people in their group.

**WS60039; 12 seconds**
"[TN: Islamic greeting] [UI], how are you? I recently ordered a book online and it is about Arabic language."

**WS60040; 5 seconds**
"Well, I am home now and I am not working. How are you?"

**WS60041; 21 seconds**
Fong states the he woke up late today as well because he fell asleep at one in the morning yesterday.

**WS60042; 8 seconds**
Fong states that he is volunteering as a bodyguard at the Mosque at the moment.

**WS60043; 9 seconds**
Fong states that he recently read about the Vidyaevsky Spetsnaz and he thinks it is very cool.

**March 6th 2020**
**WS60044; 13 seconds**

Fong greets his friend and states that he had Jummah  that day and he went to prayer on that day.

**WS60045; 31 seconds**
Fong states that he watched a video night before and fell asleep because he still has a little bit of a cold. Fong admits that the video helps him practice Russian but he would need to watch it again

**WS60046; 29 seconds**
Fong says that he thinks Encrypted Platform 3 wants to ban his account due to his posts about Anwar al-Awlaki. Fong states that "they" Encrypted Platform 3 think that Anwar al-Awlaki is a terrorist and Fong thinks that it is not fair.

**WS60047; 1 minute 6 seconds**
[TN: Fong continues talking about al-Awlaki]  Fong states that he [al-Awlaki] is an honest person and Encrypted Platform 3 hates his name. Fong adds that Encrypted Platform 3 doesn't want him [Fong] sharing information about al-Awlaki because it is an uncomfortable topic for the U.S. Fong says that he just wants to talk about the truth, but this is how the life is in the U.S. and this is what they do in the internet and the mass media

**WS60048; 1 minute 1 seconds**
Fong confirms that nobody wants to listen, and even his parents became Chinese nationalists. Fong adds that he told his parents that he is a Muslim first, and a Chinese man living in the U.S.,

USA_018197

second. Fong says that his parents told him that he is not mature and that he has to support China.  Fong concludes that he thinks it's just nonsense and funny.


**WS60049; 43 seconds**
Fong says that his parents don't like the fact that Fong is supporting Turkestan. However, Fong adds that he thinks peoples of Turkestan don't want to be Chinese slaves and need to be freed and they need to fight against China, just like in Chechnya; it is freedom or death, victory or paradise.

**WS60050; 30 seconds**
Fong continues and says that his parents have lived in the U.S. for too long; they hate white people and think it's OK to be Chinese nationalists.

**WS60051; 43 seconds**
Fong says that his parents know that he is a Muslim and he loves his religion and it is not their choice, as he (Fong) is already an adult. Fong states: "One day, if things are not well in the U.S. and uh… If we need to fight against the infidels… well… ether way, let Allah help us."

**WS60052; 50 seconds**
Fong says, "By the way, about me… I want to help other Muslims in other countries, abroad. But I think that technically all those groups in Syria or in Yemen are not Salafists or Wahhabis. What do you think about it? I showed you a group that is called 'Ajnad al-Kavkaz' which means 'The soldiers of Caucasus.' What do you think of them?"

**March 7th, 2020**
**WS60053; 25 seconds**
Fong says that he knows Assad infidel, but only because he is Alawite… Fong adds that he knows that there are several groups over there that are fighting for the truth.

**March 15th, 2020– ▉Encrypted Platform 3▉**
**WS60059; 39 seconds**
Fong is talking about the ▉Encrypted Platform 3▉ post stating, "Yes, brothers. I hope everything will be OK on ▉Encrypted Platform 3▉ because they didn't want me to subscribe… I wrote things about Chechnya and in general about Ichkiria. I thought that Imam Anwar al-Awlaki uh… I think that the posts that I made uh… the ▉Encrypted Platform 3▉ doesn't want me to subscribe. Uh… I think it is nonsense…"

**March 16th, 2020**
**WS60054; 29 seconds**
[TN: Fong greets in Arabic] Fong asks if his correspondent had made it to a store. Complains that at the store he is there are too many people and he won't be able to buy things because it will not be enough for everybody.

**WS60055; 14 seconds**
Fong states that he is fasting on that day and would remain at home for the two weeks.

4

**WS60056; 24 seconds**

Fong says that he the gym is not accessible because of the quarantine and he will be home,
preparing and learning more.


**WS60057; 15 seconds**

Fong says that he is with his mother and they are on their way to the store to purchase the things
they need.

**WS60058; 14 seconds**

Fong says he is surprised and shocked to see so many people on the street in Southern California.
Fong says that it is dangerous.

