# EXHIBIT C



Wa alaykum salam wa rahmutulah wa barakatuh. All is fine brother. Prayiing, rasting, reading Quran

Same with me. Musa recently connected me with a man in Syria, he is a member of Tahrir Ash Sham (HTS)

Allah is with us

USA_015089



Who is he?

I spoke to him and told him that I will kill some innocent people and he agreed with this

as a test, I would not do this

I do not think he is on the right path because of this. This old man asked me if I can make a bomb. I know how to, but I would not tell him how to make a bomb. Terrorists are ugly. My Syrian friend was true, these groups are fictitious

USA_015090



Brother, I think that connecting with that individual whom Musa connected you to is not worthwhile

Musa and Shabal - big problem. I think of creating a new group for us and not for them. These boys support terrrorism, and not jihad

They think that terror attacks on Charlie Hebdo were on the right path

Kaffirs are not supposed to or do not have a right to libel or belittle our prophet. But check out the attack, they did not work. All became worse

USA_015091