# EXHIBIT D



группы вообще фальшивые

Брат, я думаю что с таким человеком как тот с кем Муса подтянул не стоит связываться

Brother, I think that connecting with that individual whom Musa connected you to is not worthwhile

Муса и Шабаль - большая проблема. Наверно создаю новую группу для нас, а не для них. Эти мальчики поддерживают терроризм, а не джихад

Musa and Shabal - big problem. I think of creating a new group for us and not for them. These boys support terrrorism, and not jihad

Думают что теракты Charlie Hebdo были на хяк

They think that terror attacks on Charlie Hebdo were on the right path

Кяффиры вообще не должны или имеют права оскорблять нашего пророка но посмотри, эти теракты не сработали. Все стало хуже

Kaffirs are not supposed to or do not have a right to libel or belittle our prophet. But check out the attack, they did not work. All became worse

USA_015091



True mujahid does not kill the
innocent brother. He fights those
who kill Muslims. This is my
opinion.

Agree

We need to create our
group

Which cannot be
influenced by third
side

Can you make such
group?

USA_015092



третьей стороны

3 сторона?

third side?

**Replying to You**
Ты создать сможешь?

Да, нам нужно начать с малого

Yes, we must start
from small

**Replying to You**
3 сторона?

Как саудовцы, американцы, Катар, и тд

third side - like Saudis, US, Qatar,
and etc

**Replying to Jason Fong**
Как саудовцы, американцы, Катар, и тд

Да понимаю

Yes I understand

**Replying to Jason Fong**
Да, нам нужно начать с малого

Кто будет в группе

Who will be in group?

**Replying to You**
Кто будет в группе

Нормальные и хорошие мусульмане с
добрыми намерениями

Normal and good
Muslims with good
intentions. Not boys
who know little of
Islam and then -

А не такие мальчики, которые мало
знают об Исламе, и потом

USA_015093



знают об Исламе, и потом присоединятся к группам AQ или ISIS

Они говорят, что AQ на حق и лучше чем ИГИЛ, но по моему они одинаковые
SAT 1:45 AM

Я тебе говорил брат что я не защищаю игил
SAT 1:46 AM

**Replying to You**
Я тебе говорил брат что я не защищаю игил

И я никогда сказал что ты защищаешь ИГИЛ

никогда не+
SAT 1:46 AM

Про AQ не могу сказать потомучьто мало знаю о них
SAT 1:46 AM

**Replying to You**
Про AQ не могу сказать потомучьто мало знаю о них

Если ты читаешь историю, легко сказать что США создал эту группу
SAT 1:47 AM

Replying to Jason Fong

- join with groups AQ or IS. They say that AQ is on the right path and better than IS but in my opinion they are the same.

I told you brother that I do not support IS

I never said that you support IS. Never

Of AQ I cannot say because know little of them.

If you read the history, it is easy to say that US created that group (AQ)

USA_015094



**Jason Fong**
Tap here for settings

Replying to Jason Fong
Если ты читаешь историю, легко сказать что США создал эту группу

Много путаницы

SAT 1:51 AM

Это логично, а их лидеры всегда скажут мальчикам, что «Будешь в раю если умрешь на войне против кяффиров», честно говоря, ты, я и тысячи других могли бы присоединиться завтра и ничего не изменится в Сирии

Replying to Jason Fong
Это логично, а их лидеры всегда скажут мальчикам, что «Будешь в ра…

Как я сказал, сионисты все ещё победят, когда Ассад умрет

Есть что-то, что Израиль хочет от Сирии. Эта война в Сирии очень сложна, потому что если Ассад и Путин выиграют, Путин все ещё раб сионистов. А если моджахеды выиграют, Израиль будет использовать Америку  или западные страны, чтобы воспользоваться плохим лидерством. Все будет то же самое

Нам нужно умнее сражаться и подготовиться
SAT 1:58 AM

New Message

much disconnect and mix

This is logical, and their leaders will always say to boys that "Will be in heaven if you die at war against kaffir" to be honest, you and I and thousands of others could join tomorrow and nothing would change in Syria

As I said, zionists will win after Assad dies. There is something which Israel wants out of Syria. This war in Syria is very difficult, Putin is still a slave of zionists. And if mujahideen win, Israel will use America or Western countries in order to make benefit because of weak leadership. We need to fight smarter and better prepare ourselves.

USA_015095



Brother I will speak to you tomorrow. I am tired. We will continue tomorrow inshallah

Good, tomorrow. Inshallah, good night

You too brother.

Assalamu alaykum brother. May Allah give us blessing and increase us in Islam. How are you? Thank you for the new group. Musa is here I see.

He is not here, show me.

Wa alaykum salam wa rahmtulah wa barakauth

USA_015096