```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  CHRISTOPHER D. GRIGG
    Assistant United States Attorney
 3  Chief, National Security Division
    SOLOMON KIM (Cal. Bar No. 311466)
 4  Assistant United States Attorney
    Terrorism and Export Crimes Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2450
 7       Facsimile: (213) 894-0141
         E-mail:    solomon.kim@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JASON FONG,<br>　aka "asian_ghazi",<br><br>　　　　Defendant. | No. SA CR 20-00146(A)-DOC<br><br>NOTICE OF ASSIGNMENT OF CRIMINAL CASE |
|---|---|

　　　Plaintiff, United States of America, hereby advises the court that the above captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

| Role | Name | E-mail Address |
|---|---|---|
| Newly Assigned AUSA | Solomon Kim | Solomon.Kim@usdoj.gov |

//

//

//

//

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails related to filings in this case, and that the previously assigned AUSAs are removed from the docket.

Dated: November 8, 2022          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

_____/s/_____
SOLOMON KIM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA