KARREN KENNEY, CA. SBN 174872
KENNEY LEGAL DEFENSE
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
TELEPHONE:(855) 505-5588
E-MAIL: KARREN.KENNEY@GMAIL.COM

CHARLES D. SWIFT, WA Bar No. 41671
CONSTITUTIONAL LAW CENTER FOR MUSLIMS IN AMERICA
100 N. Central Expy. SUITE 1010
Richardson, TX  75080
TELEPHONE: (972) 914-2507
FAX: (972) 692-7454
EMAIL: CSWIFT@CLCMA.ORG

ATTORNEYS FOR THE DEFENDANT

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>vs.<br><br>JASON FONG<br><br>Defendant(s). | Case No.: SACR 20-00146-DOC<br><br>**REQUEST TO CORRECT FILING AND SEAL DKT. 159, AND ATTACHEMENTS 159-1, 159-2, 159-3,159-4, AND 159-5.** |

Comes now the defendant, Jason Fong, by and through his counsel of record, Charles Swift and Karren Kenny, and requests that Dkt. 159, and its attachments, 159-1, 159-2, 159-3, 159-4, and159-5, be placed under seal. Dkt. 159 was filed on Friday, November 4, 2022, and counsel has been informed that it contained information that should have been placed under seal in accordance with paragraph 6.o of the Protective Order, Dkt 13. Dkt. 159, and attachments, have been removed from public view in anticipation of this Request to Seal.

- 1 -

Counsel moves that the Court direct the Clerk to seal the previously filed Dkt. 159, along with its attachments. Counsel for the government, John Cella, does not oppose this Request.

Respectfully submitted this 9th day of November 2022.

By: /s/ Charles Swift
Charles D. Swift, CLCMA
*Pro Hac* Attorney for Fong
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507

By: /s/ Karren Kenney
Karren Kenney, Kenney Legal Defense
Attorney for Fong
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
(855) 505-5588