## DECLARATION OF CHRISTINE M. RO

I, Christine M. Ro, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the Central District of California. I am assigned to the prosecution of United States v. Jason Fong, SA CR 20-00146(A)-DOC.

2. At this time, the government anticipates introducing the following clips attached hereto as Exhibit A.

3. On November 18, 2020, the government produced to counsel for defendant six audio files containing the audio-recorded post-Miranda interview that defendant gave on May 20, 2020. Attached as Exhibit B is a true and correct copy of the audio files that were produced to the defense.

4. On September 30, 2020, the government filed its draft exhibit list that outlines specific clips from defendant's audio-recorded interview.

5. On November 8, 2022, the government produced to counsel for defendant the audio clips outlined in Exhibit A and a draft transcript of the clips. Attached as Exhibit C is a true and correct copy of the audio clips that were produced to the defense. Attached as Exhibit D is a true and correct copy of the transcript produced to the defense. The highlighted texts correspond to the audio clips.

//
//
//
//
//
//
//

6. Pursuant to the protective order in Dkt. No. 13. (paragraph 6.o.), the government will be filing Exhibits B through D under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 9, 2022.

_____
CHRISTINE M. RO

2