1

2

**Exhibit A**

| Clip No. | Ro Decl. Ex. B | Start Time | Stop Time |
|---|---|---|---|
| 1 | File Name: F2792243_2800430758103_0003 | 15:50 | 17:28 |
| 2 | Same as above. | 17:28 | 17:45 |
| 3 | Same as above. | 18:59 | 19:27 |
| 4 | Same as above. | 26:03 | 32:08 |
| 5 | Same as above. | 45:20 | 46:37 |
| 6 | Same as above. | 58:31 | 58:49 |
| 7 | Same as above. | 1:04:07 | 1:05:50 |
| 8 | Same as above. | 1:06:55 | 1:10:12 |
| 9 | Same as above. | 1:23:32 | 1:25:50 |
| 10 | Same as above. | 1:29:40 | 1:30:10 |
| 11 | Same as above. | 1:32:30 | 1:33:09 |
| 12 | Same as above. | 1:53:58 | 1:55:40 |
| 13 | Same as above. | 1:57:31 | 1:57:49 |
| 14 | Same as above. | 2:03:05 | 2:05:07 |
| 15 | Same as above. | 2:09:51 | 2:10:59 |
| 16 | Same as above. | 2:14:40 | 2:16:34 |
| 17 | Same as above. | 2:19:55 | 2:20:55 |
| 18 | Same as above. | 2:21:26 | 2:23:30 |
| 19 | Same as above. | 2:24:36 | 2:25:28 |
| 20 | Same as above. | 2:43:36 | 2:45:23 |
| 21 | Same as above. | 2:45:34 | 2:53:14 |
| 22 | Same as above. | 3:19:02 | 3:19:30 |
| 23 | Same as above. | 3:33:57 | 3:37:25 |
| 24 | Same as above. | 3:39:01 | 3:45:03 |

| 25 | Same as above. | 3:51:41 | 3:52:50 |
| 26 | Same as above. | 3:54:09 | 3:55:26 |
| 27 | Same as above. | 4:05:00 | 4:06:16 |
| 28 | File Name: F2792243_2800430758103_0005 | 13:11 | 16:08 |
| 29 | Same as above. | 18:04 | 19:42 |
| 30 | Same as above. | 21:22 | 21:52 |