**Exhibit B**

**[DISC - Under Seal Filing]**