**Exhibit C**

**[DISC - Under Seal Filing]**