**Exhibit D**

**[Under Seal Filing]**