Name & Address:
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4496

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:20-cr-00146 |
| v. | |
| Jason Fong | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [✓] Lodged:  (**List Documents**)

Exhibits B through D (Dkt. Nos. 164-3, 164-4, 164-5) to Government's Reply in support of Motion in Limine to Preclude Defendant from Introducing His Own Hearsay Statements (Dkt. No. 164)

**Reason:**

[✓] Under Seal
[ ] In Camera
[✓] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[✓] Per Court order dated:  10/9/2020, Dkt. No. 13
[ ] Other:

November 9, 2022                                         Christine M. Ro
Date                                                             Attorney Name
                                                                  United States
                                                                  Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                        NOTICE OF MANUAL FILING OR LODGING