Name & Address:
CHRISTINE M. RO (Cal. Bar No. 285401)
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4496

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | SA CR 20-00146(A)-DOC |
| Jason Fong | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

Government's Reply in support of Motion for Protective Order Pertaining to the Testimony of Undercover Agents and a Confidential Human Source; Declaration of Christine Ro; Exhibits 3-7

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[✓] Per Court order dated: 10/9/2020, Dkt. No. 13
[ ] Other:

Date

Christine M. Ro
Attorney Name
United States of America
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING