UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED 11/21/2022**

CRIMINAL MINUTES – GENERAL

Case No.: SA CR 20-00146-DOC                     Date: October 4, 2022

Present: The Honorable: DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

Interpreter: n/a

| Karlen Dubon | Debbie Hino-Spaan | Christine Ro |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) JASON FONG | X | | X | Karren Kenney | X | | X |
| | | | | Charles Swift | X | | X |

**PROCEEDINGS:** MOTION FOR RECONSIDERATION THE PARTIES STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE; (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT; (3) DISCLOSURE AND DISCOVERY PLAN; AND (4) PRETRIAL [137]

Case is called. The Court hears oral arguments.

The government is excused.

Portion of the transcript is ordered **under seal** unless unsealed by order of the Court.

The government returns.

Motion for reconsideration [137] is granted in part. The trial is continued to January 17, 2023 at 8:30 AM.

Speedy Trial and time waiver are given by the defendant on the record.

Motions in Limine [133] [144] [146] [147][148] and [149] scheduled for October 11, 2022 are hereby

VACATED pending new briefing schedule to be filed by the parties no later than October 14, 2022.

**cc: USPPO**

: 28

**Initials of Deputy Clerk** kdu