KARREN KENNEY, CA. SBN 174872
KENNEY LEGAL DEFENSE
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
TELEPHONE:(855) 505-5588
E-MAIL: KARREN.KENNEY@GMAIL.COM

CHARLES D. SWIFT, WA Bar No. 41671
CONSTITUTIONAL LAW CENTER FOR
MUSLIMS IN AMERICA
100 N. Central Expy. SUITE 1010
Richardson, TX  75080
TELEPHONE: (972) 914-2507
FAX: (972) 692-7454
EMAIL: CSWIFT@CLCMA.ORG

ATTORNEYS FOR THE DEFENDANT

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATE OF AMERICA ) | Case No. SACR  20-00146-DOC |
| ) | |
| v. ) | |
| ) | **NOTICES REQUIRED BY Fed. R.** |
| JASON FONG ) | **Crim. P. 12.1- 12.3** |
| ) | |

Pursuant to Rule 12.1- 12.3 of the Federal Rules of Criminal Procedure, the defendant JASON FONG, through his attorney, Charles Swift and Karren Kenny, provides this notice of his defense under Fed. R. Crim. P. 12.2(b) - Notice of Expert Evidence of a Mental Condition.  The defense intends to introduce expert testimony establishing that Mr. Fong is on the Autism spectrum with respect to Counts 1-4.  Specifically, at the time of the alleged offenses, that the defendant, Mr. Fong, suffered from Autism and that the thought disorder affected his ability to perceive that his actions

were under the direction of, or in coordination with foreign groups that Mr. Fong knew to be a terrorist organization.

Respectfully submitted this 2nd day of December 2022.

By: /s/ Charles Swift
Charles D. Swift, CLCMA
*Pro Hac* Attorney for Fong
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507

Karren Kenney
Karren Kenney, Kenney Legal Defense
Attorney for Fong
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
(855) 505-5588