

# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Christine M. Ro*
*Assistant United States Attorney*
*Phone:(213) 894-4496*
*Email: christine.ro@usdoj.gov*
*1500 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

December 2, 2022

**VIA EMAIL**

Karren Kenney
Kenney Legal Defense Firm
2900 Bristol St., Ste C204
Costa Mesa, CA 92626
karren.kenney@gmail.com

Charles D. Swift
Constitutional Law Center
for Muslims in America
100 North Central Expressway, Ste 1010
Richardson, TX 75080
cswift@clcma.org

    Re:    United States v. Jason Fong, No. SA CR 20-146-DOC

Dear Ms. Kenney and Mr. Swift:

    Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the government hereby discloses that at trial in the above-captioned matter the government presently intends to elicit expert testimony from the following witness under Federal Rules of Evidence 702, 703, and 705. Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, the government hereby requests reciprocal disclosure from the defense of any evidence that defendant intends to introduce at trial under Rules 702, 703, and/or 705 of the Federal Rules of Evidence. The government reserves the right to supplement this notice with additional experts and/or additional expert testimony by the below-noticed expert and additional experts, provide you with any expert reports prepared, and/or provide you with any supplemental information related to the below-noticed expert. The government notes that some of this testimony might not be expert testimony, however provides the following information in an abundance of caution.

**Special Agent Bomb Technician Michael Hong**

    The government intends to call FBI Special Agent Bomb Technician ("SABT") Michael Hong to testify at trial about the weapons training materials and information regarding the making of weapons, such as weapons made of chemicals, improvised explosives, and improvised

December 2, 2022
Re:     United States v. Jason Fong, No. SA CR 20-146-DOC
Page 2

explosive devices ("IED") defendant sent to the undercover law enforcement employees, confidential human source, and others on or about March 17, 2020, April 1, 2020, and May 7, 2020. A copy of SABT Hong's curriculum vitae is enclosed.

SABT Hong is expected to testify that the information could be used to make weapons, such as improvised explosives, IEDs, and weapons made of chemicals. SABT Hong is expected to testify that some of the information appear to be screen shots from a replica of the "Improvised Munitions Black Book," which is based in part on a 1969 U.S. Army manual titled the "TM 31-210 Improvised Munitions Handbook," which is available online. Information also appeared to be from the Army Field Manual on Boobytraps (FM 5-31), which is also available online.

It is anticipated that SABT Hong will testify regarding:

- Improvised explosives and IEDs, specifically an explanation of what they are and their capabilities, such as the blast radius, lethality, and remote-detonation, also including the fact that the blast radius and lethality varies based on the weight, ratio, and size of the device or improvised explosive;

- Improvised explosives and IEDs are used in instances where they cause injury or death and not generally used for self-defense purposes;

- the significance of possessing and making the following items in the context of weapons (including weapons made of chemicals), explosives, and IEDs: thermite, potassium nitrate, sulfur, pyrite, black powder and improvised black powder, charcoal, and nitric acid, (Bates No. USA_018887-18918);

- the mixing of the following chemicals: bleach and vinegar, bleach and ammonia, bleach and rubbing alcohol, hydrogen peroxide and vinegar can be hazardous (Bates No. USA_18888);

- the information provided in Bates No. USAO_018896 – 18901 are instructions to make improvised explosives;

- the information provided in Bates Nos. USAO_018993-18999 (Count 2 PDF) are instructions to make improvised explosives and/or IEDs;

- that the information listed about motor scrap mines (USA_19004-19006, Count 2), nail grenade (USA_19008, Count 2), sodium chlorate and sugar or aluminum explosive (USA_19009-19010, Count 2), fertilizer explosive (USA_19011-19012, Count 2), plastic explosive filler (USA_19022, Count 2), chemical fire bottle (USA_19023, Count 2), recoilless launcher (USA_19038-39, Count 2); grenade launcher (57mm cardboard container) (USA_19040-42, Count 2), pipe hand grenade (USA_19043-44, Count 2), and

December 2, 2022
Re:   United States v. Jason Fong, No. SA CR 20-146-DOC
Page 3

> pressure plate bombs and remote detonated (USA_19276, COUNT 3) are information about how to make a boobytrap, weapons, weapons made of chemicals, explosives, and/or IED;
>
> - that fuse cords – fast and slow burning fuses (USA_19045-46) can be used to initiate weapons, such as weapons made of chemicals, improvised explosives, and/or IEDs;
>
> - that the following chemicals can be used to make weapons, such as improvised explosives and/or IEDs: nitric acid (USA_019013-14); improvised black powder (USA_19015-16), potassium nitrate (USA_19017-19019), and sodium chlorate (USA_19024-26);
>
> - the significance and/or functionality of possessing and mixing gun cotton, thermite, and potassium nitrate (USA_19275-76) and how they can be used to make weapons, such as weapons made of chemicals, improvised explosives, boobytraps, and/or IEDs;
>
> - the replica of the "Improvised Munitions Black Book," which is based in part on a 1969 U.S. Army manual titled the "TM 31-210 Improvised Munitions Handbook," outlines how to make weapons, weapons made of chemicals, explosives, and IEDs; and
>
> - the "FM 5-31 Boobytraps" manual outlines how to make boobytraps and IEDs.

*Michael Hong* (signature)

The government reserves the right to supplement this expert notice at any time. The government notes that Rule 16 does not require that the government provide (1) a complete statement of all that the government will elicit; (2) anticipated rebuttal evidence; or (3) all publications and prior testimony. However, the government recognizes that prior statements of an expert witness could qualify as Jencks or Giglio material. If you feel this notice is otherwise inadequate, please let the government know.

All material disclosed in discovery may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure, to include defense expert

December 2, 2022
Re:    United States v. Jason Fong, No. SA CR 20-146-DOC
Page 4

notice.  The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense.  Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged offenses are detailed within the documents included within the discovery.  Please contact us immediately if you believe that this notice is insufficient.

Very truly yours,

     /s/

CHRISTINE M. RO
SOLOMON KIM
Assistant United States Attorneys

JOHN CELLA
Trial Attorney, Counterterrorism Section
National Security Division