KARREN KENNEY, CA. SBN 174872
KENNEY LEGAL DEFENSE
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
TELEPHONE:(855) 505-5588
E-MAIL: KARREN.KENNEY@GMAIL.COM

CHARLES D. SWIFT, WA Bar No. 41671
CONSTITUTIONAL LAW CENTER FOR
MUSLIMS IN AMERICA
100 N. Central Expy. SUITE 1010
Richardson, TX 75080
TELEPHONE: (972) 914-2507
FAX: (972) 692-7454
EMAIL: CSWIFT@CLCMA.ORG

ATTORNEYS FOR THE DEFENDANT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff(s),<br><br>vs.<br><br>JASON FONG<br><br>         Defendant(s). | Case No.: SACR 20-00146-DOC<br><br>**NOTICE REGARDING DEFENDANT'S DAUBERT OBJECTIONS TO GOVERNMENT EXPERT – SERINE HOVHANNISYAN** |

On December 2, 2022, the government provided the defendant with an expert witness disclosure for their Russian Language expert, Federal Bureau of Investigation Language Analyst Serine Hovhannisyan. The defendant cannot yet provide its objections, if any, to Ms. Hovhannisyan's testimony because review of the audio files is ongoing.

The government initially provided the defense with recordings of the defendant, Jason Fong, and the undercover agent with the agent's voice modulated to prevent identification. The

defendant was unable to understand the undercover agent's Russian recordings with the voice modulated. The defense previously objected to this in its Response to the Government's Protective Measures motion. Doc. 159. In light of that defense objection, the government reversed its position and provided recordings of the undercover's voice without modulation on December 8, 2022.

The defendant is in the process of reviewing them and hopes to be able to reach an agreement with the government on the accuracy of the translations. However because the defendant not yet had a chance to fully review the transcripts, the defense reserves the right to object to proposed expert testimony of Ms. Hovhannisyan.

Respectfully submitted this 9th day of December 2022.

By: /s/ Charles Swift
Charles D. Swift, CLCMA
*Pro Hac* Attorney for Fong
100 N. Central Expy, Suite 1010
Richardson, TX 75080
(972) 914-2507

By: /s/ Karren Kenney
Karren Kenney, Kenney Legal Defense
Attorney for Fong
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
(855) 505-5588