E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal. Bar No. 285401)
SOLOMON KIM (Cal. Bar No. 218111)
Assistant United States Attorney
Terrorism Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496/2450
     Facsimile: (213) 894-2927
     E-mail:    christine.ro@usdoj.gov
                solomon.kim@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
     950 Pennsylvania Ave, NW
     Washington, DC 20530
     Telephone: (202) 305-1601
     Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>JASON FONG,<br>  aka "asian_ghazi,"<br>  aka "Jason Asian Ghazi,"<br>  aka "Mustafa Ahmed Al-Hakim,"<br><br>            Defendant. | No. SA CR 20-146(A)-DOC<br><br>NOTICE OF GOVERNMENT'S OBJECTIONS TO DEFENSE'S EXPERT DISCLOSURES |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and undersigned counsel, hereby files this Notice of Government's Objections to Defense Experts. This Notice is based on the attached notice below, the attached declaration and exhibits, and the files and records in this case.

Dated: December 9, 2022                Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division


     /s/
CHRISTINE M. RO
SOLOMON KIM
Assistant United States Attorneys

JOHN CELLA
Trial Attorney
Counterterrorism Section
National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**I.    INTRODUCTION**

Defendant provided two expert notices in this case. On July 29, 2022, defendant filed a "Notice of Expert Witness Disclosure" to provide notice of its intention to call a member of ROLOFF Digital Forensics, LLC and a Russian language expert. (Dkt. No. 124, hereinafter referred to as the "First Notice"). On December 2, 2022, defendant provided their expert disclosure to the government for Dr. Pageen Cronin (See Declaration of Christine M. Ro ("Ro Decl.") ¶ 3, Exhibit A, filed under seal), Dr. Cronin's Curriculum Vitae (Id., Exhibit B), and filed a "Notice of Expert Evidence of a Mental Condition" with the Court (Dkt. No. 174) (hereinafter, collectively referred to as the "Second Notice"). Defendant's First Notice fails to meet the minimal standard required by Rule 16 as argued in the Government's Motion in Limine to Exclude Testimony of Defense Experts and Request for Daubert Hearing. (Dkt. No. 149). And the government maintains its position outlined in that motion.

Pursuant to the scheduling order issued on October 28, 2022, the parties Objections to Expert Disclosures are due on December 9, 2022; and, the parties Motion for a Daubert Hearing is due on December 23, 2022. (Dkt. No. 155.) This notice serves as the government's continued objections to the defense's First Notice and the government's objections to the defense's Second Notice. The government will file its Motion for a Daubert Hearing and Motion to Exclude Testimony of the Defendant's Experts on the agreed upon date, December 23, 2022.

//
//
//

## II. NOTICE

### A. The Government Continues to Object to the First Notice

On August 31, 2022, the government sent a letter identifying the areas in which the government believed defendant's First Notice was deficient. (Dkt. No. 149, Exhibit C.) And the government continues to move to exclude testimony of the defense experts identified in the First Notice. (Dkt. No. 149.)

### B. The Government Objects to the Second Notice

On December 9, 2022, the government sent a letter identifying the areas in which the defendant's Second Notice was deficient. (Ro Decl. ¶ 4, Exhibit C, filed under seal.) Pursuant to the scheduling order, the government will file its Motion for a Daubert hearing on December 23, 2022.

## DECLARATION OF CHRISTINE M. RO

I, Christine M. Ro, declare as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Central District of California. I am one of the prosecutors assigned to this case. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. The parties agreed and the court ordered that the parties would provide expert notice by December 2, 2022. (Dkt. Nos. 153-155.)

3. On December 2, 2022, defendant sent the government Dr. Pageen Cronin's mental health evaluation report (attached hereto as Exhibit A, filed under seal), curricular vitae (attached hereto as Exhibit B), and filed their Notice of Expert Evidence of a Mental Condition" with the Court (Dkt. No. 174).

4. On December 9, 2022, the government provided its objections to their expert notice and identified the areas in which the government believed defendant's expert notice was deficient. (Attached hereto as Exhibit C, filed under seal.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 9, 2022.

_____
CHRISTINE M. RO