Exhibit B

PEGEEN CRONIN, PhD
Clinical Psychologist
CA PSY 16026

**PERSONAL HISTORY:**

|  |  |
|---|---|
| **Business addresses:** | Cronin Assessment |
|  | PO Box 1723 |
|  | Agoura Hills CA 91376 |
| **Business phone/fax:** | 877-428-8478 |
| **Email:** | askdrcronin@gmail.com |
| **Website:** | www.croninassessment.com |
|  | NPI ID: ███████ |
|  | Federal Tax ID: ██████ |

**LICENSURE:**      California, Board of Behavioral Science Examiners
                    Clinical Psychology: PSY 16026

**PROFESSIONAL EXPERIENCE**:

2013- present: Clinical Psychologist, private practice

2004 to 2012: Clinical Director, Autism Evaluation Clinic, Department of Child Psychiatry, UCLA Semel Institute for Neuroscience & Human Behavior

7/97-to 2004: Assistant Director, Autism Evaluation Clinic, Department of Child Psychiatry, UCLA Semel Institute for Neuroscience & Human Behavior

UCLA Center for Autism Research and Treatment (CART)
        2003-2012 Understanding Autism, Principal Investigator
        Primary Investigator Diagnostic Core for multi-site studies
                2005-2008 Studies to Advance Autism Research and Treatment (STAART)
                        Principal Investigator, Marian Sigman, Ph.D.
                2007-2011 Autism Center of Excellence,
                        Principal Investigators, Marian Sigman, Ph.D., & Daniel H.
                        Geschwind, M.D., Ph.D.
                20011-2012 Autism Center of Excellence-Supplement
                        Principal Investigators, Susan Bookheimer, Ph.D., & Daniel H.
                        Geschwind, M.D., Ph.D.
                2007-2011 Simons Simplex Collection
                Principal Investigators, Daniel H. Geschwind, M.D., Ph.D., &
                Pegeen Cronin, PhD

*Cronin, Pegeen*                                                    *July 2018*
*p. 2 of 8*

**EDUCATION:**

12/95    Doctor of Philosophy, Clinical Psychology
         Palo Alto University (formerly Pacific Graduate School of Psychology)
         Palo Alto, California

6/92     Master of Science, Clinical Psychology
         Palo Alto University (formerly Pacific Graduate School of Psychology)
         Palo Alto, California

5/87     Bachelor of Arts, Psychology
         University of California, Berkeley
         Berkeley, California

**Fellowship:** 7/96 – 6/97

         <u>Postdoctoral Fellow, Child & Adolescent Psychology</u>
         University of    California, Los Angeles
         Neuropsychiatric Institute & Hospital, Los Angeles, CA
         University Affiliated Program (UAP)

**PROFESSIONAL ACTIVITIES:**
<u>Research Assessor</u>

| | |
|---|---|
| 2014-16 | Harbor-UCLA double-blind, phase 2 pilot safety medication study for social anxiety in adults |
| 2014-15 | Cogstate Clinical Trials |
| 2016 | *Comparing Strategies for Earlier Autism Detection,* Total Child Health, Baltimore, MD |

<u>Consultations</u>

| | |
|---|---|
| 1999 | Los Angeles Times, Ventura County, July |
| | Kennewick School District, Kennewick, Washington |
| | Discovery Health, Medical Diaries, Episode #19, Autism, July |
| 1999-2001 | Clark County School District, Las Vegas, Nevada |
| 2004-2006 | |
| 2001 | Cotati-Rohnert Park School District, California |
| 2002 | Cashmere School District, Cashmere, Washington |
| | Twain-Harte School District, Sonora, California |
| | Los Angeles Times, August |
| | Dallas Morning News, October 14, 2002 |
| 2002-2004 | San Dieguito Union School District, Escondido, California |
| 2005-2008 | Las Virgenes Unified School District, California |
| 2006, 2013, 2017 | Federal Public Defender |
| 2007-2008 2014-2015 | Hacienda-La Puente Unified School District, California |
| 2009 | San Luis Obispo Public Defender |
| 2016- present | Ventura Health Services Agency- Children and Family Services |

*Cronin, Pegeen*                                                                                          *July 2018*
*p. 3 of 8*

