Name & Address:
CHRISTINE M. RO (Cal. Bar No. 285401)
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4496
E-mail: christine.ro@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 20-146(A)-DOC |
| v. | |
| JASON FONG | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✔] Filed   [ ] Lodged:  (**List Documents**)

Exhibits A and C to Notice of Government's Objections to Defense's Expert Disclosures (Dkt. No. 181)

**Reason:**

[✔] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

December 9, 2022
Date

Christine M. Ro
Attorney Name
 United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                               **NOTICE OF MANUAL FILING OR LODGING**