Christine Ro
Solomon Kim
U.S. Attorney's Office
312 N. Spring St.
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CR 20-146(A)-DOC |
| JASON FONG | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Stipulated Jury Questionnaire

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:

In court, on December 20, 2022, the Court approved the attached jury questionnaire to be distributed to potential jurors on January 11, 2023, in advance of the upcoming trial in this matter on January 18, 2023.

12/22/2022
Date

Solomon Kim
Attorney Name
Plaintiff
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING