E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal. Bar No. 285401)
SOLOMON KIM (Cal. Bar No. 311466)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4496
    Facsimile: (213) 894-2927
    E-mail:    Christine.Ro@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
    950 Pennsylvania Ave, NW
    Washington, DC 20530
    Telephone: (202) 305-1601
    Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>JASON FONG,<br>  aka "asian_ghazi,"<br>  aka "Jason Asian Ghazi,"<br>  aka "Mustafa Ahmed Al-Hakim,"<br><br>           Defendant. | No. SA CR 20-00146(A)-DOC<br><br>GOVERNMENT'S DRAFT EXHIBIT LIST<br><br>Trial Date:  January 18, 2023<br>Trial Time:  TBA<br>Location:    Courtroom of the<br>Hon. David O. Carter |

1      Plaintiff United States of America hereby submits its Draft
2 Exhibit List for use in the upcoming trial.  The government reserves
3 the right to modify the exhibit list as necessary in order to
4 accurately reflect the exhibits presented at trial and to fully and
5 best present its case.

7 DATED:  December 23, 2022        Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                  ANNAMARTINE SALICK
                                  Assistant United States Attorney
                                  Chief, National Security Division


                                        /s/
                                  CHRISTINE M. RO
                                  SOLOMON KIM
                                  Assistant United States Attorneys

                                  JOHN CELLA
                                  Trial Attorney
                                  Counterterrorism Section
                                  National Security Division

