E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal. Bar No. 285401)
SOLOMON KIM (Cal. Bar No. 311466)
Assistant United States Attorneys
Terrorism Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4496/2450
    Facsimile: (213) 894-2927
    E-mail:   christine.ro@usdoj.gov
             solomon.kim@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
    950 Pennsylvania Ave, NW
    Washington, DC 20530
    Telephone: (202) 305-1601
    Email:    John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JASON FONG,<br>   aka "asian_ghazi,"<br>   aka "Jason Asian Ghazi,"<br>   aka "Mustafa Ahmed Al-Hakim,"<br><br>        Defendant. | No. SA CR 20-00146-DOC<br><br>GOVERNMENT'S EX PARTE APPLICATION TO MODIFY OCTOBER 9, 2020 PROTECTIVE ORDER; PROPOSED ORDER |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Christine M. Ro and Solomon Kim, and National Security Division Counterterrorism Section Trial Attorney John Cella, requests that the Court modify the October 9, 2020 protective order entered by the Court (dkts. 13, 70). Defendant Jason Fong does not oppose this request.

1. On October 9, 2020, pursuant to the parties' stipulation, the Court issued a protective order ("Protective Order") that placed restrictions on the dissemination of discovery received by defendant in this case, including Confidential Informant materials and Personal Identifying Information.

2. The government recently obtained from a Law Enforcement Department non-public personnel files related to an employee who may be a witness at trial in this case ("Law Enforcement Materials"). The government seeks to provide those materials to counsel for defendant (although the materials may exceed the scope of the government's discovery obligations).

3. The Law Enforcement Materials are sensitive in that they contain non-public information about the employee's employment record that if disseminated could reveal sensitive information concerning the employee's background.

4. The government therefore requests an addendum to the Protective Order making the Protective Order's terms fully applicable to the Law Enforcement Materials such that any materials containing such information that are designated "CONTENTS SUBJECT TO THE PROTECTIVE ORDER" (or a similarly worded legend) will be treated

as PII Materials (as that term is defined in the Protective Order) and be subject to and governed by the terms of the Protective Order.

5. On December 27, 2022, the government conferred with both defense counsel for defendant regarding their position on the government's application. Charles Swift indicated that he did not object to the government's application, while Karren Kennedy indicated that she objected.

DATED: December 28, 2022

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

 /s/
_____
SOLOMON KIM
CHRISTINE M. RO
Assistant United States Attorneys

JOHN CELLA
Trial Attorney
Counterterrorism Section
National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA