E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal. Bar No. 285401)
SOLOMON KIM (Cal. Bar No. 218111)
Assistant United States Attorneys
Terrorism Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4496/2450
    Facsimile: (213) 894-2927
    E-mail:    christine.ro@usdoj.gov
               solomon.kim@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
    950 Pennsylvania Ave, NW
    Washington, DC 20530
    Telephone: (202) 305-1601
    Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 20-00146(A)-DOC |
|---|---|
| Plaintiff, | AMENDMENT TO PROTECTIVE ORDER REGARDING DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION, PRIVACY ACT INFORMATION, AND CONFIDENTIAL INFORMANT INFORMATION |
| v. | |
| JASON FONG,<br>    aka "asian_ghazi,"<br>    aka "Jason Asian Ghazi,"<br>    aka "Mustafa Ahmed Al-Hakim," | |
| Defendant. | |

The Court has read and considered the government's ex parte application for a modification of the Protective Order Regarding

Discovery Containing Personal Identifying Information, Privacy Act Information, and Confidential Informant Information, filed by the government and defendant JASON FONG ("defendant") in this matter, which this Court incorporates herein by reference, and FOR GOOD CAUSE SHOWN the Court hereby ORDERS the following:

The terms of the October 9, 2020 Protective Order ("Protective Order") (dkts. 13, 70), are fully applicable to the government's production of "Law Enforcement Materials," as defined in the government's December 6, 2022 ex parte application, such that any materials containing such "Law Enforcement Materials" that are designated "CONTENTS SUBJECT TO PROTECTIVE ORDER" (or a similarly worded legend) will be treated as PII Materials (as that term is defined in the Protective Order) and be subject to and governed by the terms of the Protective Order.

IT IS SO ORDERED.

December 29, 2022
DATE

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

　/s/
SOLOMON KIM
CHRISTINE M. RO
Assistant United States Attorneys