UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

Case No.: SA CR 20-00146-DOC                                      Date: January 4, 2023

Present: The Honorable: **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Court Smart | Robert Keenan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) JASON FONG | X | | X | Charles Swift | X | | X |

**PROCEEDINGS:**   GOVT. MOTION IN LIMINE TO PERMIT INTRODUCTION OF EVIDENCE PURSUANT TO RULE 404(B) [144]
GOVT. MOTION IN LIMINE TO PRECLUDE AN ENTRAPMENT DEFENSE [146]
GOVT. MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM INTRODUCING HIS OWN HEARSAY STATEMENTS [147]
GOVT. MOTION IN LIMINE TO PRECLUDE CHALLENGE TO THE VALIDITY OF THE SECRETARY OF STATE'S DESIGNATION OF TWO FOREIGN TERRORIST ORGANIZATIONS [148]
GOVT. MOTION TO EXCLUDE TESTIMONY OF DEFENSE EXPERTS AND REQUEST FOR DAUBERT HEARING [149]
MOTION FOR ORDER FOR JOINT PROPOSED JURY QUESTIONNAIRE [156]

Case is called. The Court hears oral arguments.

Motion hearing is continued to January 5, 2023 at 4:00 PM.

**cc: USPPO**

2: 21

**Initials of Deputy Clerk**   kdu