UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.      SA CR 20-00146-DOC                                              Date:  January 5, 2023

Present:  The Honorable:      DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

Interpreter          n/a

| Karlen Dubon | Court Smart | Robert Keenan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1)  JASON FONG | X | | X | Charles Swift | X | | X |

**PROCEEDINGS:**      **GOVT. MOTION IN LIMINE TO PERMIT INTRODUCTION OF EVIDENCE PURSUANT TO RULE 404(B) [144]**
**GOVT. MOTION IN LIMINE TO PRECLUDE AN ENTRAPMENT DEFENSE [146]**
**GOVT. MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM INTRODUCING HIS OWN HEARSAY STATEMENTS [147]**
**GOVT. MOTION IN LIMINE TO PRECLUDE CHALLENGE TO THE VALIDITY OF THE SECRETARY OF STATE'S DESIGNATION OF TWO FOREIGN TERRORIST ORGANIZATIONS  [148]**
**GOVT. MOTION TO EXCLUDE TESTIMONY OF DEFENSE EXPERTS AND REQUEST FOR DAUBERT HEARING [149]**
**MOTION FOR ORDER FOR JOINT PROPOSED JURY QUESTIONNAIRE [156]**

Case is called. The Court hears oral arguments.

The court issues oral rulings denying Motions [177] and [149], detailed order to issue.

Motion hearing is continued to January 6, 2023 at 2:30 PM.

# cc: USPPO

0: 47

**Initials of Deputy Clerk**   kdu