Christine Ro
Solomon Kim
U.S. Attorney's Office
312 N. Spring St.
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 20-146(A)-DOC |
| v. | |
| JASON FONG | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Ex Parte Application and Proposed Order to File Documents Under Seal,
Under Seal Documents Government's Supplemental Briefing in Support of Government's Motion for an Order Precluding Evidence of Insanity or Mental Disease or Defect, Including Expert Testimony of Pegeen Cronin, PHD; Declaration of John Cella; and Accompanying Exhibit

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

12/30/2022                                John Cella
Date                                      Attorney Name
                                          Plaintiff
                                          Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).