# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SA CR 20-00146-DOC |
| Date | January 17, 2023 |

Present: The Honorable **David O. Carter, United States District Judge**

Interpreter: None

| Deborah Lewman for Karlen Dubon | CourtSmart | John Cella, Solomon Kim, Christine Ro |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jason Fong | X | | X | Karren Kenney | X | | X |
| | | | | Charles Swift | X | | X |

**PROCEEDINGS:** STATUS CONFERENCE (Held and Completed)

    Case called. Court and counsel confer. Counsel stipulated to excusing prospective jurors for cause.

    Jury Trial set for January 18, 2023, at 8:30 a.m.

 

2 : 55

Initials of Deputy Clerk: djl