E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal. Bar No. 285401)
SOLOMON KIM (Cal. Bar No. 311466)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496
     Facsimile: (213) 894-2927
     E-mail:    Christine.Ro@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
     950 Pennsylvania Ave, NW
     Washington, DC 20530
     Telephone: (202) 305-1601
     Email:     John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>JASON FONG,<br>  aka "asian_ghazi,"<br>  aka "Jason Asian Ghazi,"<br>  aka "Mustafa Ahmed Al-Hakim,"<br><br>             Defendant. | No. SA CR 20-00146(A)-DOC<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>Trial Date:   January 18, 2023<br>Trial Time:   TBA<br>Location:     Courtroom of the<br>Hon. David O. Carter |

1

1    Plaintiff United States of America hereby submits its Exhibit
2 List for use in the upcoming trial.  The government reserves the
3 right to modify the exhibit list as necessary to accurately reflect
4 the exhibits presented at trial and to fully and best present its
5 case.
6
7 DATED: January 18, 2023          Respectfully submitted,
8                                  E. MARTIN ESTRADA
                                   United States Attorney
9
                                   ANNAMARTINE SALICK
10                                 Assistant United States Attorney
                                   Chief, National Security Division
11
12                                        /s/
                                   _____
13                                 CHRISTINE M. RO
                                   SOLOMON KIM
14                                 Assistant United States Attorneys
15                                 JOHN CELLA
                                   Trial Attorney
16                                 Counterterrorism Section
                                   National Security Division
17
18
19
20
21
22
23
24
25
26
27

<u>United States v. Jason Fong</u>

Government's Exhibit List

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1. | Mujahideen in America Chat ("MIA") from 2/23/2020 – 2/25/2020 [USA_26845-26848] | | | |
| 2. | MIA Chat from 2/29/2020 [USA_26849-26852] | | | |
| 3. | MIA Chat from 3/7/2020 – 3/11/2020 [USA_26853-26859] | | | |
| 4. | MIA Chat from 3/14/2020 [USA_26860-26865] | | | |
| 5. | MIA Chat from 3/15/2020 [USA_11172] | | | |
| 6. | MIA Chat from 3/15/2020 [USA_11179-81] | | | |
| 7. | MIA Chat from 3/17/2020 [USA_11190-11204] | | | |
| 8. | MIA Chat from 3/20/2020 [USA_26866-26874] | | | |
| 9. | MIA Chat from 3/23/2020 – 3/24/2020 [USA_11245-60] | | | |
| 10. | MIA Chat from 3/29/2020 [USA_11267-70] | | | |
| 11. | MIA Chat from 4/1/2020 [USA_11297-11322] | | | |
| 12. | MIA Chat from 4/8/2020 [USA_11411] | | | |
| 13. | [Reserved] | | | |
| 14. | MIA Chat from 4/23/2020 [USA_11975-77] | | | |
| 15. | CHS Chat with Jason Fong on 2/26/2020-2/27/2020 [USA_26922-26971] | | | |
