# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – TRIAL

| Case No. | SA CR 20-00146-DOC | | Date | January 18, 2023 |
|---|---|---|---|---|
| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE | | | |
| Interpreter | n/a | | | |

| Deborah Lewman for Karlen Dubon | Deborah Parker/CourtSmart | John Cella, Solomon Kim, Christine Ro |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Jason Fong | X | | X | Karren Kenney | X | | X |
| | | | | Charles D. Swift | X | | X |

\_\_\_\_ Day COURT TRIAL          1st Day JURY TRIAL          \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   **X** Begun (1st day);   **X** Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

**X** The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by _____

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified        \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.    Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made      \_\_\_\_ Court instructs jury      \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk reviewed \_\_\_\_ admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused      \_\_\_\_ Jury retires to deliberate      \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:      \_\_\_\_ Jury Verdict as follows:

Deft. \_\_\_\_ Found Guilty      \_\_\_\_ Not Guilty on count(s): 1

\_\_\_\_ Jury polled      \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists   \_\_\_\_ Filed Jury notes   \_\_\_\_ Filed Jury Instructions   \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.   Remand/Release# _____ issd.   Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

**X** Case continued to   January 19, 2023, at 9:00 a.m.   for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| __X__ | Other: Defendant's oral Motion to Exclude Edited Photos is GRANTED. As a protective measure, the Court will allow certain witnesses to testify under pseudonyms. |

6 : 08

Initials of Deputy Clerk   djl