# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – TRIAL

| | | | |
|---|---|---|---|
| Case No. | SA CR 20-00146-DOC | Date | January 19, 2023 |
| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | n/a | | |

| Karlen Dubon | Deborah Parker | John Cella, Solomon Kim, Christine Ro |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Jason Fong | X | | X | Karren Kenney | X | | X |
| | | | | Charles D. Swift | X | | X |

|   | Day COURT TRIAL | **2nd** Day JURY TRIAL |   | Death Penalty Phase |
|---|---|---|---|---|
|   | One day trial; | Begun (1st day); **X** Held & continued; |   | Completed by jury verdict/submitted to court. |

|   |   |
|---|---|
|   | The Jury is impaneled and sworn. |
| **X** | Opening statements made by Government and Defense |
| **X** | Witnesses called, sworn and testified. |
| **X** | Exhibits identified  **X** Exhibits admitted |
|   | Government rests.  Defendant(s) rest. |
|   | Motion for mistrial by ___ is ___ granted ___ denied ___ submitted |
|   | Motion for judgment of acquittal (FRCrP 29) ___ is ___ granted ___ denied ___ submitted |
|   | Closing arguments made  Court instructs jury  Bailiff sworn |
|   | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. |
|   | Alternates excused  Jury retires to deliberate  Jury resumes deliberations |
|   | Finding by Court as follows:  Jury Verdict as follows: |
| Deft. | ___ Found Guilty  ___ Not Guilty on count(s): 1 |
|   | Jury polled  Polling waived |
|   | Filed Witness & Exhibit lists  Filed Jury notes  Filed Jury Instructions  Filed Jury Verdict |
|   | Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing. |
|   | Dft # ___ remanded to custody.  Remand/Release# ___ issd.  Dft # ___ released from custody. |
|   | Bond exonerated as to Dft # |
| **X** | Case continued to January 20, 2023, at 9:00 a.m. for further trial. |
| **X** | Other: Jury given preliminary instructions by the Court. |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|  | 4 | : | 27 |
|---|---|---|---|
| Initials of Deputy Clerk | | | |