# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – TRIAL**

| Case No. | SA CR 20-00146-DOC | Date | January 20, 2023 |
|---|---|---|---|

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Deborah Parker and Court Smart | John Cella, Solomon Kim, Christine Ro |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Jason Fong | X | | X | Karren Kenney | X | | X |
| | | | | Charles D. Swift | X | | X |

___ Day COURT TRIAL          3rd Day JURY TRIAL          ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   X Completed by mistrial.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

**X** Witnesses called, sworn and testified.

**X** Exhibits identified     **X** Exhibits admitted

___ Government rests.     ___ Defendant(s) _____ rest.

**X** Motion for mistrial by Defense     is   **X** granted   ___ denied   ___ submitted

___ Motion for judgment of acquittal (FRCrP 29)   is   ___ granted   ___ denied   ___ submitted

___ Closing arguments made     ___ Court instructs jury     ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows: _____     ___ Jury Verdict as follows: _____

Deft. ___ Found Guilty     ___ Not Guilty on count(s): 1

___ Jury polled     ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

**X** Case continued to January 23, 2023 at 1:00 PM     For status conference.

**X** Other: All jurors excused. New trail set for March 28, 2023 at 8:30 AM, jury to be time qualified.  Status Conference set for March 14, 2023 at 7:30 AM.

---

CR-78 (10/08)                    **CRIMINAL MINUTES - TRIAL**                    Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|  | 1 | : | 10 |
|---|---|---|---|
| Initials of Deputy Clerk | | | |