# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: SA CR 20-00146-DOC   Date: January 23, 2023

Present: The Honorable: DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

Interpreter: n/a

| Karlen Dubon | Deborah Parker | Christina Ro |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) JASON FONG | X | | X | Charles Swift | X | | X |
| | | | | Karren Kenny | X | | X |

**PROCEEDINGS:** STATUS CONFERENCE

Case is called. The Court and counsel confer.

All trial dates to remain as is.

**cc: USPPO**

0: 01
**Initials of Deputy Clerk** kdu