E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
CHRISTINE M. RO (Cal. Bar No. 285401)
SOLOMON KIM (Cal. Bar No. 311466)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496
     Facsimile: (213) 894-2927
     E-mail:    Christine.Ro@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
JOHN CELLA (D.C. Bar No. 1035356)
Trial Attorney
Counterterrorism Section
     950 Pennsylvania Ave, NW
     Washington, DC 20530
     Telephone: (202) 305-1601
     Email:    John.Cella@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 20-00146(A)-DOC |
| Plaintiff, | GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR A CLASSIFIED, EX PARTE PRETRIAL CONFERENCE PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT ("CIPA") |
| v. | |
| JASON FONG,  aka "asian_ghazi,"  aka "Jason Asian Ghazi,"  aka "Mustafa Ahmed Al-Hakim," | Hearing Date: March 23, 2023  Hearing Time: TBA  Location:   Courtroom of the Hon. David O. Carter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Christine M. Ro and Solomon Kim, and National Security Division Counterterrorism Section Trial Attorney John Cella, hereby requests a classified, ex parte pretrial conference under the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), for the Court to consider "matters which relate to classified information or which may promote a fair and expeditious trial."  This motion is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

DATED: March 10, 2023            Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney

                                 ANNAMARTINE SALICK
                                 Assistant United States Attorney
                                 Chief, National Security Division


                                      /s/
                                 CHRISTINE M. RO
                                 SOLOMON KIM
                                 Assistant United States Attorneys

                                 JOHN CELLA
                                 Trial Attorney
                                 Counterterrorism Section
                                 National Security Division

**MEMORANDUM OF POINTS AND AUTHORITIES**

I.   **INTRODUCTION**

On August 13, 2021, the government filed a notice of intent to invoke the Classified Information Procedures Act ("CIPA") and Motion to Designate a Classified Information Security Officer ("CISO"). (Dkt. 93.)  On August 10, 2022, the Court designated a CISO in this case. (Dkt. 126.)  On August 30, 2022, the government filed a Classified, In Camera, Ex Parte, and Under Seal Motion to Delete from Discovery Classified Information Pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1).  (Dkt. 130.)  On September 7, 2022, the Court granted the government's motion.  (Dkt. 134.)

II.  **REQUEST FOR PRETRIAL CONFERENCE**

As the government noted in its original notice of intent to invoke CIPA, CIPA mandates several protocols for protecting all forms of classified information.  Here, the government has recently learned of classified information that could be discoverable in this case and has alerted counsel for defendant.

The government moves here for a pretrial conference under Section 2 of CIPA in order to inform the court of issues of the newly discovered "matters which relate to classified information," the consideration of "which may promote a fair and expeditious trial," and which may be the basis for a government motion pursuant to Section 4 of CIPA.  18 U.S.C. App. III, § 2.