Karren Kenney, CA. SBN 174872
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
Telephone: (855) 505-5588
E-Mail: karren.kenney@gmail.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA | ) Case No.   SACR  20-00146 -DOC<br>)<br>) **DEFENSE COUNSEL POSITION RE**<br>) **GOVERNMENT'S EX PARTE TO**<br>) **CONTINUE RETRIAL**<br>)<br>)<br>)<br>) |
| v. | |
| JASON FONG | |

On March 23, 2023, AUSA Solomon Kim filed an Ex Parte motion to continue the retrial in this case that the Court set for March 30, 2023 (ECF Document 227). At this point in time, the defense is ready to proceed to trial on March 30th.

AUSA Solomon failed to accurately reflect the position of the defense regarding the Government's ex parte motion to continue the retrial in this case. AUSA Solomon was informed that the defense is not able to take a position on their request because the defense has not been provided sufficient facts as to what this alleged newly discovered "classified information" involves, and if there is any misconduct associated with this late discovery.

1

In addition, AUSA Solomon left out an additional period of time defense counsel Karren Kenney is unavailable due to a family wedding on the East Coast – June 20-27, 2023.

Furthermore, AUSA Solomon never informed defense counsel he would be requesting a hearing for this ex parte to be scheduled on March 16, 2023. As the Government is well aware, Attorney Charles Swift is located in Texas and has made arrangements to attend the March 23, 2023 status conference set by the court. This motion should also be set for March 23, 2023.

                                      Respectfully Submitted,

DATED: March 13, 2023                         /s/     *Karren Kenney*
                                                          KARREN KENNEY
                                                          Kenney Legal Defense
                                                          Attorney for Jason Fong