UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   SA CR 20-00146(A)-DOC                                           Date: March 14, 2023

Present: The Honorable David O. Carter

Interpreter   N/A

| Karlen Dubon | Not Reported | Christine Ro |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jason Fong | Not present | | | Charles D. Swift | Not Present | | |

**PROCEEDINGS (CHAMBERS): ORDER RE PRETRIAL MOTIONS [226][227]**

Before the Court is the Government's Motion for a CIPA Pretrial Conference ("Motion" or "Mot.") (Dkt. 226) and Ex Parte Application to continue trial ("Application") (Dkt. 227).

The Government asks to continue trial because the Government has "recently learned of certain classified information." Application at 3–4. The Court finds that continuing trial would not promote judicial efficiency and could prejudice the Defendant. Accordingly, the Court DENIES the Government's Motion and Ex Parte Application. (Dkts. 226, 227).

The Clerk shall serve this minute order on the parties.

                                                                                                    :
                                            Initials of Deputy Clerk :        kdu