# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   SA CR 20-00146(A)-DOC                                         Date: March 20, 2023

Present: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

Interpreter   N/A

| Karlen Dubon | Not Reported | Christine Ro |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jason Fong | Not Present | | | Charles D. Swift | N/A | | |

**Proceedings: ORDER RE PRETRIAL CONFERENCE**

The parties are **ORDERED** to meet and confer at 9:00 AM on March 23, 2023 to discuss any stipulations to dismiss prospective jurors for cause. The Court will convene at 2:00 PM on March 23, 2023 to discuss any disagreement between the parties.

The Clerk shall serve this minute order on the parties.

                                                                                                              :
                                         Initials of Deputy Clerk          kdu