1  E. MARTIN ESTRADA
   United States Attorney
2  ANNAMARTINE SALICK
   Assistant United States Attorney
3  Chief, National Security Division
   CHRISTINE RO (Cal. Bar No. 285401)
4  Assistant United States Attorney
   Terrorism & Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4496
7       Facsimile: (213) 894-2927
        E-mail:    Christine.Ro@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                     UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN RE: Dkt. 237                   No. 8:20-cr-00146-DOC

13                                    <u>NOTICE OF ERRATA</u>

17      Plaintiff United States of America, by and through its counsel
18  of record, the United States Attorney for the Central District of
19  California and Assistant United States Attorney Christine M. Ro,
20  hereby provides this Notice of Errata regarding the filing of the
21  Second Superseding Information in Dkt. 237 in the above-captioned
22  matter.
23      The government submitted an incorrect version of the Second
24  Superseding Information reflected in Dkt. 237 to the Clerk's Office.
25  //
26  //
27  //
28

The government respectfully requests that the Court strike Dkt. 237 from the docket.

Dated: March 23, 2023	Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division


      /s/
CHRISTINE RO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA