1  E. MARTIN ESTRADA
   United States Attorney
2  ANNAMARTINE SALICK
   Assistant United States Attorney
3  Chief, National Security Division
   CHRISTINE RO (Cal. Bar No. 285401)
4  Assistant United States Attorney
   Terrorism & Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4496
7       Facsimile: (213) 894-2927
        E-mail:    Christine.Ro@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,            No. CR 8:20-cr-00146-DOC

13           Plaintiff,                  GOVERNMENT'S *EX PARTE* APPLICATION
                                         FOR ORDER SEALING DOCUMENT;
14              v.                       DECLARATION OF CHRISTINE M. RO

15  JASON FONG,

16           Defendant.

17

18       Plaintiff United States of America, by and through its counsel

19  of record, the United States Attorney for the Central District of

20  California and Assistant United States Attorney Christine M. Ro,

21  hereby applies ex parte for an order that the government's Dkt. 237,

22  be filed under seal.

23  //

24  //

25  //

26  //

27  //

28  //

This ex parte application is based upon the attached declaration of Christine M. Ro.

Dated: March 23, 2023　　　　　　　　Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

　　　　/s/
CHRISTINE M. RO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF CHRISTINE M. RO**

I, Christine M. Ro, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am an attorney representing the government in this case.

2. The government requests leave to file Dkt. 237 under seal. Dkt. 237 is an incorrect version of the Second Superseding Information and should be stricken from the docket and be under seal.

3. I have communicated with defendant's attorney, Charles Swift, who confirmed that counsel does not oppose filing Dkt. 237 under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 23, 2023.

_/s/ Christine Ro_