**FILED**
CLERK, U.S. DISTRICT COURT

03/23/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JASON FONG,<br><br>　　　　Defendant. | CR No. SA 20-146(B)-DOC<br><br>S E C O N D<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1001(a)(2): Making False Statements Involving International Terrorism] |

　　　The United States Attorney charges:

[18 U.S.C. § 1001(a)(2)]

A.　THE FEDERAL INVESTIGATION

　　　At all relevant times to this Information:

　　　1.　The Federal Bureau of Investigation ("FBI") was conducting a federal criminal investigation involving international terrorism into the dissemination of certain materials and information by defendant JASON FONG through various online chat communications, a matter within the jurisdiction of the executive branch of the government of the United States, namely, the FBI (the "Federal Investigation").

2. In or about February 2020, defendant created an online chat group called "Mujahideen in America" (hereinafter, the "Chat Group"). Among the individuals the defendant invited into the Chat Group were "Person 1," and an FBI Online Covert Employee (the "OCE").

3. Between in or about February 2020 and in or about May 2020, defendant had private online chat conversations with Person 1, the OCE, and others from the Chat Group. In certain of these chats, Person 1 expressed interest in joining Hayat Tahrir Al-Sham ("HTS"), a designated foreign terrorist organization. The OCE expressed interest in participating in jihad generally.

4. On or about April 24 and 25, 2020, defendant met with the OCE in person in California. During their meeting, they discussed potentially traveling to Syria or elsewhere to join Malhama Tactical, a Syrian organization training fighters.

B. FALSE STATEMENTS IN MAY 20, 2020 FBI INTERVIEW

5. On or about May 20, 2020, in Orange County, within the Central District of California, defendant FONG knowingly and willfully made materially false statements and representations involving international terrorism to the FBI knowing that these statements and representations were untrue. Specifically, on or about May 20, 2020, during a recorded interview with the FBI, defendant FONG falsely stated that he had not had contact with anyone who expressed interest in joining a foreign terrorist organization, and that he had not met in person with any of the individuals that he communicated with in the Chat Group. In fact, as defendant FONG then knew, Person 1 had told defendant FONG that he wanted to join HTS,

1  which was a foreign terrorist organization, and defendant FONG had
2  met in person with the OCE on or about April 24 and 25, 2020.

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

DAVID T. RYAN
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

CHRISTINE RO
SOLOMON KIM
Assistant United States Attorneys
Terrorism and Export Crimes Section