E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
CHRISTINE RO (Cal. Bar No. 285401)
Assistant United States Attorney
Terrorism & Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4496
    Facsimile: (213) 894-2927
    E-mail:    Christine.Ro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 8:20-cr-00146-DOC |
| Plaintiff, | ORDER SEALING DOCUMENT 237 |
| v. | [243] |
| JASON FONG, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's <u>ex parte</u> application for sealed filing is GRANTED. The document (DKT. 237) sought to be filed under seal shall be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

    March 23, 2023                 *David O. Carter*
   DATE                                     HONORABLE DAVID O. CARTER
                                              UNITED STATES DISTRICT JUDGE