# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:20-CR-00146(B)-DOC    Recorder: CS 03/23/2023    Date: 03/23/2023

Present: The Honorable Douglas F. McCormick, U.S. Magistrate Judge

Court Clerk: Nancy Boehme                Assistant U.S. Attorney: Christine Ro and John Cella

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JASON FONG<br>Bond | Karren Kenney and Charles Swift<br>Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.
Defendant is given a copy of the Second Superseding Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the Court and filed.

Defendant pleads not guilty to all counts in the Second Superseding Information.

This case is assigned to the calendar of District Judge David O. Carter.

PIA: 00 : 04
Initials of Deputy Clerk: nb