# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. SA CR 20-00146-DOC | Date March 23, 2023 |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter n/a

| Karlen Dubon | Court Smart | Christina Ro and John Cella |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) JASON FONG | X | | X | Karren Kenney | X | | X |

**PROCEEDINGS:**  CHANGE OF PLEA

X   Defendant moves to change plea to the Information. The plea agreement is incorporated herein by reference.

X   Defendant enters new and different plea of GUILTY to the Single-count Second Superseding Information.

X   Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and preparation of the pre-sentence report and the matter is continued to **August 28, 2023 at 7:30 a.m.** for sentencing.

X   Other: The defendant shall remain on bond under the same terms and conditions.

X   Other: The Court vacates the trial date of March 30, 2023.

|   |   |   |
|---|---|---|
|   | 00 : 34 |   |
|   | Initials of Deputy Clerk   kdu |   |

**cc: USPPO**