DECLARATION OF CHRISTINE M. RO

I, Christine M. Ro, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I am one of the attorneys who represents the government in this case.

2. On or about November 18, 2021, the government provided discovery to defense counsel (Karren Kenney), which contained the screenshot attached hereto as Exhibit A (filed under seal pursuant to the protective orders (Dkts. 13, 70, 198). Exhibit A is a true and correct copy of Bates Nos. USA_11744-11745.)

3. On or about March 8, 2021, the government provided discovery to defense counsel (Karren Kenney) in Bates Nos. USA_005517-005664, which contained photographs taken during the search of defendant's room on May 20, 2020. In its Sentencing Position, the government references photographs in Bates Nos. USA_005548, USA_005564, and USA_005552.

4. On or about January 2, 2023, I provided to defense counsel (Karren Kenney and Charles Swift) Dr. Alan Newman's report attached hereto as Exhibit B (filed under seal).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 20, 2023.

_____
CHRISTINE M. RO