

# Catholic Distance University

Unofficial Transcript
300 S George St, Charles Town, WV 25414
Phone: 304-724-5000, Fax: 304-724-5017

STUDENT:
Fong, Jason
Student ID: ▮▮▮▮
Enrolled: Oct 24, 2022
Birthdate: ▮▮▮▮

## Undergraduate
### Degree
**BA: BA in Theology** - Pursuing as of 10/17/2022
Minor: Philosophy
Minor: Sacred Scripture

**Transfer Credits**
**FRANCISCAN UNIV STEUBENVILLE**

| Course | Name | Attempted Credits | Earned Credits | Grade | Points |
|---|---|---:|---:|---|---:|
| THE-110 | The Word of God:Scripture& Tradition | 3.00 | 3.00 | -- | -- |
| THEO-101 | Foundations of Catholicism | 3.00 | 3.00 | -- | -- |
| **Total** | | **6.00** | **6.00** | **--** | |

**IRVINE VALLEY COLLEGE**

| Course | Name | Attempted Credits | Earned Credits | Grade | Points |
|---|---|---:|---:|---|---:|
| ANTH 1 | Intro to Phys Anthro | 3.00 | 3.00 | -- | -- |
| ASTR 25 | Observational Astro | 3.00 | 3.00 | -- | -- |
| COMM 1 | Communication Fund | 3.00 | 3.00 | -- | -- |
| COUN 1 | Academic Planning | 1.50 | 1.50 | -- | -- |
| HIST 24 | America After Bomb | 3.00 | 3.00 | -- | -- |
| HIST 41 | Asian Hist Since 1800 | 3.00 | 3.00 | -- | -- |
| MATH 8 | College Algebra | 5.00 | 5.00 | -- | -- |
| SPAN 1 | Beg Span I | 3.00 | 3.00 | -- | -- |
| SPAN 1 | Beg Span I | 2.00 | 2.00 | -- | -- |
| SPAN 2 | Beg Span II | 3.00 | 3.00 | -- | -- |
| SPAN 2 | Beg Span II | 2.00 | 2.00 | -- | -- |
| WR 1 | College Writing 1 | 3.00 | 3.00 | -- | -- |
| WR 1 | College Writing 1 | 1.00 | 1.00 | -- | -- |
| WR 2 | College Writing 2 | 3.00 | 3.00 | -- | -- |
| WR 2 | College Writing 2 | 1.00 | 1.00 | -- | -- |
| **Total** | | **39.50** | **39.50** | **--** | |

### 2022-2023: FALL II 2022 - 10/24/2022 - 12/16/2022

| Course | Name | Attempted Credits | Earned Credits | Grade | Points |
|---|---|---:|---:|---|---:|
| CHIST 214 | Church History I: Early Christians to Middle Ages | 3.00 | 3.00 | A | 12.00 |
| PHIL 235 | Elements of the Philosophy of the Human Person | 3.00 | 3.00 | A+ | 12.75 |
| THEO 213 | God, Man, and the Universe | 3.00 | 3.00 | A+ | 12.75 |
| **Totals** | | **9.00** | **9.00** | **Term GPA: 4.17** | **Cumulative GPA: 4.17** |

**Honors**: President's List-Undergraduate

### 2022-2023: SUMMER I 2023 - 05/22/2023 - 08/16/2023

| Course | Name | Attempted Credits | Earned Credits | Grade | Points |
|---|---|---:|---:|---|---:|
| ENG 105 | Introduction to Composition for Theology | 3.00 | 3.00 | A+ | 12.75 |
| LATIN 101 | Latin I | 3.00 | 3.00 | A+ | 12.75 |
| PHIL 260 | Catholic Bioethics 1 | 3.00 | 3.00 | A+ | 12.75 |
| **Totals** | | **9.00** | **9.00** | **Term GPA: 4.25** | **Cumulative GPA: 4.21** |

**Honors**: President's List-Undergraduate



## Catholic Distance University

Unofficial Transcript
300 S George St, Charles Town, WV 25414
Phone: 304-724-5000, Fax: 304-724-5017

STUDENT:
Fong, Jason
Student ID: F69006082022
Enrolled: Oct 24, 2022
Birthdate: Jan 2, 1996

### 2023-2024: FALL I 2023 - 08/21/2023 - 11/15/2023

| Course | Name | Attempted Credits | Earned Credits | Grade | Points |
|---|---|---|---|---|---|
| LATIN 201 | Latin II | 3.00 | -- | IP | -- |
| SCRPT 210 | Reading Scripture Theologically | 3.00 | -- | IP | -- |
| THEO 419 | The Thought of Thomas Aquinas | 3.00 | -- | IP | -- |
| **Totals** | | **9.00** | **0.00** | **Term GPA: 0.00** | **Cumulative GPA: 4.21** |

