UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

Case No.: SA CR 20-00146-DOC                                    Date: November 27, 2023

Present: The Honorable: DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

Interpreter: n/a

| Karlen Dubon | Court Smart | Christine Ro and John Cella |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) JASON FONG | X | | X | Karren Kenney | X | | X |
| | | | | Charles Swift | X | | X |

**PROCEEDINGS:** SENTENCING

Also present, USPO Leslie Del a Torre.

Case is called.

Sentencing hearing is held.

Detailed Judgment and Commitment Order to issue.

**cc: USPPO, BOP**

: 39
**Initials of Deputy Clerk** kdu