**March 19th, 2020**
**200323_0006; 51 seconds**

[TN: Fong greets in Arabic] Fong says he is at home and confirms that he had heard about "it"
[TN: Presumably addressing something he was asked about] and he doesn't agree with it. Fong
adds, "Something interesting and strange is going on. I don't know what to think... My brothers
in arms told me that tomorrow at five o'clock in the evening there will be soldiers on the streets
there... uh... well, yeah on the street. So I will know and then I will let you know when I check
it."

**200323_0007; 11 seconds**

Fong asks, "How is your family and the Muslims in your state? How is it in U.S. City

**200323_0008; 16 seconds**

Fong states that "our government is very corrupt and we will have new laws that are not very
good."

**200323_0009; 51 seconds**

Fong states, "My brothers in arms are not people in the military... they are guerrilla over here...
American partisans and they don't want that-- They don't like the U.S. and the government
anymore. That's why a lot of them have weapons and they are training.  I don't know, uh... we
will know.  And yes, you are right, Allah knows everything; we don't know anything. I think we
can just uh... pray."

**200323_0010; 42 seconds**

Fong states that he is in a guerrilla group because there are veterans and patriots with weapons in
that group. Fong adds that the only thing is that they do not have a leadership.
Fong adds that he is alone in California because the citizens over here only trust the government
and he doesn't know how he can help them.

**200323_0011; 27 seconds**

Fong says that Muslims in his Mosque are voting in elections without even realizing that the
politicians are very corrupt. Fong says the he keeps telling them that, but "they" don't want to
listen to him.

USA_018199

**200323_0012; 40 seconds**
Fong adds that he thinks they [TN: Referring to his Muslim brothers] always rely on Allah, and the prayer." Fong adds "they don't know that this government is not "our" government and as Muslims, we should not vote in the elections because our government is the caliphate."

**200323_0013; 44 seconds**
Fong states that the Muslims in his Masque are very liberal and very peaceful in general; they don't want to hear what Fong wants and has to tell them. Fong adds that they [TN: Referring to people at the Mosque] only trust the Imam Omar Suleiman [PH], because Fong is not an Imam or a Sheikh.

**200323_0014; 29 seconds**
Fong states that he told them [TN: People at the Mosque] how to prepare for bad situations, but they didn't listen to Fong. Fong says that one Muslim woman told him that whatever Fong told them was very scary and that people didn't want to hear those things.

**200323_0015; 39 seconds**
Fong is talking about the guerrilla group which includes veterans, patriots and American citizens in general. It is small and the leadership is not good. Fong adds, "So everything will be bad with us. I don't know if these people don't like the government at all… So, like… There, we created that group."

**200323_0016; 1 minute 2 sec.**
Fong states, "I think the worst thing in the U.S. is that Muslims over here are not ready. We will have chaos and people don't realize it at all. They think that everything will be fine because the government… that's what they said. The majority of Muslims don't have weapons, there is no food at all and other things. They are not ready. That scares me. I can only pray and I can only tell them how to prepare. But if they don't do anything uh… There is nothing I can do."

**March 22nd, 2020**
**200323_0017; 14 sec**
Fong says that he will be working next day, but is not sure what time he starts.

**March 22rd, 2020**
**200331_0018; 16 seconds**
[TN: Fong greets in Arabic] Fong says he is ok and at work with lots of paperwork to go through.

**March 22rd, 2020**
**200331_0019; 6 seconds**
Fong asks his correspondent on how things are in U.S. City

**March 22rd, 2020**

USA_018200

**200331_0020; 8 seconds**
Fong says that he was fasting that day and asks if his correspondent is fasting as well.

**March 22rd, 2020**
**200331_0021; 20 seconds**
Fong says that he is aware [TN: Likely addresses question of his correspondent and referring to the presence of the military in the streets] that even in the state of Texas there are solders in the streets. He thinks it is only in big cities, and there is none in his small town.

**March 22rd, 2020**
**200331_0022; 30 seconds**
Fong says that he has to work even if there are problems, because he doesn't have enough money and life in California is too expensive and he also wants to help his family and can't afford to be scared of problems.

**March 22rd, 2020**
**200331_0023; 24 seconds**
Fong says that to in order to buy more weapons or ammunition and also to practice at a shooting range, it is important to conserve money

**March 22rd, 2020**
**200331_0024; 45 seconds**
Fong continues that if he decides that he no longer wants to live where he is now and has to move, it is even more important to save money. He says that Muslims live comfortably in the US and don't know how bad this country is because he can't even raise his kids as Muslims.

**March 22rd, 2020**
**200331_0025; 25 seconds**
Fong says that most of Muslims in his state are liberal, which is very bad. He adds:" … they don't do "bid'ah" and think they are "Sunnah" [TN: Meaning that they don't sin and think they are holy], but that's not true."