**PROFESSIONAL ACTIVITIES (cont'd):**
2009-2010       Los Angeles County Public Defender
2009-present    Disability Rights of California
2009-2012       UCLA Center for Autism Research and Treatment Annual Symposium
2011            Los Angeles Times
2012            Templeton Unified School District
                Paso Robles Unified School District
2012-13         Lucia Mar Unified School District
2013            Newport-Mesa Unified School District
                California Department of Corrections & Rehabilitation
                Department of Social Services, Orange County
                Department of Social Services, San Luis Obispo County
2013            ADOS Booster Trainer Meeting, White Plains, New York
2014-15         Stephanie Young Consultants, Inc. (Regional Center whole person assessments)
2014            ADOS Booster Trainer Meeting, New York, New York
2014-present    Office of the Federal Public Defender
2015            ADOS Booster Trainer Meeting, STAR Center, UCSF, California
2015-16         San Luis Obispo Unified School District
                Inglewood Unified School District
                Pomona Unified School District
                Perris Unified School District
2015-2017       Pasadena Unified School District
2016-2017       Paso Robles Unified School District
                Atascadero Unified School District
                Alvord Unified School District
2017            Office of the Public Advocate, Arizona
2017-present    Ventura Public Defender
2018            ADOS-2 Booster Trainer Meeting, STAR Center, UCSF, California
                ADOS-2 Trainer Consortium, STAR Center UCSF, California

**Community Service**
2001-2002    Center for Health Improvement: Guidelines for autism diagnosis and evaluation for
             individuals over six years of age. Per contract with California Department of
             Developmental Services.
2002-2010    Westside Regional Center Learning Collaborative
2005         Invited Speaker, Nathanson Family Resource Center, UCLA Semel Institute
2006         Invited Speaker: Blue Ribbon Commission, Senator Darryl Steinberg, Chair
             California Legislature
2007         Invited Guest. People's Council Education and Health Commissions, Autism Roundtable
             Assembly District 47, Assemblymember Karen Bass
2009         California Senate Select Committee on Autism & Related Disorders, Chaired by Senate
             President pro Tem Darrell Steinberg, North Los Angeles County Taskforce (NLACT).
2013         Voiceamerica.com: Autism Spectrum Radio
2014         Ventura County Behavioral Health-Guest Speaker, screening for autism
2016         California Lutheran University, Guest Speaker, screening for autism

**Editorial Services**
2005- 2007    Guest Reviewer, *Journal of Autism and Developmental Disabilities*
2006-2007     Guest Reviewer, *Neuropsychology*
2009          Guest Reviewer, *Journal of Autism and Developmental Disabilities*

*Cronin, Pegeen*                                                                   *July 2018*
*p. 4 of 8*

**Editorial Services (cont'd)**
2011            Guest Reviewer, *Journal of Autism and Developmental Disabilities*

**Professional Associations**
American Psychological Association
California Psychological Association
Los Angeles Psychological Association
Ventura County Psychological Association

LECTURES AND PRESENTATIONS:

***Lectures***
| | |
|---|---|
| October 2000 | Autism and Asperger's: Misdiagnosis and overdiagnosis?-A review<br>UCLA's Fifth Annual Review of Psychiatry and Psychopharmacology Update |
| March, 2001 | Diagnosis and assessment for Autistic Disorder.<br>East Bay Regional Center, Oakland, California |
| June 2001 | Autistic Disorder, diagnosis, assessment, and intervention.<br>San Fernando, Child and Family Guidance Center |
| July 2001 | Autistic Disorder: A Review<br>American Society for Autism, San Diego, California, |
| November 2001 | Autistic Disorder, diagnosis, assessment, and intervention.<br>Family Service of Santa Monica |
| 2000-2008<br>2000-2004<br>2007-2009 | Psychiatry Course 424:  UCLA Autism Evaluation Training Clinic,<br>Psychiatry 499:  Psychology Internship (Advisor/preceptor) |
| February 2002 | Diagnosis and assessment for Autistic Disorder.<br>San Andreas Regional Center, San Jose, California, |
| August 2005 | Guest lecturer: UCLA undergraduate child psychopathology |
| 2005-2012 | Psychiatry 495, Guest lecturer, assessment of adults with autism spectrum disorder |
| December 2006, 2007 | Overview of autism, UCLA Adult Residency program |
| | Overview of autism |
| October 2006 | Rowland Heights Unified School District |
| November 2006 | Ventura County Special Education Local Plan Area |
| September 2007 | Conejo Valley Unified School District |

*Cronin, Pegeen*                                                          *July 2018*
*p. 5 of 8*