<u>United States v. Jason Fong</u>

Government's Draft Exhibit List

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Judicial Notice Materials | | | |
| 1. | Federal Register, Public Notice: 2612, October 8, 1997, publication designating HAMAS, and its aliases, as a Foreign Terrorist Organization | | | |
| 2. | Federal Register, Public Notice: 8742, May 15, 2014, publication designating al-Nusrah Front as a Foreign Terrorist Organization | | | |
| 3. | Federal Register, Public Notice: 10432, May 17, 2018, publication designating HTS as an alias of al-Nusrah Front and as a Foreign Terrorist Organization | | | |
| 4. | Internet Archive Wayback Machine Screenshot of http://en.wikipedia.org/wiki/izz_ad-Din_alQassam_Brigades | | | |
| 5. | Internet Archive Wayback Machine Screenshot of http://en.wikipedia.org/wiki/Hamas | | | |
| 6. | Internet Archive Wayback Machine Screenshot of https://www.youtube.com/watch?v=zf791wbAyQo&feature=share | | | |
| 7. | Internet Archive Wayback Machine Screenshot of https://en.wikipedia.org/wiki/Ajnad_al-Kavkaz | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 8. | Internet Archive Wayback Machine Screenshot of https://web.archive.org/web/20221107214106/https://www.bits.de/NRANEU/others/amd-us-archive/FM5-31(65).pdf | | | |
| 9. | Internet Archive Wayback Machine Screenshot of https://web.archive.org/web/20200101000000*/https://www.youtube.com/watch?v=C9f8Rc6NuiA | | | |
|  | OCE#1 Communications with Jason Fong | | | |
| 10. | Communications between Jason Fong and OCE#1, Feb. 6-9, 2020 | | | |
| 11. | Communications between Jason Fong and OCE#1, Feb. 6-10, 2020 | | | |
| 12. | Communications between Jason Fong and OCE#1, Feb. 8-11, 2020 | | | |
| 13. | Communications between Jason Fong and OCE#1, Feb. 16-19, 2020 | | | |
| 14. | Photo of firearms sent by Jason Fong to OCE#1 | | | |
| 15. | Communications between Jason Fong and OCE#1, Mar. 3, 2020 | | | |
| 16. | Communications between Jason Fong and OCE#1, Mar. 3, 2020 | | | |
| 17. | Communications between Jason Fong and OCE#1, Mar. 4, 2020 | | | |
| 18. | Communications between Jason Fong and OCE#1, Mar. 4, 2020 | | | |
| 19. | Communications between Jason Fong and OCE#1, Mar. 7, 2020 | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 20. | Communications between Jason Fong and OCE#1, Mar. 8, 2020 | | | |
| 21. | Communications between Jason Fong and OCE#1, Mar. 17, 2020 | | | |
| 22. | Communications between Jason Fong and OCE#1, Mar. 17, 2020 | | | |
| 23. | Communications between Jason Fong and OCE#1, Mar. 17, 2020 | | | |
| 24. | Communications between Jason Fong and OCE#1, Mar. 18, 2020 | | | |
| 25. | Communications between Jason Fong and OCE#1, Mar. 20, 2020 | | | |
| 26. | Communications between Jason Fong and OCE#1, Mar. 23, 2020 | | | |
| 27. | Communications between Jason Fong and OCE#1, Mar. 24, 2020 | | | |
| 28. | Communications between Jason Fong and OCE#1, Mar. 24, 2020 | | | |
| 29. | Communications between Jason Fong and OCE#1, Mar. 24, 2020 | | | |
| 30. | Communications between Jason Fong and OCE#1, Mar. 25, 2020 | | | |
| 31. | Communications between Jason Fong and OCE#1, Mar. 27, 2020 | | | |
| 32. | Communications between Jason Fong and OCE#1, Apr. 1, 2020 | | | |
| 33. | Communications between Jason Fong and OCE#1, Apr. 1, 2020 | | | |
| 34. | Communications between Jason Fong and OCE#1, Apr. 1, 2020 | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 35. | Communications between Jason Fong and OCE#1, Apr. 5, 2020 | | | |
| 36. | Communications between Jason Fong and OCE#1, Apr. 12, 2020 | | | |
| 37. | Communications between Jason Fong and OCE#1, Apr. 13, 2020 | | | |
| 38. | Communications between Jason Fong and OCE#1, Apr. 13, 2020 | | | |
| 39. | Communications between Jason Fong and OCE#1, Apr. 14, 2020 | | | |
| 40. | Communications between Jason Fong and OCE#1, Apr. 14, 2020 | | | |
| 41. | Communications between Jason Fong and OCE#1, Apr. 15, 2020 | | | |
| 42. | Communications between Jason Fong and OCE#1, Apr. 16, 2020 | | | |
| 43. | Communications between Jason Fong and OCE#1, Apr. 17, 2020 | | | |
| 44. | Communications between Jason Fong and OCE#1, Apr. 17, 2020 | | | |
| 45. | Communications between Jason Fong and OCE#1, Apr. 18, 2020 | | | |
| 46. | Communications between Jason Fong and OCE#1, Apr. 18, 2020 | | | |
| 47. | Communications between Jason Fong and OCE#1, Apr. 19, 2020 | | | |
| 48. | Communications between Jason Fong and OCE#1, Apr. 21, 2020 | | | |