| 16. | CHS Chat with Jason Fong on 3/22/2020 [USA_27025-27031] | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 17. | CHS Chat with Jason Fong on 4/19/2020 [USA_27064-27077] | | | |
| 18. | CHS Chat with Jason Fong on 5/3/2020 [USA_27102-27109] | | | |
| 19. | CHS Chat with Jason Fong on 5/5/2020 [USA_27114-27121] | | | |
| 20. | CHS Chat with Jason Fong on 5/6/2020 [USA_27131-27134] | | | |
| 21. | [Reserved] | | | |
| 22. | MIA Chat on 4/2/2020 [USA_11337-11341] | | | |
| 23. | [Reserved] | | | |
| 24. | [Reserved] | | | |
| 25. | CHS MIA Chat on 5/7/2020 [USA_17875] | | | |
| 26. | MIA Chat on 4/21/2020 [USA_11731-11745] | | | |
| 27-100 | [Reserved] | | | |
| 101. | OCE#1 Chat with Jason Fong on 2/6/2020 – 2/10/2020 [USA_20924-20967] | | | |
| 102. | OCE#1 Chat with Jason Fong on 2/8/2020-2/13/2020 [USA_22101-22126] | | | |
| 103. | [Reserved] | | | |
| 104. | [Reserved] | | | |
| 105. | MIA Chat on 3/3/2020 [USA_22191-22193] | | | |
| 106. | OCE#1 Chat with Jason Fong on 3/3/2020 [USA_22204-22206] | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 107. | MIA Chat on 3/4/2020 [USA_22225] | | | |
| 108. | OCE#1 Chat with Jason Fong on 3/7/2020 [USA_22258] | | | |
| 109. | MIA Chat on 3/8/2020 [USA_18879] | | | |
| 110. | MIA Chat on 3/17/2020 [USA_22315 -22318] | | | |
| 111. | [Reserved] | | | |
| 112. | MIA Chat on 3/20/2020 [USA_22400-22402] | | | |
| 113. | OCE#1 Chat with Jason Fong on 3/23/2020 [USA_22433-22447] | | | |
| 114. | MIA Chat on 3/24/2020 [USA_22463-22467] | | | |
| 115. | OCE#1 Chat with Jason Fong on 3/24/2020 [USA_22472-22484] | | | |
| 116. | [Reserved] | | | |
| 117. | OCE#1 Chat with Jason Fong on 3/27/2020 [USA_22517-22523] | | | |
| 118. | OCE#1 Chat with Jason Fong on 4/1/2020 [USA_21600-21606] | | | |
| 119. | OCE#1 Chat with Jason Fong on 4/1/2020 [USA_21588] | | | |
| 120. | [Reserved] | | | |
| 121. | OCE#1 Chat with Jason Fong on 4/12/2020 [USA_21725-21727] | | | |
| 122. | OCE#1 Chat with Jason Fong on 4/13/2020 [USA_21733-21739] | | | |
| 123. | [Reserved] | | | |
| 124. | MIA Chat on 4/15/2020 [USA_217975-21781] | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 125. | [Reserved] | | | |
| 126. | [Reserved] | | | |
| 127. | [Reserved] | | | |
| 128. | OCE#1 Chat with Jason Fong on 4/18/2020 [USA_21818-21819] | | | |
| 129. | MIA Chat on 4/19/2020 [USA_21825-21829] | | | |
| 130. | [Reserved] | | | |
| 131. | [Reserved] | | | |
| 132. | [Reserved] | | | |
| 133. | OCE#1 Chat with Jason Fong on 4/30/2020 [USA_22046] | | | |
| 134. | OCE#1 Chat with Jason Fong on 5/5/2020 [USA_22576-22578] | | | |
| 135. | MIA Chat on 5/5/2020 [USA_12274] | | | |
| 136. | OCE#1 Chat with Jason Fong on 5/6/2020 [USA_22607-22608] | | | |
| 137. | MIA Chat on 5/7/2020 [USA_17875] | | | |
| 138. | [Reserved] | | | |
| 139. | Chat on 5/10/2020 [USA_22642-22645] | | | |
| 140. | Chat on 5/14/2020 [USA_22677-22678] | | | |
| 141. | Chat on 5/18/2020 [USA_22694-22697] | | | |
| 142. | OCE#1 Chat with Jason Fong on 5/18/2020 [USA_22687-22692] | | | |
| 143. | Chat on 5/18/2020 [USA_22704-22708] | | | |