### 2023-2024: FALL II 2023 - 10/23/2023 - 12/20/2023

| Course | Name | Attempted Credits | Earned Credits | Grade | Points |
|---|---|---|---|---|---|
| THEO 343 | Vatican II: The Church and Her Liturgy | 3.00 | -- | IP | -- |
| THEO 390 | Literary Apologetics for Theology | 3.00 | -- | IP | -- |
| **Totals** | | **6.00** | **0.00** | **Term GPA: 0.00** | **Cumulative GPA: 4.21** |

### Cumulative

| | Attempted Credits | Earned Credits | Points | GPA |
|---|---|---|---|---|
| Resident | 33.00 | 18.00 | 75.75 | 4.21 |
| Transfer | 45.50 | 45.50 | 0.00 | -- |
| Overall | 78.50 | 63.50 | 75.75 | 4.21 |

AUD = Audit
I = Incomplete
IP = In Progress
R = Retake
W = Withdraw

The Family Educational Rights and Privacy Act of 1974 (as amended) prohibits the release of this information without the student's written consent. An official transcript must include the signature of the registrar and the seal of the college or university. This document reports academic information only.



## Catholic Distance University
Unofficial Transcript
300 S George St, Charles Town, WV 25414
Phone: 304-724-5000, Fax: 304-724-5017

STUDENT:
Fong, Jason
Student ID:
Enrolled: Oct 24, 2022
Birthdate:

**CHIST 214**
**Name:** Church History I: Early Christians to Middle Ages
**Description:**
   This course was formerly CHIST 314 Church History I: Early Christians to the Middle Ages. This is the first of two survey courses covering the whole of Church history, from the Apostles to the start of the 21st century. This first course will examine the vast panorama of Church history, from the earliest Christians to the end of the Middle Ages. This course will introduce you to the key issues, leaders, topics and patterns related to Church history from her founding through to the end of the Middle Ages.

**ENG 105**
**Name:** Introduction to Composition for Theology
**Description:**
   This course provides an overview of the different types of academic essays and gives specific, guided instructions on how to develop essays and term papers for CDU courses. The course also includes an overview of theological terms, along with tips on applying these terms in online discussions and written work. Assisted by the CDU librarian, students will learn how to access scholarly works and will also differentiate between plagiarism and correctly cited sources within an academic essay. Students will complete five graded essays. With the help of supplemental materials, students will also be expected to pass, to an 80% level of competency, a diagnostic grammar and usage quiz.

**LATIN 101**
**Name:** Latin I
**Description:**
   Each lesson in this Latin course consists of a lecture (comprised of both a written and an audio component), vocabulary, and assigned exercises from the textbook. Besides these requirements, the student is expected to memorize each paradigm as it is encountered. As new concepts are encountered, the lecture will provide detail not given in the textbook, as well as each concept's application to both English and Latin. This course includes written lectures, audio pronunciation lessons, and online discussions.

**LATIN 201**
**Name:** Latin II
**Description:**
   The first eight lessons of this course consist of a lecture, vocabulary, and assigned exercises from the textbook. Besides these requirements, the student is expected to memorize each paradigm as they are encountered. As new concepts are encountered, the lecture will provide detail not given in the textbook, as well as each concept's application to both English and Latin. This course includes written lectures, audio pronunciation lessons, and online discussions.

**PHIL 235**
**Name:** Elements of the Philosophy of the Human Person
**Description:**
   This class is a philosophical exploration of human nature. We begin with Socrates, who helps us understand what philosophical inquiry is. Socrates also opens up the discussion of the meaning of and purpose of human existence. Through the thought of Aristotle and St. Thomas, we will address two fundamental questions: what is human nature, and what does it mean to be a human person? At the end of the class, we will consider several contemporary challenges to the perennial Catholic thought on human nature and personhood. Students who complete this course should be able to have a clear understanding of what philosophy is and how the Catholic intellectual tradition has come to understand human nature and personhood.