**March 22rd, 2020**
**200331_0026; 35 seconds**
Fong says that he is at work in the office and there is a lot of paperwork to be done. It is his first day back at work. He is not in his car and has not started his training. Fong expresses that he is not sure if his correspondent understands him.

**March 22rd, 2020**
**200331_0027; 15 seconds**
Fong says that he is working out of his office while most of his coworkers are working remotely.

**March 22rd, 2020**
**200331_0028; 26 seconds**
Fong states that his Russian is getting worse, as he has not been studying using an app. He used to work with Duolingo or Memrise, but he no longer has those applications.

USA_018201

**March 22rd, 2020**
**200331_0029; 10 seconds**
Fong says that he is filling out employee forms and after that he will start working and training.

**March 22rd, 2020**
**200331_0030; 22 seconds**
Fong asks a personal question if his correspondent spoke Russian or Turkish as a child.

**March 27th, 2020**
**200331_0031; 11 seconds**
[TN: Fong greets in Arabic] Fong asks how his correspondent is and what he is doing, and informs him that he has a day off.

**March 27th, 2020**
**200331_0032; 20 seconds**
Fong says that he has started training and his mother's friends want to train with him. He adds that this is very good as he is an instructor.

**March 27th, 2020**
**200331_0033; 14 seconds**
Fong agrees but adds that he doesn't know how to do it, since all gyms are closed due to virus.

**March 27th, 2020**
**200331_0034; 13 seconds**
Fong shares that he is still in training at work and says that he still doesn't know how to do his job.

**March 27th, 2020**
**200331_0035; 27 seconds**
Fong says that his training at work is six month long, but he believes he can do it faster.

**March 27th, 2020**
**200331_0036; 16 seconds**
Fong says that he is working as a technician getting paid $26 per hour, but is getting paid only $23 since he is still learning.

**March 27th, 2020**
**200331_0037; 11 seconds**
Fong confirms that he already started working this week but repeats that he is only getting paid $23 per hour.

**March 27th, 2020**
**200331_0038; 16 seconds**
Fong says that he is working Sunday through Wednesday and has days off after that.

USA_018202

**March 27th, 2020**
**200331_0039; 26 seconds**
[TN: Fong replies "God willing" in Arabic] Fong thanks his correspondent and says that he doesn't know what to do in the next few days as he doesn't have any Muslim friends in his town. [TN: Message is interrupted and continues] …they are busy or sitting at home.

**March 27th, 2020**
**200331_0040; 22 seconds**
Fong says that he knows that there is quarantine, but people seem to not care as there are many cars out there. He adds that he is staying at home, goes through his training and prays.

**March 27th, 2020**
**200331_0041; 16 seconds**
Fong says: "…it is very interesting. Have you ever heard Khabib Nurmagomedov speaks Russian? It sounds great. He has Dagestan accent."

**March 27th, 2020**
**200331_0042; 8 seconds**
Fong says: "…in the Caucasus. It is more interesting than the official Russian accent."

**March 27th, 2020**
**200331_0043; 43 seconds**
Fong says: "I am in shock myself, because Russian language is very difficult, I can even say that it is one of the most difficult languages in the world. I think I speak the language, but I am not fluent. Arabic is grammatically very interesting language and god willing I will continue studying it."

**May 5th**
**WS600060; 9 seconds**
Fong greets UM in Arabic and asks how UM is doing and how is his work.

**WS600061; 10 seconds**
Fong asks if UM has spoken to brother Person 4 [PH] or not and what he [Person 4] told UM.

**WS600062; 2 minutes 23 seconds**
Fong says he spoke to Muslim brothers from his Mosque and one of the brothers from Kazakhstan told him that it is a bad idea to get to Syria now because the majority of the groups over there are not faithful. Fong adds, "We think that they are fighting for the truth but even if they were to win against the Russian or Syrian military… well in general Zionists will still win the war because they are in power over there in Syria - the Israel, the West, NATO and so on... they all are in power. So we need to think about that more." Fong continues and states that the first step for them as Muslims in the U.S. would be to move. Fong sates that he needs to move out of California and UM needs to move out of U.S. City Fong states that they need to find a different state where it is cheaper. Fong adds that in the future they can train with weapons every weekend he hopes. Fong ends the message with an Arabic expression.

9

**WS600063; 1 minute 2 seconds**

Fong reminds UM about their brother, Person 8 [PH] from another group, Islam[UI]. Fong states that his [Person 8] mother was talking about al-Qaeda and the Taliban and that they are not good; they killed innocent people. Fong suggests to ask Person 8 since his mother has a personal story about Afghanistan.

**May 8th**

**WS600065; 17 seconds**

Fong greets UM in Arabic and asks what is new. Fong states that he didn't worked today and read the Quran. Fong asks how everything is going.

**May 12th**

**WS600066; 9 seconds**

Fong greets UM in Arabic and asks what is new. Fong informs that he is at work.