***Lectures (cont'd)***

| | |
|---|---|
| February 2008 | Discussant- diagnosis and intervention for autism<br>Community Health & Advocacy Training (CHAT),<br>UCLA Department of Pediatrics |
| September 2008 | Autism Spectrum Disorders, an overview<br>Disability Rights of California Conference, Sacramento, California |
| March 2009 | Autism Spectrum Disorders, an overview<br>Harbor-UCLA Medical Center, child psychiatry fellowship |
| April 2009 | Autism Spectrum Disorders, an overview<br>Sierra Vista Medical Center |
| October 2009 | Guest speaker Ventura Autism Society |
| December 2009 | Guest speaker: Special Education Multicultural Advisory Committee, Widney<br>High School, Los Angeles Unified School District |
| June 2011 | Autism Spectrum Disorders, an overview<br>Disability Rights of California Conference, Los Angeles & Sacramento,<br>California |
| October 2011 | Trends in Autism<br>Ability First, Pasadena, California |
| April 2012 | Autism Spectrum Disorder, DSM5, an overview,<br>Twin Cities Community Hospital, Templeton, California |
| April 2013 | Special Needs Network: Tools for Transformation<br>The First 90 days-Getting an accurate diagnosis and developing an initial<br>treatment plan |
| April 2014 | Special Needs Network: Tools for Transformation<br>Understanding the DSM-5: How not to lose an ASD diagnosis |
| January, 2014 | Psychiatry 431-A, Guest lecturer, diagnosing ASD using the ADI-R & ADOS |
| April, 2016 | Kaiser Permanente, Tustin, CA, Assessment of adults with autism spectrum<br>disorder |

***ADOS Trainings***

| | |
|---|---|
| 2003 | Clinical and research training<br>Redwood Coast Regional Center, Eureka, California |
| 2004 | Clinical training<br>Yolo County Special Education Local Plan Area,California |

*Cronin, Pegeen*                                                                                  *July 2018*
*p. 6 of 8*

**ADOS Trainings (cont'd)**

2005                    Clinical training
                        North Bay Regional Center, Napa, California

2008                    Clinical and research training
                         Indiana University School of Medicine

2010                    Clinical and research training
                         Ventura County School District, California

2011                    Clinical and research training
                        Lyon County School District, Reno & Silver Springs, Nevada

2012                    Clinical training: Antelope Valley SELPA

2013                    -Clinical and research training
                          Ventura County School District, California
                        -Consultation: Kaiser Permanente, Santa Ana, California
                        -WPS Clinical training-Tustin Unified School District

2014                    -WPS Clinical training: Loyola Marymount University
                        -WPS Clinical training: Providence Medical Center, Anchorage, Alaska
                        -Advanced (formerly known as research training) Training
                          Kaiser Permanente psychologists of greater Southern California
                          Santa Ana, California

2015                    Ventura SELPA, Ventura, California
                        WPS Clinical training: Loyola Marymount University

2016                    WPS Clinical Training-Los Angeles, California
                        Clinical Training – San Bernardino Unified School District

2017                    WPS Clinical Training
                                -Los Angeles, California
                                -Deming, New Mexico
                                -Panama Buena Vista Unified School District (Bakersfield, CA)

2018                    Ventura SELPA, Ventura, California

**BIBLIOGRAPHY**:

**RESEARCH PAPERS**

***RESEARCH PAPERS (PEER REVIEWED)***

Arnold, L.E., Aman, MG., Martin, A, CollierCrespin, A., Bitiello,B., Tierney, E., Asarnow,R., Bell-Bratsow,F., Freeman, B.J., Gates-Ulanet, P., McCracken, J.T., McDougle, CJ, McGough, J.J., **Cronin, P**.Posey, D.J., Scahill, L., Swiezy, N.B., Ritz, L. and Volkmar, F (2000). Assessment of Multi-site randomized clinical trials of patients with Autistic Disorder; The Autism RUPP Network. Journal of Autism and Developmental Disabilities, 30, 99-105.

O'Connor, M., Shah, B., Whaley, S., **Cronin, P.,** Gunderson, B.,  and Graham, J. (2002) Psychiatric illness in a clinical sample of children with prenatal alcohol exposure. American Journal of Drug Alcohol Abuse, Nov;28(4):743-54.

McDougle, C., Scahill, L., McCracken, J., Aman, M., Tierney, E., Arnold., L. E., Freeman, B., Martin, A., McGough, J., **Cronin, P**., Posey, D., Riddle, M., Ritz, L., Swiezy, N., Vitiello, B., Volkmar, F., Votolato, N., and Walson, P. (2000) Research units on pediatric psychopharmacology (RUPP) autism network: Background and rationale for an initial controlled study of risperidone. Child and Adolescent Psychiatric Clinics of North America, 9(1), 201-224.

Freeman, B., and **Cronin, P**. and Candela, P (2002). Asperger's syndrome or autistic disorder: The diagnostic dilemma. Focus on autism and other developmental disabilities 17 (3).