| 49. | Communications between Jason Fong and OCE#1, Apr. 22, 2020 | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 50. | Communications between Jason Fong and OCE#1, Apr. 22, 2020 | | | |
| 51. | Communications between Jason Fong and OCE#1, Apr. 24, 2020 | | | |
| 52. | Communications between Jason Fong and OCE#1, Apr. 25, 2020 | | | |
| 53. | Communications between Jason Fong and OCE#1, Apr. 30, 2020 | | | |
| 54. | Communications between Jason Fong and OCE#1, May 2, 2020 | | | |
| 55. | Communications between Jason Fong and OCE#1, May 5, 2020 | | | |
| 56. | Communications between Jason Fong and OCE#1, May 6, 2020 | | | |
| 57. | Communications between Jason Fong and OCE#1, May 9, 2020 | | | |
| 58. | Communications between Jason Fong and OCE#1, May 12, 2020 | | | |
| 59. | Communications between Jason Fong and OCE#1, May 14, 2020 | | | |
| 60. | Communications between Jason Fong and OCE#1, May 18, 2020 | | | |
| 61. | Communications between Jason Fong and OCE#1, May 18, 2020 | | | |
| 62. | Communications between Jason Fong and OCE#1, May 18, 2020 | | | |
| 63. | Translations of communications between Fong and OCE#1, including in-person meetings | | | |
| 64. | Jason Fong Instagram Posts (Feb. 6-13, 2020) | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| | OCE#2 Communications with Jason Fong | | | |
| 65. | Communications between Jason Fong, CHS, and OCE#2, May 3, 2020 | | | |
| 66. | Communications between Jason Fong and OCE#2, May 7, 2020 | | | |
| 67. | FM 5-31 Department of the Army Field Manual – Boobytraps | | | |
| | CHS Communications with Jason Fong | | | |
| 68. | Communications between Jason Fong and CHS, Feb 26, 2020 | | | |
| 69. | Communications between Jason Fong and CHS, Feb 27, 2020 | | | |
| 70. | Communications between Jason Fong and CHS, Feb. 28, 2020 | | | |
| 71. | Communications between Jason Fong and CHS, Mar. 22, 2020 | | | |
| 72. | Communications between Jason Fong and CHS, Apr. 2, 2020 | | | |
| 73. | Communications between Jason Fong and CHS, Apr. 20, 2020 | | | |
| 74. | March 6, 2020 Fong audio recorded message to UCE | | | |
| 75. | March 30, 2020 Fong audio recorded message to UCE | | | |
| 76. | April 12, 2020 Fong audio recorded message to UCE | | | |
| | Mujahideen in America Group Chats And Related Materials | | | |
| 77. | Mujahideen Amerikeeon/ Mujahideen in America Chats | | | |
| 78. | 1969 U.S. Army "TM 31-210 Improvised Munitions Handbook" | | | |
| 79. | Audio/Video Recording (Jason Fong Shooting) | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 80. | Audio Recording (Jason Fong Three-Month Training Curriculum) | | | |
| 81. | Transcript of Audio Recording of Jason Fong Training Curriculum | | | |
| Al Qassam Website | | | | |
| 82. | Al Qassam Website CD | | | |
| 83. | Hamas Fund Raising Video | | | |
| Search Warrant of Jason Fong Residence and Cellphone | | | | |
| 84. | Search Warrant | | | |
| 85. | Photographs of Items Found in Jason Fong's Room | | | |
| 86. | Physical Evidence – Jason Fong's Cellphone – iPhone | | | |
| 87. | Cellphone Extraction Report of Jason Fong's Cellphone | | | |
| 88. | Jason Fong's Internet Search History | | | |
| 89. | Video of Jason Fong's Chats (1 of 3) | | | |
| 90. | Video of Jason Fong's Chats (2 of 3) | | | |
| 91. | Video of Jason Fong's Chats (3 of 3) | | | |
| 92. | Screenshots Found on Jason Fong's Phone | | | |
| 93. | Physical Evidence – Jason Fong's Cellphone – Laptop | | | |
| 94. | Files Found on Jason Fong's Laptop – ATP 3-21.8 Infantry Platoon and Squad Manual | | | |
| 95. | Files Found on Jason Fong's Laptop - TM 31-210 Improvised Munitions Handbook | | | |
| 96. | Files Found on Jason Fong's Laptop – FM5-31(65).pdf | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 97. | Files Found on Jason Fong's Laptop – JP 3-13.2 Psychological Operations | | | |
| 98. | | | | |
| 99. | Files Found on Jason's Laptop – FM21-76 Manual | | | |
| 100. | Files Found on Jason Fong's Laptop – MCWP 2-10 (Formerly MCWP 2-1), Intelligence Operations | | | |
| 101. | Jason Fong's Laptop – Chrome Search History | | | |
| Defendant's Post Arrest Statements | | | | |
| 102. | TBD[1] | | | |
| USMC Documents | | | | |
| 103. | Jason Fong U.S. Marine Corps Personnel Records | | | |

---

[1] In light of the Court's tentative ruling on December 19, 2022 regarding the admissibility of defendant's post-arrest statements, the government is working to revise the list of statements it intends to admit in its case in chief.