4

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 144. | Chat on 2/6/2020 – 2/13/2020 [USA_18800-18804] | | | |
| 145. | [Reserved] | | | |
| 146. | Audio from 5/7/2020 [USA_18-19] | | | |
| 147. | [Reserved] | | | |
| 148. | MIA Chat on 2/27/2020 [USA_26902-26904] | | | |
| 149. | OCE#1 Chat with Jason Fong on 2/27/2020 [USA_26884-26901] | | | |
| 150. | OCE#1 Chat with Jason Fong on 2/28/2020 [USA_26910-26917] | | | |
| 151. | [Reserved] | | | |
| 152. | [Reserved] | | | |
| 153. | [Reserved] | | | |
| 154. | MIA Chat on 3/17/2020 [USA_18887-18918] | | | |
| 155. | MIA Chat on 4/1/2020 [USA_18993-19052] | | | |
| 156. | Summary Chart | | | |
| 157 – 199 | [Reserved] | | | |
| 200. | OCE#2, CHS, and Jason Fong Chat on 5/3/2020 [USA_19847-19853] | | | |
| 201. | OCE#2 Chat with Jason Fong on 5/7/2020 [USA_19854-19899] | | | |
| 202. | FM 5-31 Manual Boobytraps [USA_19657-19786] | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 203-299 | [Reserved] | | | |
| 300. | Federal Register, Public Notice: 8742, May 15, 2014, publication designating al-Nusrah Front as a Foreign Terrorist Organization. [Dkt. 145] | | | |
| 301. | Federal Register, Public Notice: 10432, May 17, 2018, publication of designating HTS as an alias of al-Nusrah Front and as a Foreign Terrorist Organization. [Dkt. 145] | | | |
| 302. | Federal Register, Public Notice: 2612, October 8, 1997, publication designating HAMAS, and its aliases, as a Foreign Terrorist Organization [Dkt. 145] | | | |
| 303-499 | [Reserved] | | | |
| 500. | Performance Evaluations | | | |
| 500a. | 902(11) Certification | | | |
| 501. | Training Records | | | |
| 501a | 902(11) Certification | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 502 – 599 | Reserved | | | |
| 600. | Al Qassam Website CD [CD #1 produced on March 8, 2021] | | | |
| 601. | Hamas Fund Raising Video (with English translation) [CD #1 produced on March 8, 2021] | | | |
| 602. | Post-Miranda Interview Clip 1 | | | |
| 603. | Post-Miranda Interview Clip 2 | | | |
| 604. | Post-Miranda Interview Clip 3 | | | |
| 605. | Post-Miranda Interview Clip 4 | | | |
| 606. | Post-Miranda Interview Clip 5 | | | |
| 607. | Post-Miranda Interview Clip 6 | | | |
| 608 – 899 | [Reserved] | | | |
| 900. | Physical Evidence – Jason Fong's Laptop CD | | | |
| 901. | Files Found on Jason Fong's Laptop – ATP 3-21.8 Infantry Platoon and Squad Manual [USA_24580-25405] | | | |
| 902. | Files Found on Jason Fong's Laptop - TM 31-210 Improvised Munitions Handbook [USA_25406-25678] | | | |
| 903. | Files Found on Jason Fong's Laptop – FM5-31(65).pdf [USA_25679-25808] | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 904. | Files Found on Jason Fong's Laptop – JP 3-13.2 Psychological Operations [USA_25809-25933] | | | |
| 905. | Files Found on Jason's Laptop – FM21-76 Manual [USA_25934-26579] | | | |
| 906. | Files Found on Jason Fong's Laptop – MCWP 2-10 (Formerly MCWP 2-1), Intelligence Operations [USA_26580-26667] | | | |
| 907. | Jason Fong's Laptop – Adobe Doc list [USA_26786-26797] | | | |
| 908. | Physical Evidence – DISC of Contents Found on Jason's Phone | | | |
| 909. | Google Search Terms on Jason's Phone [USA_22716-23248] | | | |
| 910. | Safari History Report on Jason's Phone [USA_23249-23745] | | | |
| 911. | Signal Chats from Jason's Phone with Saoban [USA_23746-23796] | | | |
| 912. | Signal Chats from Jason's Phone with +1203# [USA_23797-24016] | | | |
| 913. | Signal Chats from Jason's Phone with OCE#1 [USA_24017-24579] | | | |
| 914. | Wikipedia al-Qassam Brigades, Dkt. 145-4 | | | |
| 915. | Wikipedia HAMAS, Dkt. 145-5 | | | |
| 916. | 902(11) [USA_20250-20438] | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 917. | Improvised Munitions Manual Found on Jason's Phone | | | |
| 918. | Screenshot of Signal Video Recording | | | |
| 919. | [Reserved] | | | |
| 920. | [Reserved] | | | |
| 921. | Dad- Screenshot of Video | | | |
| 922. | Signal Chat with "Dad" | | | |
| 923. | Signal Contact Record for #9493941751 | | | |
| 924. | Signal Chats with Saobon re: HTS | | | |
| 925 – 1000 | [Reserved] | | | |
| 1001. | Photograph of Jason Fong Bedroom [USA_005547] | | | |
| 1002. | Photograph of AR Assault Rifle [USA_5548] | | | |
| 1003. | Photograph of Armor Plate Carrier [USA_5549] | | | |
| 1004. | Photograph of Pistol [USA_5555] | | | |
| 1005. | Photograph of Pistol Under Pillow [USA_5563-65] | | | |
| 1006. | Photograph of Firearm Parts [USA_5554] | | | |
| 1007. | Photograph of Bolt Action Rifle [USA_5590-91] | | | |
| 1008. | Photograph of Rifle Holder [USA_5582] | | | |

| No. | Description | Witness | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1009. | Photograph of Ammunition [USA_5592-5593] | | | |
| 1010. | Photograph of Ammunition [USA_5579] | | | |
| 1011. | Photograph of Corner of Room [USA_5552-5553] | | | |
| 1012. | Photograph of AR Upper Receiver [USA_5599] | | | |
| 1013. | Photograph of SS Material [USA_5604-5616] | | | |
| 1014. | Photograph of Cash [USA_5583] | | | |
| 1015. | Photograph of Afghan Guerilla Warfare Book [USA_5624] | | | |
| 1016-1999 | Reserved | | | |