**PHIL 260**
**Name:** Catholic Bioethics 1
**Description:**
   This course offers students an introduction to the study of bioethics and health care ethics from the Catholic perspective. It begins with the question "How do I make ethical decisions" by introducing students to foundational topics in Catholic moral theology including the nature of the moral act, virtues, and the formation of conscience. It then explores the moral principles that govern the patient-professional relationship and introduces students to the Ethical and Religious Directives for Catholic Health Care Services, the guiding document for Catholic health care in the United States. The course then shifts focus to address ethical challenges concerning specific beginning-of- life issues. These issues include–but are not limited to–determining when human life begins and its implications for abortion, ectopic pregnancy, and prenatal genetic diagnosis. It then addresses ethical concerns related to contraception, sterilization, and assisted reproductive technologies. The course concludes by focusing on the ethics of scientific research on human stem cells as well as human cloning. Students who complete this course are enabled to formulate appropriate, Catholic-based ethical responses to beginning-of-life challenges that they will face in their personal lives and/or in their work in the health care field.



## Catholic Distance University
Unofficial Transcript
300 S George St, Charles Town, WV 25414
Phone: 304-724-5000, Fax: 304-724-5017

STUDENT:
Fong, Jason
Student ID:
Enrolled: Oct 24, 2022
Birthdate:

**SCRPT 210**
**Name:** Reading Scripture Theologically
**Description:**
    This course was formerly SCRPT 310 Reading Scripture Theologically. This course is an introduction to a theological approach to reading Scripture. It seeks to provide students with the basic tools for interpreting the Bible from the heart of the Church. We will approach Scripture as the inspired Word of God, paying particular attention to the unity of the whole story of salvation, including the privileged role of the Church in this story, which was revealed for the sake of drawing us into a loving relationship with God and neighbor. We will be guided in our approach by great Patristic and Medieval saint-theologians and the teachings of the Catholic Church that guided them as well as contemporary scholars in the same Church community who follow them.

**THEO 213**
**Name:** God, Man, and the Universe
**Description:**
    The course, formerly THEO 313 God, Man and the Universe, is an introduction to the theology of God, his creation and governance of the world and human beings' intended role in that creation. Central theological questions will be approached both from the perspective of natural theology as well as divine revelation.

**THEO 343**
**Name:** Vatican II: The Church and Her Liturgy
**Description:**
    This course was formerly THEO 342. The Second Vatican Council (1962-1965) was the major event in the Church in the twentieth century. It is also perhaps the most misunderstood event. There were four Constitutions, which are the highest ranking documents issued by a Council: two on the Church, one on divine Revelation, and one on the Sacred Liturgy. This course will focus the Second Vatican Council's documents on the topics of the Church (ecclesiology) and Her liturgy. Specifically, this course will deal with two documents that deal with the Church a Lumen Gentium and Gaudium et Spes and one that deals with liturgy, Sacrosantum Concilium.

Lumen Gentium is a dogmatic Constitution, focusing on the theology of Church, or ecclesiology. That is, what the Church is and the way the Church works including the people of God, hierarchy, laity, and religious. Gaudium et Spes is a pastoral Constitution; it focuses on pastoral matters and discusses the way in which the Church carries the mission of Christ to the world. Students who complete this part of the course should be able to better understand one's role in the Church and be able to exercise the mission given to all by reason of one's Baptism.

Sacrosanctum Concilium, the Constitution on the Sacred Liturgy explains what the Church's liturgy is and how a person participates in it. Upon completion of this part of the course, students will have a understanding of the Church's teaching on liturgy and how it is being implemented today.

**THEO 390**
**Name:** Literary Apologetics for Theology
**Description:** *none.*

**THEO 419**
**Name:** The Thought of Thomas Aquinas
**Description:** *none.*

# HILLSDALE COLLEGE

*Awards this certificate to*



Jason F

*for completing*

"Theology 101: The Western Theological Tradition"

Larry P Arnn
President

4/16/2023
Date




# CERTIFICATE
## OF EXCELLENCE

Programming Hub Certifies that

# Jason Fong

has successfully completed

Cyber Security Certification Course

and has knowledge of Cyber Security.

Certificate ID: 168090562101
Granted on April 7, 2023



Nigel Crasto
Director
Programming Hub

Tito Idicula
Director
Programming Hub





# CERTIFICATE
## OF COMPLETION

**Programming Hub Certifies that**

## Jason Fong

has successfully completed

**Python 3 Certification Course**

and has knowledge of Python 3 programming.

Certificate ID: 1643826534743
Granted on February 2, 2022



Nigel Crasto
Director
Programming Hub

Tito Idicula
Director
Programming Hub



# CERTIFICATE
## OF COMPLETION

Programming Hub Certifies that

## Jason Fong

has successfully completed

**Python Certification Course**

and has knowledge of Python programming.



Nigel Crasto
Director
Programming Hub

Tito Idicula
Director
Programming Hub

Certificate ID: 1643521241984
Granted on January 29, 2022