USA_018204

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

File Number: ███████████

Requesting Official(s) and Office(s):     SA Samantha R. Brooks (LA)

Task Number(s) and Request ID:     1194916; 1182258

Date Completed:     10/16/2020

Name and Office of Linguist(s):     ███████████

Name and Office of Reviewer(s):     ███████████████

Source Language(s):     Russian / English

Target Language:     English

Source File Information

                            1194916_Screenshots


SUMMARY TRANSLATION


<u>Abbreviations</u>:
      [ ]                    Exegesis
      [TN:]                 Translator's Notes

[TN: There are some Arabic expressions that are frequently used in the exchange. The expressions are mostly greetings in Arabic. Some words are written in Arabic. The Russian portion in folder "March 17th-████████ and ████████ Group" has been translated in folder "March 17-████████ DM"]

USA_018206

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

File Number: ██████████

Requesting Official(s) and Office(s):     SA Samantha R. Brooks (LA)

Task Number(s) and Request ID:     1251666; 1169684

Date Completed:     4/28/2020

Name and Office of Linguist(s):     ████████████

Name and Office of Reviewer(s):     ████████████

Source Language(s):     Russian / Arabic

Target Language:     English

Source File Information
   Name of Audio File or CD:  FONG Recordings
   *If Applicable*−Call Number:
                         −Date, Time, Duration: 4/27/2020, 2:51 PM, 00:05:35
                         −Target Number:
                         −Direction, Number:

SUMMARY TRANSLATION

USA_018207

Participants:
 FNU Fong                Fong

Abbreviations:
[TN:]   Translator's notes
[PH]   Phonetic

Languages:
Russian    Normal
Arabic: *Italics*

USA_018208

FONG Recordings

**2.26.20 Recording; 51 seconds**
Fong states, "Hi brother, you need to know that I am trying to move to another state because the politicians over here are very corrupt and also…uh… and even in other states, like Arizona, the politicians want to ban weapons. And… I think that as citizens or even as Muslims, we need to fight against that law…"

**Voice_200226_1 (2); 12 seconds**
"*Peace, Allah's mercy and His blessings be upon you. H*ow are you? *I mean,* I recently ordered a book online and it is about Arabic."

**Voice_200226_2; 5 seconds**
"Well, I am home at the moment and I am not working. How are you?

**WS600001; 20 seconds**
"That's very good. And, where were you born? I was born here in California. I am a Chinese Muslim and I have been learning this language already for three years, rather three and a half years, and I can speak it almost fluently."

**WS600002; 30 seconds**
"Well, I was raised as a Christian. My family, they are all Christians or Agnostics, but I accepted Islam in January of this year, though I studied it for a long time."

**S600003; 5 seconds**
"*Glory be to Allah, brother.* Where are you from?"

**S600004; 11 seconds**
"As I said, I accepted Islam recently. I decided that it would be better if I had an Islamic lineage."

**WS600005; 5 seconds**
*Praise be to Allah, brother. May Allah reward you with goodness.*

**WS600006; 9 seconds**
"Well, yes, yes. I am like Chinese. I am not a Turk or an Uzbek [Chuckle]."

**WS600007; 12 seconds**
"Well, it is funny, because when I was in Russia, a lot of people thought that I was either from Kazakhstan or Kyrgyzstan."

**WS600008; 12 seconds**
"I have been to Tatarstan and think that it is a beautiful city [*sic*]. It isn't a big one, but I would recommend it."

**WS600009; 55 seconds**
"When I served in the Marines, and … by the way, I am still serving in the reserves, though I am almost …uh, almost done because [my] contract will end in April of this year." *Glory be to*

1

USA_018209

FONG Recordings

*Allah.* "They wanted me to become an intelligence officer, to work in Georgia [TN: country], but unfortunately they found out that my mother and sister were dual citizens of Taiwan and America. Therefore, I couldn't work. It is sad but it happens."

**WS60010; 15 seconds**
*"Peace, Allah's mercy and His blessings be upon you.* I was fasting today and recently I *broke my fast*; and now I am going to the gym. What are you up to?"

**WS600011; 38 seconds**
"I am not fluent in Russian, because, because I am not often practice it with Russian speakers or Russians. I live in California and many people here speak Arabic, Farsi, Chinese, or Spanish. Russian is not very common in this state."

**WS600012; 08 seconds**
"Do you understand me when I speak Russian?"

**WS600013; 09 seconds**
*"Peace, Allah's mercy and His blessings be upon you.* Brother, have you already downloaded uh… the attachment?"

**WS600014; 09 seconds**
*"Peace* Brother, I recently sent you a message via [Encrypted Platform] Have you already seen it, or not?"

USA_018210