Research Unit on Pediatric Psychophamacology (RUPP) Autism Network: McCracken, J.T., McGough, J.M., **Cronin, P**., Hong, D., University of California Los Angeles; Aman, M.G., Arnold,. L.E., Lindsay, R., Nash, P., Holloway, J., Ohio State University, Columbus; McDougle C.J., Posey, D., Swiezy, N., Kohn, A., Indiana University, Indianapolis; Scahill, L., Martin, A., Koenig, K., Volkmar, F., Carroll, D., Lancor, A., Yale University; Tierney, E., Ghuman, J., Gonzalez, N.M., Grados, M., Kennedy Krieger Institute Baltimore; Vitiello, B., Ritz, L., National Institute of Mental Health, Bethesda, MD; Davies, M., Columbia University; Robinson, J., McMahon, D., Nathan Kline Institute, Orangeburg, NY.  (2002). Risperidone in children with autism and serious behavioral problems.  New England Journal of Medicine 437 (5), 314-321.

Research Unit on Pediatric Psychophamacology (RUPP) Autism Network: Arnold,. L.E., Vitiello, B., McDougle C.J., Scahill, L., Shah, B., Gonzalez, N., Chuang, S., Davies, M., **Cronin, P.,** Koenig, K., McMahon, D., & Tierrney, E.. (2003). Parent-defined target symptoms respond to risperidone in RUPP autism study: Customer approach to clinical trials.  American Academy of Child & Adolescent Psychiatry, 42 (12), 1443-1450.

Lecavalier, L., Aman, M. G., Scahill, L., McDougle, C. J., McCracken, J. T., Vitiello, B., Tierney, E., Arnold, L. E., Ghuman, J. K., Loftin, R. L., **Cronin, P**., Koenig, K., Posey, D. J., Martin, A., Hollway, J., Lee, L. S., & Kau, A. S. M. (2006). The validity of the Autism Diagnostic Interview-Revised. American Journal on Mental Retardation, 111(3), 199-215.

Posey, D.J, Aman, M. G., McCracken, J.T.,  Scahill, L., Tierney, E, Arnold, L. E., Vitiello, B., Chuang, S. Z., Davies, M., Ramadan, Y., Witwer, A.N., Swiezy, N., **Cronin, P**,  Shah, B., Carroll, D.H., Young, C., Wheeler, C., and McDougle, C. J. (2007). Positive effects of methylphenidate on inattention and

*Cronin, Pegeen*                                                    *July 2018*
*p. 8 of 8*

hyperactivity in pervasive developmental disorders: An analysis of secondary measures. Biological Psychiatry, 61, (538-544).

Aman, M. G., Hollway, J.A.,, McDougle, C. J., Scahill, L., Tierney, E,, McCracken, J.T., Arnold, L. E., Vitiello, B., Ritz, L., Gavaletz, A., **Cronin, P**, Swiezy, N., Wheeler, C., Koenig, K., Ghuman, J. K., and Posey, D.J. (2008). Cognitive effects of risperidone in children with autism and irritable behavior. The Journal of Child and Adolescent Psychopharmacology, 18(3):227-36.

### RESEARCH PAPERS (NON-PEER REVIEWED)

Freeman, B., and Cronin, P. (2000). The Autism epidemic: Real or imagined? Autism Asperger's Digest.

Freeman, B., and Cronin, P. (2002). Diagnosing autism spectrum disorder in young children: An update.  Infants and Young Children 14(3), 1-10.


### INVITED BOOK CHAPTERS
Cronin, P. (2002). Behavior: Autism. Brown Partworks (London). Life Sciences Encyclopedia Set.

Freeman, B., & **Cronin, P**. (2017).  Standardized assessment of social skills in autism spectrum disorder. In J. Leaf (Ed.), *Handbook of social skills and autism spectrum disorder* (pp. 83-96). Switzerland: Springer International Publishing AG.

**Cronin, P**., & Freeman, B. (2017).  Assessment of adaptive behavior and autism spectrum disorder. In J. Leaf (Ed.), *Handbook of social skills and autism spectrum disorder* (pp. 97-112). Switzerland: Springer International Publishing AG.


### POSTERS

Psychopathology in children with varying levels of prenatal alcohol exposure.  Presented at the American Academy of Child and Adolescent Psychiatry, August 1998.  Shah, B., O'Connor, M., Cronin, P., and Graham, J.

IQ Distribution among children with Autistic Disorder. Presented at the American Academy of Child and Adolescent Psychiatry, August 1999. Liaw, S., Freeman, B., Cronin, P., and Stuber, M.